# EXHIBIT B

## SMC investment, Bourbon Gala, and Alder Opportunity

 **Patrick Gahan** <patrick@alderasset.com>
10/25/2017 4:14 PM

**To:** Tony Palazzo; Matthew B. Norton; Ron Herman **Cc:** Patrick Gahan; Lisa Kolb

Save all attachments

 SionicMobile_Overview1017...
3.42 MB

 SMC Fact Sheet Oct17.pdf
33.76 KB

Sorry everyone for combining everything into one email...but I am very short on time today.

Ron,

Meet Matt Norton and Tony Palazzo (also Chris, Tony's business partner whom I don't have an email for but tony can share). They would like to consider the investment in SMC.

Matt,

Thank you for the introduction. See Sionic Mobile information attached. I don't know if you still have personal interest, but this is for $2/share common shares, which values the company at $85M or so, just one of the white-label deals currently in process will exceed that in annual revenue. The latest valuation I had done for the contribution of my shares to a charitable trust valued the company at over $1B.

You might be okay with the speed of this since you looked at it before, but I wanted to just make it clear that they have a week(s) to close out investors...they could very well be done raising funds in 10 days.

I will send you a separate email later on the Bourbon Gala.

Tony,

It was nice meeting you today. I think we will have a lot of opportunities to share between our two groups. Please share the following with Chris as well.


1. I have attached the Sionic Mobile information, as I said to Matt above this is probably not going to be enough time for your normal due diligence for your clients to consider, but it might be something you can get comfortable with quickly for smaller personal investments. This is my favorite tech company in our portfolio...I personally did the initial technology due diligence review 2 years ago for the Series B round.

Exhibit B

**From:** Ron Herman [mailto:herman@sionicmobile.com]
**Sent:** Wednesday, October 25, 2017 4:56 PM
**To:** Patrick Gahan <patrick@alderasset.com>; Tony Palazzo <Tony.Palazzo@berkeleycp.com>; Matthew B. Norton <Matthew.norton@arlaw.com>; Chris Eddy <Chris.Eddy@berkeleycp.com>
**Cc:** Patrick Gahan <pgahan@enduringhearts.org>; Lisa Kolb <lisa@alderasset.com>
**Subject:** Re: SMC investment, Bourbon Gala, and Alder Opportunity

Thank you, Patrick.

Not sure where you reside, Tony, Matt and Chris, but would be ideal to connect either at our office in Midtown Atlanta or via video conference. Important for me to disclose current state and step through financial pro formas.

Appreciate your interest.

Best,
Ron

--

Ronald Herman, CFO
404.606.3585



909 W Peachtree St NW          404.228.1475
Atlanta, GA 30309              404.963.1945


This e-mail message and its attachments are for the sole use of the designated recipients. They may contain confidential information, legally privileged information or other information subject to legal restrictions. If you are not a designated recipient of this message, please do not read, copy, use or disclose this message or its attachments, notify the sender by replying to this message and delete or destroy all copies of this message and attachments in all media. Thank you.