# EXHIBIT C

# Connected Commerce

**We connect brick and mortar merchants with millions of consumers in their vehicles & through their favorite mobile apps**

October 2017

Copyright © 2017 Sionic Mobile Corporation

Confidential & Proprietary. For discussion purposes only. Not for use or disclosure except under written agreement.

SIONICMOBILE

Exhibit C



## General Motors Partnership

### CPM & CPA Advertising Model

Our commerce gateway gives big brands connectivity to drivers and occupants through vehicle dashboards, GM-branded mobile apps and OnStar Advisors at the push of a button.

We earn 50% of the $20-$40 CPM rate.



Mobile Rewards Marketplace®

## Transaction Model

Our cloud commerce platform manages mobile payments and rewards in the loyalty currency of consumers' choice at the point of sale.

We earn 1.5% to 5% of POS transaction amounts.

A MERCHANT LOYALTY CO-OP

## Buyers

.. Consumers with 200mm loyalty apps already on their home screen

.. Occupants of GM vehicles with linked mobile apps

## Sellers

.. Brick & mortar merchants across all retail channels

.. Growing to 2.2 million enterprise and small business locations nationwide



Copyright © 2017 Sionic Mobile Corporation

Confidential & Proprietary. For discussion purposes only. Not for use or disclosure except under written agreement.

SIONICMOBILE

MARKETPLACE

Mobile App Commerce Audience

# 200 MILLION CONNECTED MOBILE APPS

Top-tier loyalty app partners in auto, airline, banking, hotel, mobile phone, insurance and other channels.



MARKETPLACE

SIONICMOBILE

Copyright © 2017 Sionic Mobile Corporation

Confidential & Proprietary. For discussion purposes only. Not for use or disclosure except under written agreement.

How & When We Are Reaching Mobile App Consumers



## CONSUMER ADOPTION THROUGH APP PARTNERS

.. Forecasting 5% active users – 30 million by end of 2019

.. Most consumers have multiple loyalty apps (i.e. mobile service + airline + hotel)



**Sionic Mobile**

- 0 — Airline 1 - 30,000,000
- 1 — Airline 2 - 85,000,000
- 2 — Airline 3 - 15,000,000
- 3 — Mobile Operator 1 - 6,000,000
- 4 — Mobile Operator 2 - 147,000,000
- 5 — Healthcare 1 - 25,000,000
- 6 — Bank 1 - 35,000,000
- 7 — Bank 2 - 14,000,000
- 8 — Hotel Property 1 - 75,000,000
- 9 — Hotel Property 2 - 20,000,000
- 10 — Insurance 1 - 13,000,000

Jan 2018  Feb 2018  Mar 2018  Apr 2018  May 2018  Jun 2018  Jul 2018  Aug 2018  Sep 2018

Copyright © 2017 Sionic Mobile Corporation         Confidential & Proprietary. For discussion purposes only. Not for use or disclosure except under written agreement.

SIONICMOBILE

# MERCHANT BOARDING DIRECTLY & THROUGH PARTNERS

- Forecasting 2.2 million merchant locations by end of 2018
- Enterprise merchants integrated through POS & payment terminals
- Small business merchants use mobile app to perform checkouts

CHASE ◎
J.P.Morgan

FREEDOMPAY

Merchant Link

curbside



POS tender key

Mobile app

Payment terminals

Copyright © 2017 Sionic Mobile Corporation

Confidential & Proprietary. For discussion purposes only. Not for use or disclosure except under written agreement.

SIONICMOBILE



Copyright © 2017 Sionic Mobile Corporation.

Confidential & Proprietary. For discussion purposes only. Not for use or disclosure except under written agreement.

We Reduce Payment Acceptance Cost

RUN

SIONICMOBILE



## LOW COST MOBILE PAYMENTS

## Loyalty Currencies Accepted as Cash

.. $0 interchange fees – funds transferred from OBO account

## ChaseNet Payment Processing

.. Card present rates for Chase card-linked mobile payments



ARE YOU FORGETTING SOMETHING?

# $100 Billion

An estimated $100 billion in points are left **unredeemed** by *Members*

Source: 2017 Bond Loyalty Report



## BEACONS FOR INCREASED APP USAGE

### In-store iBeacons

.. Provided & managed by Sionic Mobile

.. Long range - welcome notification

.. Short range - one-tap payments

### Partner apps

.. Add iBeacon listener for welcome & pay

.. Enable Marketplace & mobile payment feature

.. Reward customers with merchant-funded rewards

Copyright © 2017 Sionic Mobile Corporation

Confidential & Proprietary. For discussion purposes only. Not for use or disclosure except under written agreement.

**SIONICMOBILE**



We Provide A Convenient In-Vehicle Experience

SIMPLY CONNECTED CARS

Order & Pay ahead

Curbside pickup



Copyright © 2017 Sionic Mobile Corporation

Confidential & Proprietary. For discussion purposes only. Not for use or disclosure except under written agreement.

SIONICMOBILE

We Make It Easy To Earn Or Redeem Rewards

Marketplace Access

Main menu presence

Proximity Listings

Sort by categories

Special Offers

Bonus miles or points

Digital Receipts

Transaction details







Copyright © 2017 Sionic Mobile Corporation

Confidential & Proprietary. For discussion purposes only. Not for use or disclosure except under written agreement.

SIONICMOBILE

## Our Financial Forecast

### Summary P/L

| | 2017 | 2018 | 2019 |
|---|---|---|---|
| Revenue | $118,138 | $374,317,184 | $1,395,166,306 |
| COSS | $190,613 | $168,048,138 | $627,079,747 |
| **Gross Margin** | **($72,475)** | **$206,269,046** | **$768,086,559** |
| | 161% | 45% | 45% |
| Operating Expenses | $3,724,954 | $4,691,088 | $4,824,362 |
| Depreciation | $1,191,120 | $1,191,120 | $1,168,261 |
| **Operating Income** | **($4,988,549)** | **$200,386,839** | **$762,093,936** |
| Taxes | $0 | $66,942,290 | $266,732,878 |
| **Net Income** | **($4,988,549)** | **$133,444,549** | **$495,361,059** |

### Summary Balance Sheet

| | 2017 | 2018 | 2019 |
|---|---|---|---|
| **Assets** | | | |
| Current | (651,967) | 132,983,702 | 628,763,021 |
| Non-Current | 2,202,460 | 2,011,340 | 1,593,079 |
| **Total Assets** | **1,550,493** | **134,995,042** | **630,356,100** |
| **Liabilities & Equity** | | | |
| **Liabilities** | | | |
| Current | 54,283 | 54,283 | 54,283 |
| Non-Current | 1,401,409 | 1,401,409 | 1,401,409 |
| **Total Liabilities** | **1,455,692** | **1,455,692** | **1,455,692** |
| **Equity** | | | |
| Capital Stock | 18,727,906 | 18,727,906 | 18,727,906 |
| Retained Earnings | (13,644,556) | (18,633,105) | 114,811,443 |
| Net Income | (4,988,549) | 133,444,549 | 495,361,059 |
| **Total Equity** | **94,801** | **133,539,349** | **628,900,408** |
| **Total Liabilities & Equity** | **1,550,493** | **134,995,041** | **630,356,100** |

Copyright © 2017 Sionic Mobile Corporation

Confidential & Proprietary. For discussion purposes only. Not for use or disclosure except under written agreement.

SIONICMOBILE



Our Platform Diagram

Copyright (c) 2017 Sionic Mobile Corporation

Confidential & Proprietary. For discussion purposes only. Not for use or disclosure except under written agreement.

SIONICMOBILE

## Sionic Mobile

- Founded 2010 in Atlanta, Georgia
- $18.7mm private funding
- 12 patents and trademarks

## Loyalty Partnerships

- Connected commerce partner with General Motors
- Top-tier loyalty app partners in auto, travel, insurance – 200mm apps on home screens
- Growing our Mobile Rewards Marketplace to 2.2mm locations in 2018

## Merchant Acceptance

- Merchants pay us a small percentage of mobile checkouts and fund app partners' rewards
- Merchants accept partners' loyalty currency as cash with zero interchange
- Full liability submitter for mobile payments - processed by Chase

Copyright © 2017 Sionic Mobile Corporation          Confidential & Proprietary. For discussion purposes only. Not for use or disclosure except under written agreement.

SIONICMOBILE

# Our Leadership Team



## RONALD HERMAN
### Founder / CEO

. Founder/CEO of Intellione; Acquired by IMS in 2010

. Founder of Data Transfer, Acquired by Carlson Marketing and EDS

. Advanced Technology executive with Arthur Andersen



## WILLIAM BROWN
### VP Marketing

. Architectural Engineer with eye for design

. Design and Marketing Executive with Van Dresser Company

. Brand and Marketing Consultant for Intellione



## ROBERT BURROUGHS
### EVP Product & Technology

. Head of Product Planning for Intellione

. Sr. Director, Product Manager for Cingular Wireless

. Director, Marketing & Customer Insights for BellSouth Mobility



## JOHN EVANS
### VP Support Services

. Product & Marketing Support for JetFax

. SAP Support Manager for McData

. Customer Support Director for Boeing contractor



## ANDREW CLIO
### VP Development

. Mobile developer for Motorola, T-Mobile and Intellione

. Architect of early generation ION platform

. iOS and Android master US designer and engineer

## NAT EMERSON
### Managing Director, Enterprise Development

. VP Institutional Fund Raising & Business Development, Revel Partners

. Founder Dragonfly Growth Partners

. Senior executive with Newell Rubbermaid, The Coca-Cola Company

Copyright © 2017 Sionic Mobile Corporation

Confidential & Proprietary. For discussion purposes only. Not for use or disclosure except under written agreement.

SIONICMOBILE



# SIONICMOBILE

909 West Peachtree Street NW
Atlanta, GA 30309

[404] 228-1475
SionicMobile.com

Ronald D. Herman, CEO
[404] 606-3585
herman@sionicmobile.com

Contact

Copyright © 2017 Sionic Mobile Corporation

Confidential & Proprietary. For discussion purposes only. Not for use or disclosure except under written agreement.

SIONICMOBILE