# EXHIBIT D

## Sionic Mobile Corporation – Fact Sheet

| | |
|---|---|
| **Founded:** | February 2010 |
| **Address:** | 909 West Peachtree Street NW, Atlanta, GA 30309 USA |
| **Phone/Fax:** | (404) 228-1475 [p]  |  (404) 963-1945 [f] |
| **Websites:** | SionicMobile.com | IONrewards.com | MobileRewardsMarketplace.com |
| **Headcount:** | 28 full-time employees and contractors |
| **Executives:** | Ronald Herman, Founder/Chairman & CEO<br>Nat Milburn, Managing Director Business Development<br>Phil Gura, Chief Legal Officer<br>Robert Burroughs, EVP Products<br>Andrew Choi, VP Solutions Development<br>William Brown, VP Marketing<br>Lori Frans, VP Support Services |
| **Board:** | Ronald Herman - Chairman, CEO<br>William E. Clift – (retired), CTO Cingular Wireless<br>Bill Lamar – CMO (retired), McDonald's USA<br>Robert G. Hisaoka – Chairman, CEO - RGH Management Services, LLC.<br>Patrick Gahan - Principal, Alder Group<br>William Mills – Advisory Board - Principal, William Mills Agency |
| **Counsel:** | Corporate/Securities – Morris, Manning & Martin, LLP<br>Patents & Trademarks – Meunier Carlin & Curfman, LLC<br>Payments - Dykema Cox Smith |
| **Accounting:** | Bennett Thrasher |
| **Public Relations:** | William Mills Agency |
| **Capitalization:** | +$18 million private equity |
| **IP:** | Patent 9,542,691; Patents pending – Multiple, non-disclosed.<br>Trademarks – Sionic Mobile; ION Loyalty; ION Rewards; ION Local; ION Give; GeoSense; It pays to pay with your phone; Mobile Rewards Marketplace; ION Commerce Engine. |
| **Bank/Payments:** | FBO/Clearing/Commercial accounts and Full Liability Submitter with J.P. Morgan Chase |
| **Product:** | ION Commerce Engine: mobile payments, rewards, e-gift cards and mobile ads for SMB and enterprise merchants. Connected car gateway for General Motors.<br>Mobile Rewards Marketplace: nationwide merchant locations where consumers receive instant rewards when paying with a loyalty app on their phones. |
| **Industry:** | Mobile marketing & commerce; Customer loyalty/retention |
| **Client value:** | Helps merchants reduce fees, increase traffic & sales, get customers back more often |
| **Partner value:** | Incremental net revenue, loyalty beyond the channel experience, access to more point of presence resources for earning and redemption of rewards |
| **Target markets:** | SMB & enterprise merchants in North America |
| **Business model:** | Merchants pay us a small percentage of mobile checkout amounts as a marketing fee |

Copyright © 2017 Sionic Mobile Corporation.  Revised 10/12/2017

Exhibit D