# EXHIBIT E

**From:** Ron Herman [mailto:herman@sionicmobile.com]
**Sent:** Monday, October 30, 2017 10:55 AM
**To:** Tony Palazzo <Tony.Palazzo@berkeleycp.com>
**Subject:** Re: Quick Question

Good morning, Tony.

Our Offering Memorandum is two years old and of no relevance. A summary cap table:

| | |
|---|---|
| Common: | 29,303,488 |
| Pref A: | 1,620,000 ($1/share) |
| Pref B: | 116,393 ($13.75/share) |
| Warrants: | 6,227,902 |
| Options: | 2,775,517 |

Attached is a copy our Second Amended Articles being circulated today for signatures. Will be filed with the SoS this week.

Looking forward to meeting you tomorrow.

Best,
Ron

--

Ronald Herman CEO
404 606 3535

**SIONIC** MOBILE
909 W Peachtree St NW         404 228 1475
Atlanta GA 30309              404 963 1945

This e-mail message and its attachments are for the sole use of the designated recipients. They may contain confidential information, legally privileged information or other information subject to legal restrictions. If you are not a designated recipient of this message, please do not read, copy, use or disclose this message or its attachments. notify the sender by replying to this message and delete or destroy all copies of this message and attachments in all media.

**From:** Tony Palazzo <Tony.Palazzo@berkeleycp.com>
**Date:** Friday, October 27, 2017 at 3:17 PM
**To:** Ron Herman <herman@sionicmobile.com>
**Subject:** Quick Question

Hi Ron. Do you have a PPM available from a prior raise you've done?

Just curious.

Also, are you able to easily share any other decks or information diligence wise? Cap table, etc.

Thanks!
Tony

Exhibit E