# EXHIBIT F

**From:** Blake McCann
**To:** Tony Palazzo
**Subject:** FW: use of funds - 90 day
**Date:** Wednesday, November 01, 2017 3:49:12 PM

Tony,

Thank you for your time today. See the below use of funds breakdown from Ron. Note repayments will be paid from cash positive operations later next year. Please feel free to reach out to me or Ron if you need anything else.

Thanks,
Blake

--

**Blake McCann**, Director of Finance
678.340.6052



SIONIC MOBILE
909 W Peachtree St NW         404.228.1475
Atlanta, GA 30309             404.963.1945

This e-mail message and its attachments are for the sole use of the designated recipients. They may contain confidential information, legally privileged information or other information subject to legal restrictions. If you are not a designated recipient of this message, please do not read, copy, use or disclose this message or its attachments, notify the sender by replying to this message and delete or destroy all copies of this message and attachments in all media. Thank you.

**From:** Ron Herman <herman@sionicmobile.com>
**Date:** Wednesday, November 1, 2017 at 2:33 PM
**To:** Blake McCann <mccann@sionicmobile.com>
**Subject:** use of funds - 90 day

Compliance & Security - $400,000
Artificial Intelligence & Machine Learning - $300,000
Order/pay ahead & curbside pickup integration - $250,000
Automotive OEM platform integration - $150,000
Beacons - $50,000
Offset operating losses - $700,000

--

**Ronald Herman**, CEO
404-606-3585

Exhibit F