# EXHIBIT H

# Promissory Note Schedule

 **Blake McCann <mccann@sionicmobile.com>**
11/2/2017 3:19 PM

**To:** Tony Palazzo **Cc:** Ron Herman

  Prom Note Chart.xlsx
11.31 KB

Tony,

Please see the attached Promissory Note Schedule for all outstanding notes as of 11/2/17.

Thanks,
Blake

--

**Blake McCann**, Director of Finance
678.340.6052

**SIONIC**MOBILE

909 W Peachtree St NW          404.228.1475
Atlanta, GA 30309              404.963.1945

This e-mail message and its attachments are for the sole use of the designated recipients. They may contain confidential information, legally privileged information or other information subject to legal restrictions. If you are not a designated recipient of this message, please do not read, copy, use or disclose this message or its attachments, notify the sender by replying to this message and delete or destroy all copies of this message and attachments in all media.

Exhibit
H

## Re: Question

 **Ron Herman <herman@sionicmobile.com>**
11/2/2017 12:33 PM

To: Tony Palazzo

Hi Tony,

We have a schedule of the notes. I will work with Phil & Blake to get to you this afternoon – hopefully in advance of our call.

Thanks-
Ron

--

**Ronald Herman** CEO
404-606-3965

**SIONIC** MOBILE

909 W Peachtree St NW
Atlanta, GA 30309

t: 404 228 7474
f: 404 961 1945

This e-mail message and its attachments are for the sole use of the designated recipients. They may contain confidential information, legally privileged information or other information subject to legal restrictions. If you are not a designated recipient of this message, please do not read, copy, use or disclose this message or its attachments. Notify the sender by replying to this message and delete or destroy all copies of this message and attachments in all media.

---

**From:** Tony Palazzo <Tony.Palazzo@berkeleycp.com>
**Date:** Thursday, November 2, 2017 at 12:14 PM
**To:** Ron Herman <herman@sionicmobile.com>
**Subject:** Question

Hi Ron. Blake has been a huge help and I'm looking forward to our call today.

One item that I spoke with Patrick on was the notes on the balance sheet. He gave me an overview but recommended I ask you for the additional info.

Are you able to shoot over:
- copies of notes. If not the terms(rates maturity, structure (secured, unsecured etc)
- schedule
- concertable terms
- how the company is handeling the interest accural on the unpaid interest and details on it.

Thanks a lot for your help on short notice.

Tony


Tony Palazzo, CFA | Partner
Berkeley Capital Partners
3500 Parkway Lane | Suite 430 | Norcross, GA 30092
tel: 678-690-8704
fax: 678-690-8710
www.berkeleycp.com
BEYOND the MAINSTREAM

# Sionic Note and Loan Agreement Detailed Snapshot

| Note Holder | Status | Amount | Promissory Note | Amount of Loan | Warrants/Options granted with Loan | |
|---|---|---|---|---|---|---|
| William E. Clift | Open | $50,000.00 | Noted dated May 30, 2012 | $50,000.00 | | OPEN Intere in full |
| William E. Clift | Open | $486,000.00 | Note dated December 31, 2013 | $425,000 - Principal $61,000 - Interest | | OPEN Intere |
| Ron Herman | Open | $551,816.00 | Note dated December 31, 2013 | $551,816.00 | | OPEN Inter |
| Ron Herman | Open | $35,000.00 | Note dated September 13, 2017 | $35,000.00 | Warrant granted for 17,500 shares @ $2/share | Ope Dece |
| Robert Hisaoka | Open | $50,000.00 | Note dated September 13, 2017 | $50,000.00 | Warrant granted for 25,000 shares @ $2/share | Ope Dece |
| Robert Hisaoka | Open | $100,000.00 | Note dated September 24, 2017 | $100,000.00 | Warrant granted for 50,000 shares @ $2/share | Ope Dece |
| Patrick Gahan- Window Macaroni | Open | $35,000.00 | Note dated October 19, 2017 | $35,000.00 | Warrant granted for 17,500 shares @ $2/share | Ope Janu |
| | Total | $1,307,816.00 | | | | |