# EXHIBIT I

## Investment Documents

 **Blake McCann** <mccann@sionicmobile.com>
11/8/2017 3:14 PM

**To:** Tony Palazzo **Cc:** Ron Herman

Save all attachments

 AR Shareholder agreement...
141.75 KB

 FORM Joinder to Shareholders...
14.8 KB

 Form of Subscription...
48.51 KB

Investor Questionnaire -...
24.92 KB

 Joinder to Shareholders...
14.72 KB

 Sionic Mobile JPMC Wire...
47.29 KB

Good Afternoon Tony,

Please see the attached investment document packet. Documents included are:
- Subscription Agreement
- Investor Questionnaire
- The Amended & Restated Shareholder Agreement
- Joinder to the Shareholder Agreement for an Individual or Corporate Entity (please use the one that is applicable)
- Wire Instructions

Please let me know if you have any questions about the attached documents.

Thanks,
Blake

--

**Blake McCann**, Director of Finance
678.340.6052


**SIONIC** MOBILE
909 W Peachtree St NW       404.228.1475
Atlanta, GA 30309           404.963.1945

This e-mail message and its attachments are for the sole use of the designated recipients. They may contain confidential information, legally privileged information or other information subject to legal restrictions. If you are not a designated recipient of this message, please do not read, copy, use or disclose this message or its attachments, notify the sender by replying to this message and delete or destroy all copies of this message and attachments in all media.

Exhibit I