# EXHIBIT J

## Re: Touching Base

 **Ron Herman** <herman@sionicmobile.com>
11/20/2017 3:51 PM

To: Tony Palazzo  Cc: Chris Eddy; Dan Newberg; Mike Eddy

All good here, Tony. Thanks for checking in.

Great news re raise amount!

Yes, Joe and I had a very good meeting with a clear path forward. Looking forward to meeting Linda tomorrow 10:30am.

.. Yes re SWA agreement; Phil is adding two more clauses based on added feedback – should have next draft later today or in the AM
.. GM soft launch is going fine – we will begin to see good uptick in vehicle updates after the Thanksgiving holiday
.. First Data moving along nicely – executive mtg in SF on 12/6 and uCom team mtg in ATL on 12/12
.. BlackHawk has expressed interest in acquiring our eGift Card business mid-next year
.. Xevo, NorthOut and FreedomPay agreements all being executed by mid-December
.. Splick-it/Onosys Board mtg last Tuesday in Denver was a success – exploring multiple ways to work together

I am traveling Wed for the holiday. Hope you all have a fantastic Thanksgiving.

Best,
Ron

--

Ronald Herman, CEO
404-606-3585


SIONIC MOBILE
909 W Peachtree St NW        404 228 1475
Atlanta  GA 30309            404 963 1945

This e-mail message and its attachments are for the sole use of the designated recipients. They may contain confidential information, legally privileged information or other information subject to legal restrictions. If you are not a designated recipient of this message, please do not read, copy, use or disclose this message or its attachments, notify the sender by replying to this message and delete or destroy all copies of this message and attachments in all media. Thank you.


Exhibit J