# EXHIBIT K

## Re: SMC Funding



**Blake McCann** <mccann@sionicmobile.com>
12/7/2017 1:48 PM

To: Phil Gura; Tony Palazzo  Cc: Ron Herman; Donna Kendrick

Tony,

Your wire has been received. Thank you for your investment in Sionic Mobile. I will be in touch with you on when you can expect to receive your certificate.

Thanks,
Blake


--

**Blake McCann**, Director of Finance
678.340.6052

**SIONIC**MOBILE

909 W Peachtree St NW          404.228.1475
Atlanta, GA 30309              404.963.1945

This e-mail message and its attachments are for the sole use of the designated recipients. They may contain confidential information, legally privileged information or other information subject to legal restrictions. If you are not a designated recipient of this message, please do not read, copy, use or disclose this message or its attachments, notify the sender by replying to this message and delete or destroy all copies of this message and attachments in all media. Thank you.

Exhibit K