# EXHIBIT L

## SMC breakfast meeting update

 **Patrick Gahan** <patrick@alderasset.com>
1/19/2018 1:49 PM

To: Tony Palazzo

Tony,

Here is the update on SMC from my breakfast meeting.

Generally speaking, many of these go right from having a meeting and somewhat of a handshake agreement that it makes sense to work together and then straight from there to working on contracts, but the contracts don't get signed for some time as all the powers that be on the other side weigh-in. I don't know if it makes sense to push Ron to get MOU's in place at a minimum, not sure if that really accomplishes anything. I also don't think it would work to simply wait until there is a signed contract in place to start working. In this area, I am outside of my area of expertise. One conversation I had with Ron earlier was not to do any customization work for groups without a signed NRE (per Ankur's guidance). The NRE would compensate SMC for the work even if the company doesn't follow through (i.e. like Sprint). Ron has already taken that advice to heart and is negotiating an NRE with VA 529.

I don't see a lot of revenue in Q1 and I would encourage Berkeley to meet with him and press him on that issue.

1. Timeline on deals
**Xfinity Mobile** - They are deciding whether to do just Xfinity Mobile or all of Comcast. If it is just Xfinity Mobile or they decide to start with Xfinity Mobile, the roll-out should start late Q1/early Q2. If it is all of Comcast late Q2/early Q3

**Starbucks** - Added sometime in Q2

**Jet Blue/SW contracts** - they are moving along at the pace that each is driving, SMC hasn't been pushing to go faster because resources have been focused on other endeavors that will add revenue now rather than ramp up slowly with the extended roll-out that these large contracts tend to favor (I do not think a contract is officially in place for either (Tony when you check, please confirm

**Verizon** - Q2

**VA 529** - March/April

**HMS Host** - Q1

2. Any NRE's in place, do you need any help on these, Ankur volunteered). Working on one with **VA 529, he will pull in Ankur as the need arises. We will have Ankur reach out and personally offer to volunteer his help instead of me just offering it.**

3. How long until gift card business will be big enough to sell? He think Q2, he has two potential buyers at the going rate of 2X rev once they reach $100M. He believes the purchase of Blackhawk by Silver Lake does not take them out of the picture as large PE firms are usually looking to grow revenue.

4. Cash on hand through April

5. Vendor updates
Security Audit - handled with internal higher rather than paying six figure+ to outside firm, requirements are now lower since they won't be touching the credit cards (read Freedom Pay below).
Multi-cloud environment - They have successfully stood up a second mirrored cloud environment for those that refuse to work with them if they have Amazon as their cloud.

6. Freedom Pay - SMC will run transactions through Freedom Pay by Q2. 7 or 8 of the major card processors will be processing though Freedom Pay. It is a tokenized Credit Card solution provided by Chase that acts as a gateway for processing. Neither the merchant nor the intermediaries touch the credit card information and this will allow every participating merchant from those 7 or 8 major card processors to be part of SMC's Mobile Rewards Network.

Exhibit L