# EXHIBIT M

# Sionic Mobile Corporation

## PROFIT AND LOSS

January - December 2018

|  | TOTAL |
|---|---|
| **Income** | |
| E-Gift Card Revenue | **5,676.96** |
| SMB Revenue | **152,051.00** |
| **Total Income** | **$157,727.96** |
| Cost of Goods Sold | |
| Cost of Goods Sold | **47,072.28** |
| **Total Cost of Goods Sold** | **$47,072.28** |
| **GROSS PROFIT** | **$110,655.68** |
| **Expenses** | |
| Bank Service Charges | 16,995.26 |
| Business Licenses and Permits | 1,117.21 |
| Charitable Contributions | 50,670.00 |
| Computer and Internet Expenses | **48,437.35** |
| Contractor Expenses | **654,804.69** |
| Data Collection | 512.82 |
| Dues and Subscriptions | **12,608.57** |
| Healthcare | **166,594.15** |
| Insurance Expense | 8,333.00 |
| Interest Expense | 136,870.20 |
| Janitorial Expense | 4,730.00 |
| Marketing Expense | **91,133.85** |
| Meals and Entertainment | **3,983.24** |
| Miscellaneous Expense | 9,017.00 |
| Office Supplies | 20,383.58 |
| Payroll Expenses | **1,681,065.65** |
| Postage and Delivery | 1,064.38 |
| Professional Fees | **91,250.10** |
| Recruiting and Retention | 13,919.83 |
| Rent Expense | **247,904.69** |
| Repairs and Maintenance | 6,355.59 |
| Telephone Expense | 3,445.95 |
| TEST | 25.00 |
| Travel Expense | 61,179.62 |
| Uncategorized Expense | 235,231.83 |
| Utilities | 15,091.52 |
| **Total Expenses** | **$3,582,725.08** |
| **NET OPERATING INCOME** | **$ -3,472,069.40** |
| Other Income | |
| Redemption Credit | 4,880.55 |
| **Total Other Income** | **$4,880.55** |
| Other Expenses | |
| Amortization Expense | 1,373,888.99 |
| Depreciation Expense | 15,318.11 |

Exhibit M

|                        | TOTAL            |
|------------------------|------------------|
| **Total Other Expenses** | $1,389,207.10    |
| NET OTHER INCOME       | $ -1,384,326.55  |
| NET INCOME             | $ -4,856,395.95  |

# Sionic Mobile Corporation

## BALANCE SHEET SUMMARY

### As of December 31, 2018

|  | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | 27,306.84 |
| Accounts Receivable | 1,333.48 |
| Other Current Assets | 7,664.00 |
| **Total Current Assets** | **$36,304.32** |
| Fixed Assets | 4,685,508.84 |
| Other Assets | 11,375.00 |
| **TOTAL ASSETS** | **$4,733,188.16** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | 473,404.59 |
| Credit Cards | 38,418.50 |
| Other Current Liabilities | 2,595,559.67 |
| **Total Current Liabilities** | **$3,107,382.76** |
| Long-Term Liabilities | 0.00 |
| **Total Liabilities** | **$3,107,382.76** |
| Equity | 1,625,805.40 |
| **TOTAL LIABILITIES AND EQUITY** | **$4,733,188.16** |