## VERIFICATION OF COMPLAINT

State of Georgia

County of Fulton

Pursuant to 28 USC §1746, the undersigned declares under penalty of perjury that the foregoing allegations set forth in the Verified Complaint for Damages are true and correct to the best of his knowledge.

This 6th day of December, 2019

BY: _____

Tony Palazzo