## AFFIDAVIT OF SERVICE

**State of Georgia**

County of

Case Number: 1:19-CV-05523-ODE

Plaintiff:
**Berkeley ventures II LLC**

vs.

Defendant:
**Sionic Mobile Corporation Ronald D Herman**

For:
Bryan Busch
Busch, Slipakoff, Mills and Slomka LLC

Received by Ancillary Legal Corporation on the 8th day of January, 2020 at 3:55 pm to be served on **Sionic Mobile Corporation, 1230 Peachtree Street, Ste 3700, Atlanta, GA 30309**.

I, Wiley Dean Handley, being duly sworn, depose and say that on the **9th day of January, 2020 at 3:20 pm,** I:

served Sionic Mobile Corporation by delivering a true copy of the **Summons in a Civil Action, Civil Cover Sheet, Verified Complaint for Damages, Exhibits A through M** to: Ronald Herman as **CEO/ Authorized to Accept** for **Sionic Mobile Corporation**, at the address of: **1230 Peachtree Street, Ste 3700, Atlanta, GA 30309**, .

**Additional Information pertaining to this Service:**
1/9/2020  3:20 pm  Service at 1230 Peachtree Street, Ste 3700, Atlanta, GA 30309,

Ronald Herman, CEO, white male, height ~6'2", 180 lbs, ~45-55 years of age.

I am an agent of Ancillary Legal Corporation and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and am authorized to serve process.

Subscribed and Sworn to before me on the 10 day of January, 2019 by the affiant who is personally known to me.

_Ross Bria Phelan_
NOTARY PUBLIC

**Wiley Dean Handley**
Process Server

Ancillary Legal Corporation
2900 Chamblee Tucker Road
Building 13
Atlanta, GA 30341
(404) 459-8006

Our Job Serial Number: ANC-2020000109

ROSS BRIAN PHELAN
NOTARY PUBLIC
Walton County
State of Georgia
My Comm. Expires August 23, 2022

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1e