IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>SIONIC MOBILE CORPORATION and RONALD D. HERMAN,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br>1:19-cv-05523-ODE |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS SIONIC MOBILE CORPORATION**

Defendant Sionic Mobile Corporation ("Sionic"), by its attorneys, Baker Jenner LLLP, files this Certificate of Interested Persons and Corporate Disclosure Statement, pursuant to LR 3.3 and Fed. R. Civ. P. Rule 7.1.

1.  The undersigned counsel of record of a party to this action certifies that, to his knowledge, the following is a full and complete list of all parties in this action, including, any parent entity and any publicly held company that owns 10% or more of the equity in a party:

   a. *Plaintiff:*

      1. Berkeley Ventures II, LLC

    2. Berkeley Capital Partners, LLC

    3. PEN Equity II, LLC

b. *Defendant:*

    1. Sionic Mobile Corporation

Sionic certifies that no parent corporation or publicly held corporation owns 10% or more equity in Sionic. Sionic has no information regarding the percentage of ownership that Berkeley Capital Partners, LLC or PEN Equity II, LLC respectively hold in Berkeley Ventures II, LLC. However, Plaintiff alleged that it is affiliated with Berkeley Capital Partners, LLC and PEN Equity II, LLC. Complaint ¶1.

    2.    The undersigned further certifies that the following is a full and complete list of all other parties, associations, firms, partnerships, or corporations having either a financial interest or other interest which could be substantially affected by the outcome of this particular case:

    a. Plaintiff and Defendant.

    3.    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    a. For Plaintiff:

    Bryan E. Busch

    Laura Mirmelli
    Busch, Slipakoff, Mills & Slomka, LLC
    Riverwood 100, 21st Floor
    3350 Riverwood Parkway
    Atlanta, GA 30339

b. For Defendant:

    Simon Jenner
    Richard J. Baker
    Lynn Chen Woodward
    Baker Jenner LLLP
    210 Interstate North Parkway, SE
    Suite 100
    Atlanta, GA 30339

                                       Respectfully submitted,

                                       /s/ Simon Jenner
                                       Simon Jenner, Esq.
                                       Georgia Bar No. 142588
                                       simon.jenner@bakerjenner.com
                                       Richard J. Baker, Esq.
                                       Georgia Bar No. 033879
                                       rick.baker@bakerjenner.com
                                       Lynn Chen Woodward, Esq.
                                       Georgia Bar No. 861150
                                       lynn.woodward@bakerjenner.com
                                       Baker Jenner LLLP
                                       210 Interstate North Parkway, SE
                                       Suite 100
                                       Atlanta, GA 30339
                                       Telephone: (404) 400-5955
                                       *Attorneys for Defendant*

**CERTIFICATE OF COMPLIANCE AND SERVICE**

I certify that the foregoing has been prepared in accordance with Local Rule 5.1C, using Century Schoolbook, 13 point. I further certify that on January 30, 2020, I electronically filed **Certificate of Interested Persons and Corporate Disclosure Statement of Defendant Sionic Mobile Corporation** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Bryan E. Busch<br>
Laura Mirmelli<br>
Busch, Slipakoff, Mills & Slomka, LLC<br>
Riverwood 100, 21st Floor<br>
3350 Riverwood Parkway<br>
Atlanta, GA 30339

/s/ Simon Jenner
Georgia Bar No. 142588
Attorney for Defendant
Baker Jenner LLLP
210 Interstate North Parkway, SE
Suite 100
Atlanta, GA 30339
Telephone: (404) 400-5955
E: simon.jenner@bakerjenner.com