IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC<br><br>Plaintiff,<br><br>v.<br><br>SIONIC MOBILE CORPORATION and RONALD D. HERMAN,<br><br>Defendants. | Civil Action File No.<br>1:19-cv-05523-ODE |

### SIONIC MOBILE CORPORATION'S MOTION TO DISQUALIFY BUSCH, SLIPAKOFF, MILLS & SLOMKA, LLC AS COUNSEL OF RECORD

Defendant Sionic Mobile Corporation ("Sionic") respectfully moves this Court, pursuant to the Georgia Rules of Professional Conduct 1.7, 1.9, 1.10 and 3.7, to disqualify Busch, Slipakoff, Mills & Slomka, LLC ("Busch Slipakoff") as counsel of record to Plaintiff Berkeley Ventures II, LLC ("Berkeley") in this matter.  Adam Slipakoff ("Slipakoff"), a named partner of Busch Slipakoff, in his former capacity of outside general counsel to Sionic, advised Sionic on securities matters, and Busch Slipakoff's further representation of Berkeley would subject Sionic to undue harm and prejudice:

1

1.

Adam Slipakoff ("Slipakoff") presently serves as Busch Slipakoff's Managing Partner, Mergers & Acquisitions Chair, and Corporate and Securities Chair. Slipakoff is, however, also the founding partner and an active member of Slipakoff, LLP, in which capacity he served as Sionic's outside general counsel for 2015 and 2016, including in regard to various transactions, Form D filings, securities work, and more. Incident and further to representation, Slipakoff acted as an "evangelist" for Sionic, and purported to actively promote Sionic, its executives, technology platform, capabilities, and desirability to prospective deal partners and investors.

Despite Slipakoff's prior and well-documented representation of Sionic, Busch Slipakoff now purports to be able to represent Berkeley against Sionic on allegations of fraud that directly touch on the subject matter of that prior representation. This the law and ethical duties undergirding the practice of law expressly forbid. *Marcelino Solis v. The Taco Maker*, Case No. 1:2009-cv-03293 - Document 74 (N.D. Ga. June 2, 2011) at 14. The Georgia Rules of Professional Conduct are clear that a lawyer cannot disadvantage a prior representation in favor of a new conflicting representation. Ga. R. Prof. Conduct 1.7, 1.9. They are equally clear that the taint of conflict carries with

the lawyer, disqualifying each law firm with which that lawyer is associated. Ga. R. Prof. Conduct 1.10.

Stated simply, because Slipakoff could not represent Berkeley in this matter, neither can Busch Slipakoff. It is, therefore, appropriate that Busch Slipakoff be disqualified from acting as Berkeley's lawyers. A Memorandum in Support with supporting authorities and [Proposed] Order are submitted simultaneously with this Motion for the Court's consideration.

Respectfully submitted,

/s/ Simon Jenner
Simon Jenner, Esq.
Georgia Bar No. 142588
simon.jenner@bakerjenner.com
Richard J. Baker, Esq.
Georgia Bar No. 033879
rick.baker@bakerjenner.com
Lynn Chen Woodward, Esq.
Georgia Bar No. 861150
lynn.woodward@bakerjenner.com
Baker Jenner LLLP
210 Interstate North Parkway, SE
Suite 100
Atlanta, GA 30339
Telephone: (404) 400-5955
*Attorneys for Defendant*

## CERTIFICATE OF COMPLIANCE AND SERVICE

I certify that the foregoing has been prepared in accordance with Local Rule 5.1C, using Century Schoolbook, 13 point. I further certify that on January 30, 2020, I electronically filed **Sionic Mobile Corporation's Motion to Disqualify Busch, Slipakoff, Mills & Slomka, LLC as Counsel of Record** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Bryan E. Busch<br>
Laura Mirmelli<br>
Busch, Slipakoff, Mills & Slomka, LLC<br>
Riverwood 100, 21st Floor<br>
3350 Riverwood Parkway<br>
Atlanta, GA 30339

/s/ Simon Jenner
Georgia Bar No. 142588
Attorney for Defendant
Baker Jenner LLLP
210 Interstate North Parkway, SE
Suite 100
Atlanta, GA 30339
Telephone: (404) 400-5955
E: simon.jenner@bakerjenner.com