IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BERKELEY VENTURES II, LLC

        Plaintiff,

v.

SIONIC MOBILE CORPORATION and
RONALD D. HERMAN,

        Defendants.

Civil Action File No.
1:19-cv-05523-ODE

---

## AFFIDAVIT OF RONALD D. HERMAN

STATE OF GEORGIA      }
                         }
COUNTY OF FULTON   }

      PERSONALLY APPEARED before the undersigned officer duly

authorized by law to administer oaths, Ronald D. Herman, who, after being

duly sworn, deposes and states the following:

1.

      My name is Ronald D. Herman, named Defendant in this action.

2.

      I am over 21 years old of age and competent to provide the sworn

testimony of this Affidavit.



EXHIBIT
B

3.

I am the Chief Executive Officer of Sionic Mobile Corporation ("Sionic"). In that position I am duly empowered and authorized to speak in regard to the matters related in this Affidavit which are known to me due to my direct personal knowledge, and further, due to my status, which entitles and requires me to know of the matters related in this Affidavit.

4.

Sionic first became aware of Slipakoff LLP on December 1, 2015, in regard to a donation of Sionic stock that Patrick Gahan ("Gahan"), a Sionic stockholder and Board member, wanted to make to various foundations and charities.[1]

5.

To help facilitate the donation, Slipakoff LLP, as Gahan's lawyers, requested a division of an existing Sionic stock certificate into multiple smaller certificates, which Sionic did.[2]

---

[1] Email chain between Herman, Patrick Gahan and Donald Navajosy dated December 1, 2015, a true and complete copy of which is attached and incorporated as Exhibit 1 to this Affidavit.
[2] Exhibit 1.

2

6.

On or about December 4, 2015, Gahan introduced Slipakoff to Sionic as potential counsel, which resulted in email correspondence between me and Slipakoff, and a further meeting at Slipakoff's office.[3]

7.

At that meeting, Slipakoff promoted his ability to represent Sionic in regard to investments and securities law, in addition to various merger and acquisition opportunities.

8.

Slipakoff also explained his ability to introduce potential investors to Sionic and expressed interest in becoming an investor himself.

9.

In response, I discussed with Slipakoff the scope and scale of representation that Sionic needed, including support on mergers and acquisitions and more importantly, in regard to securities as Sionic was in the process of raising capital and needed to ensure it was compliant with applicable laws and regulations.

---

[3] Email chain between Herman, Gahan and Slipakoff dated December 4, 2015 through December 7, 2015, a true and complete copy of which is attached and incorporated as Exhibit 2 to this Affidavit.

10.

Subsequently, I confirmed Sionic's intention to engage Slipakoff, specifying a need to evaluate the influence of potential transactions on our Series B filing and associated changes to the capitalization table.[4]

11.

Internally, I also instructed Sionic personnel to begin coordinating with Slipakoff as general corporate counsel on pending assignments contract review.[5]

12.

On December 8, 2015, Slipakoff and Sionic entered into an Attorney-Client Representation agreement, under which Slipakoff confirmed that "we have been engaged to represent Sionic Mobile Corporation . . . in regard to various corporate matters."[6]

---

[4] Email chain between Herman and Slipakoff dated December 8, 2015, a true and complete copy of which is attached and incorporated as Exhibit 3 to this Affidavit.

[5] See, e.g., Email chain between Herman and Spencer White (a Sionic employee) dated December 8, 2015, at true and complete copy of which is attached and incorporated as Exhibit 4 to this Affidavit.

[6] A true and complete copy of the Attorney-Client Representation agreement, dated December 8, 2015, is attached and incorporated as Exhibit 5 to this Affidavit.

4

13.

Slipakoff thus was, and was understood to be, Sionic's outside general counsel.

14.

The next day, I consulted with Skipakoff regarding Sionic's proposed Series B investment, disclosures, Form D filings with the U.S. Securities and Exchange Commission, and stock warrants, as confirmed by Slipakoff's subsequent invoice to Sionic.[7]

15.

In support of this and other corporate efforts, Sionic shared significant sensitive confidential information with Slipakoff, including on certain pending and planned business transactions, proposed uses for capital, potential target investors and funding sources, securities offerings and series and associated draft agreements and documentation, business plans, and draft and anticipated promotional and solicitation materials.

---

[7] Invoice from Slipakoff to Sionic, dated February 10, 2016, a true and complete copy of which is attached and incorporated as Exhibit 6 to this Affidavit.

5

16.

At about this time and further to Slipakoff's request, Sionic transmitted Warrants for Slipakoff to execute, which upon exercise would have entitled Slipakoff to become a direct holder of Sionic stock.[8]

17.

By email dated December 11, 2015, Slipakoff confirmed that he had signed the Warrants (although had not yet funded them) and offered to introduce Sionic to a high net worth friend he thought an appropriate investor. [9]

18.

To assist with this introduction, Slipakoff requested various sensitive internal corporate information, including Sionic's Private Placement Memorandum, pro forma spreadsheets, including for 2016, and historical financials.[10]

_____

[8] Email between Herman and Slipakoff dated December 11, 2015, at true and complete copy of which is attached and incorporated as Exhibit 7 to this Affidavit.
[9] Exhibit 7.
[10] Email between Herman and Slipakoff dated December 15, 2015, a true and complete copy of which is attached and incorporated as Exhibit 8 to this Affidavit.

19.

Slipakoff acknowledged that his friend would need to execute a nondisclosure agreement as a condition to receiving this information.[11]

20.

Slipakoff ultimately failed to fund the Warrants, leading me to express my concern for the legal consequences of the delay, although I confirmed that I was still very excited about Slipakoff having taken over Sionic's "securities work."[12]

21.

Slipakoff responded that he was incredibly thankful that his failure to fund the Warrants had not tainted my view of Slipakoff or his firm's value.[13]

22.

Slipakoff assured that he would continue to "be a vocal evangelist for Sionic," and said that he had several private equity firms and various high net worth investors whom he thought would be good prospective investors in Sionic.[14]

---

[11] Exhibit 8.
[12] Email chain between Herman and Slipakoff dated December 15, 2015 through December 16, 2019, at true and complete copy of which is attached and incorporated as Exhibit 9 to this Affidavit.
[13] Exhibit 9.
[14] Exhibit 9.

7

23.

On January 6, 2016, Slipakoff offered to introduce Sionic to a potential

partner for Sionic's technology.[15]

24.

In response, I sent Slipakoff a brief overview of Sionic's platform,

asking Slipakoff to review the document to ensure it was acceptable.[16]

25.

Later that day, Slipakoff made the introduction, extolling the virtues of

Sionic's technologies and capabilities and even suggesting ways in which

Sionic might imbed in the potential partner's business to improve overall

margins and operations.[17]

26.

On July 12, 2016, Slipakoff requested, and Sionic provided, an updated

business plan and financials, although Sionic stopped sending Slipakoff

further work on or about August 2016.[18]

---

[15] Email chain between Herman, Gahan and Slipakoff dated January 6, 2016,
attached and incorporated as Exhibit 10 to this Affidavit.
[16] Exhibit 10.
[17] Email from Slipakoff to Bob Stewart dated January 6, 2016, a true and
complete copy of which is attached and incorporated as Exhibit 11.
[18] Email from Gahan to Herman dated July 12, 2016, a true and complete
copy of which is attached and incorporated as Exhibit 12.

27.

Amongst other reasons, Sionic decided to cease using Slipakoff's services because he failed to provide the level of responsive and sophisticated representation that he had assured me was within his competence.

28.

Approximately 14 months later, Berkeley became an investor in Sionic. In so doing, Berkeley reviewed financials, promotional and investment materials, and other documents that were either shared with Slipakoff incident to representation or upon which Slipakoff's advice was requested.

29.

Slipakoff reviewed and provided advice in regard to the form documents that were ultimately used by Sionic drafting the Subscription Agreement, Investor Questionnaire, Amended and Restated Shareholder Agreement, and Joinder to Shareholder Agreement that are referenced in Berkeley's Complaint.

30.

Slipakoff never consulted with or informed Sionic of Berkeley's intention to sue Sionic before it did so. Nor did Slipakoff seek, and Sionic did not provide, a waiver of conflict.

FURTHER AFFIANT SAYETH NAUGHT.

9

Ronald D. Herman

Sworn to and subscribed before
me this January *28*, 2020.

Notary Public

My commission expires: *3/17/2020*

# EXHIBIT 1

**Subject:**   Re: Donation Agreements
**Date:**   Tuesday, December 1, 2015 at 5:39:14 PM Eastern Standard Time
**From:**   Ronald Herman
**To:**   Patrick Gahan
**Attachments:** image001.jpg

Done. The original 147 will become 145,000 shares.  New certs will be added for the other two amounts.

--

Ronald D. Herman, CEO
SIONICMOBILE——
404.606.3585 • sionicmobile.com

**From:** Patrick Gahan <patrick.gahan@gmail.com>
**Date:** Tuesday, December 1, 2015 at 4:24 PM
**To:** Ronald Herman <herman@sionicmobile.com>
**Subject:** Re: Donation Agreements

That would be great. Certificate 147 Window Macaroni Group.

Thanks

On Tue, Dec 1, 2015 at 4:14 PM, Ron Herman <herman@sionicmobile.com> wrote:
   This is not a problem, Patrick.  Do you want me to have counsel prepare the first 3 certs per below? We'll just need
   you to destroy the original.

--

**Ronald D. Herman**, CEO
SIONICMOBILE------

404.606.3585 · sionicmobile.com

**From:** Patrick Gahan <patrick.gahan@gmail.com>
**Date:** Tuesday, December 1, 2015 at 4:12 PM
**To:** Ronald Herman <herman@sionicmobile.com>
**Subject:** Fwd: FW: Donation Agreements

Ron,

See below. For donating 50,000 shares to Enduring Hearts and 10,000 shares to CHOA, the certificates I have don't match the number of shares being donated. For example if I used 205,000 share certificate it appears that we need the single 205,000 share certificate reissued as three certificates, one in the amount of 145,000 shares, another as 10,000 shares, and a third as 50,000 shares.

Per our legal, this is supposedly very easy for Sionic Mobile to do. Do you concur?

FYI - There will be a more complicated splitting up of share certificates needed for the CRT contributions because it goes two steps...first Alder Tech Holdings will need to transfer SMC shares pro-rata to its members and then the individual members doing CRT contributions will need the share certificates to match the number of shares being donated per CRT. For example, I have 7 CRT's with 100,000; 50,000, 50,000, 50,000, 250,000, 250,000, and 250,000 shares being donated.

Thanks,

Patrick

---------- Forwarded message ----------
**From:** Donald Novajosky <dn@slipakoff.com>
**Date:** Tue, Dec 1, 2015 at 2:27 PM
**Subject:** RE: FW: Donation Agreements
**To:** Patrick Gahan <patrick.gahan@gmail.com>, Adam Slipakoff <as@slipakoff.com>

Hi Patrick –

Just left you a voicemail with regards to your question.

I completely agree.  You would want to go back to Psionic Mobile and get them to break apart the large stock certificate so that you have a new certificate in an amount that matches your donation (for example,

a 50,000 share certificate for a 50,000 share donation).  It should be pretty quick and easy for them to do for you.


Thanks,


Don


**From:** Patrick Gahan [mailto:patrick.gahan@gmail.com]
**Sent:** Tuesday, December 1, 2015 1:00 PM
**To:** Adam Slipakoff <as@slipakoff.com>
**Cc:** Donald Novajosky <dn@slipakoff.com>
**Subject:** Re: FW: Donation Agreements


Adam,


Thank you for these. I will let don know if I have any questions.


Patrick


On Wed, Nov 25, 2015 at 3:54 PM, Adam Slipakoff <as@slipakoff.com> wrote:

> Patrick  - Here are the Donation Agreements.  Call or email Don or I with any questions or issues.  We're still here today.
>
>
>
>
> **From:** Donald Novajosky
> **Sent:** Wednesday, November 25, 2015 3:50 PM
> **To:** Adam Slipakoff <as@slipakoff.com>
> **Subject:** Donation Agreements
>
>
> Adam —
>
>
> Attached are copies of the Donation Agreements for CHOA and Enduring Hearts.

Don

 slipakoff

---

**Donald L. Novajosky, Esq.**

1701 Barrett Lakes Blvd., Suite 160 | Kennesaw, Georgia 30144

Direct: 770.727.8995 | Fax: 770.727.8999 | Cell: 678.237.3139

dn@slipakoff.com | www.slipakoff.com

---

| | |
|---|---|
| **Subject:** | Re: Donation Agreements |
| **Date:** | Tuesday, December 1, 2015 at 4:14:04 PM Eastern Standard Time |
| **From:** | Ronald Herman |
| **To:** | Patrick Gahan |
| **Attachments:** | image001.jpg |

This is not a problem, Patrick.  Do you want me to have counsel prepare the first 3 certs per below? We'll just need you to destroy the original.

--

Ronald D. Herman, CEO
SIONICMOBILE------
404.606.3585 • sionicmobile.com

**From:** Patrick Gahan <patrick.gahan@gmail.com>
**Date:** Tuesday, December 1, 2015 at 4:12 PM
**To:** Ronald Herman <herman@sionicmobile.com>
**Subject:** Fwd: FW: Donation Agreements

Ron,

See below. For donating 50,000 shares to Enduring Hearts and 10,000 shares to CHOA, the certificates I have don't match the number of shares being donated. For example if I used 205,000 share certificate it appears that we need the single 205,000 share certificate reissued as three certificates, one in the amount of 145,000 shares, another as

10,000 shares, and a third as 50,000 shares.

Per our legal, this is supposedly very easy for Sionic Mobile to do. Do you concur?

FYI - There will be a more complicated splitting up of share certificates needed for the CRT contributions because it goes two steps...first Alder Tech Holdings will need to transfer SMC shares pro-rata to its members and then the individual members doing CRT contributions will need the share certificates to match the number of shares being donated per CRT. For example, I have 7 CRT's with 100,000; 50,000, 50,000, 50,000, 250,000, 250,000, and 250,000 shares being donated.

Thanks,

Patrick

---------- Forwarded message ----------
From: **Donald Novajosky** <dn@slipakoff.com>
Date: Tue, Dec 1, 2015 at 2:27 PM
Subject: RE: FW: Donation Agreements
To: Patrick Gahan <patrick.gahan@gmail.com>, Adam Slipakoff <as@slipakoff.com>

Hi Patrick –

Just left you a voicemail with regards to your question.

I completely agree.  You would want to go back to Psionic Mobile and get them to break apart the large stock certificate so that you have a new certificate in an amount that matches your donation (for example, a 50,000 share certificate for a 50,000 share donation).  It should be pretty quick and easy for them to do for you.

Thanks,

Don

From: Patrick Gahan [mailto:patrick.gahan@gmail.com]
Sent: Tuesday, December 1, 2015 1:00 PM
To: Adam Slipakoff <as@slipakoff.com>
Cc: Donald Novajosky <dn@slipakoff.com>
Subject: Re: FW: Donation Agreements

Adam,

Thank you for these. I will let don know if I have any questions.


Patrick


On Wed, Nov 25, 2015 at 3:54 PM, Adam Slipakoff <as@slipakoff.com> wrote:

Patrick  - Here are the Donation Agreements.  Call or email Don or I with any questions or issues.  We're still here today.




**From:** Donald Novajosky
**Sent:** Wednesday, November 25, 2015 3:50 PM
**To:** Adam Slipakoff <as@slipakoff.com>
**Subject:** Donation Agreements


Adam –


Attached are copies of the Donation Agreements for CHOA and Enduring Hearts.


Don


 slipakoff

Donald L. Novajosky, Esq.

1701 Barrett Lakes Blvd., Suite 160 | Kennesaw, Georgia 30144

Direct: 770.727.8995 | Fax: 770.727.8999 | Cell: 678.237.3139

dn@slipakoff.com | www.slipakoff.com

# EXHIBIT 2

**Subject:** Re: Slipakoff's Value add
**Date:**    Monday, December 7, 2015 at 11:08:59 AM Eastern Standard Time
**From:**    Adam Slipakoff
**To:**      Ron Herman

Great.  See you then.  Can I ask for a copy of the PPM, pro formas, warrants, etc. when we meet to take back with me?  Thanks in advance.  Patrick speaks so highly of Sionic. I'm looking forward to learning more.

Sent from my iPhone

> On Dec 7, 2015, at 11:03 AM, Ron Herman <herman@sionicmobile.com> wrote:
>
> Perfect Adam. See you then. Thx
> --
>
>
> Ronald D. Herman, CEO <http://sionicmobile.com/>404.606.3585 • sionicmobile.com <http://sionicmobile.com/>
>
>
>
>
>
>
>
>
>
>
>> On 12/7/15, 10:59 AM, "Adam Slipakoff" <as@slipakoff.com> wrote:
>>
>> Ron - How does 1:30 today work?  I have a lunch at Davios 12-1 and can head over after.
>>
>> Sent from my iPhone
>>
>>> On Dec 4, 2015, at 4:11 PM, Ron Herman <herman@sionicmobile.com> wrote:
>>>
>>> That would be great Adam.  I'm very excited about doing business together. We're pushing hard this month to explode in the market on Jan 4th. Any intros you can make would be good for us to begin cultivating interest. We have a 45 minute, 10am staff meeting, but otherwise I'm available Monday morning.
>>>
>>> We're at 909 West Peachtree Street NW ATL 30309. Corner of 8th and West Peachtree with free visitor parking behind our building.
>>> --
>>>
>>>
>>> Ronald D. Herman, CEO <http://sionicmobile.com/>404.606.3585 • sionicmobile.com
<http://sionicmobile.com/>
>>>
>>>
>>>
>>>
>>>
>>>
~~~

~~~
>>>
>>>
>>>> On 12/4/15, 4:06 PM, "Adam Slipakoff" <as@slipakoff.com> wrote:
>>>>
>>>> Sounds good.  When would you like to get together?   Patrick made it sound like timing is critical.  I can head to your office on Mon.
>>>>
>>>> Sent from my iPhone
>>>>
>>>>> On Dec 4, 2015, at 3:53 PM, Ron Herman <herman@sionicmobile.com> wrote:
>>>>>
>>>>> Are you kidding?  UniPro alone would be a HUGE win for us.  Let's get started!  Warrants are yours if you want them Adam.
>>>>> --
>>>>>
>>>>> Ronald D. Herman, CEO <http://sionicmobile.com/>404.606.3585 • sionicmobile.com <http://sionicmobile.com/>
>>>>>
>>>>>
>>>>>
>>>>>
>>>>>
>>>>>
>>>>>
>>>>>
>>>>>
>>>>>> On 12/4/15, 3:17 PM, "Patrick Gahan" <patrick.gahan@gmail.com> wrote:
>>>>>>
>>>>>> Ron,
>>>>>>
>>>>>> Here is a quick preview of Adam Slipakoff's value add...I asked him to share five intros he could make. He definitely has more. I think he is a good strategic partner to consider for the warrants.
>>>>>>
>>>>>> Bob Stewart - CEO of UniPro Foodervice (coop with $86 billion in combined sales)
>>>>>>
>>>>>> Jeff Landau - Owner of Metrotainment (10 restaurants)
>>>>>>
>>>>>> Amy Holcomb at SkyMedicus
>>>>>>
>>>>>> Jim Webb - Cape Securities
>>>>>>
>>>>>> Euan McGlashin / Steve Cessinger- Valor Hospitality
>>>>>>
>>>>>> Patrick
>>>>>>

# EXHIBIT 3

**Subject:** RE: engagement letter
**Date:**  Tuesday, December 8, 2015 at 5:18:23 PM Eastern Standard Time
**From:**  Adam Slipakoff
**To:**    Ron Herman

Confirmed.  Talk then.

From: Ron Herman [mailto:herman@sionicmobile.com]
Sent: Tuesday, December 8, 2015 5:06 PM
To: Adam Slipakoff <as@slipakoff.com>
Subject: Re: engagement letter

Tomorrow 1p work for you? 15min tops. Thanks!

--

Ronald D. Herman, CEO
SIONICMOBILE-----
404-606-7650 • sionicmobile.com

**From:** Adam Slipakoff <as@slipakoff.com>
**Date:** Tuesday, December 8, 2015 at 5:01 PM
**To:** Ronald Herman <herman@sionicmobile.com>
**Subject:** RE: engagement letter

Certainly.  I'll send this to you shortly.  Would you like to talk this evening or tomorrow re: the Series B?

**From:** Ron Herman [mailto:herman@sionicmobile.com]
**Sent:** Tuesday, December 8, 2015 4:57 PM
**To:** Adam Slipakoff <as@slipakoff.com>
**Subject:** engagement letter

Adam,

I would like to engage your firm asap.  We have questions regarding the influence of potential transactions on our Series B filing and changes to the cap table.

Do you have a standard EL?

Best,
Ron

--

Ronald D. Herman, CEO

SIONICMOBILE——
404.606.3585 • sionicmobile.com

# EXHIBIT 4

**Subject:** Re: dykema
**Date:** Tuesday, December 8, 2015 at 10:36:31 AM Eastern Standard Time
**From:** Ronald Herman
**To:** Spencer White

We are going to engage Adam Slipakoff's firm for gen corporate counsel. Kevin Kirby has done a good job for us, but Adam will bring a greater level of urgency and priority.

I should have an engagement letter from him by Friday.

--

Ronald D. Herman, CEO
SIONICMOBILE——
404.606.3585 • sionicmobile.com

**From:** Spencer White <white@sionicmobile.com>
**Date:** Tuesday, December 8, 2015 at 10:32 AM
**To:** Ronald Herman <herman@sionicmobile.com>
**Subject:** RE: dykema

So what attorney would you prefer that I use for payment network contracts review? I presume we have a better rate with whomever our general attorney is vs. Dykema, yes?

If so, can you give me our general attorney's contact info? I'm not quite ready to engage him/her but I will be soon.

**From:** Ron Herman
**Sent:** Friday, December 4, 2015 4:44 PM
**To:** Spencer White <white@sionicmobile.com>
**Subject:** RE: dykema

No worries. Just an FYI. Thx

Sent from Outlook on my iPhone

On Fri, Dec 4, 2015 at 1:43 PM -0800, "Spencer White" <white@sionicmobile.com> wrote:

Ok. I worked through the incorrect invoice from them a few weeks ago and at that point t we had a positive balance. Perhaps some of the final review on the chase deal happened in november. If you send me the invoice I'll double check it.

Sent via the Samsung GALAXY S® 5, an AT&T 4G LTE smartphone
——— Original message ———
**From:** Ron Herman <herman@sionicmobile.com>

Date: 12/04/2015 4:29 PM (GMT-05:00)
To: Spencer White <white@sionicmobile.com>
Subject: Re: dykema

Negative. I received their invoice for $27.50. We ate through the rest of the retainer in Nov.

--

Ronald D. Herman, CEO
SIONICMOBILE——
404.606.3585 · sionicmobile.com


**From:** Spencer White <white@sionicmobile.com>
**Date:** Friday, December 4, 2015 at 4:25 PM
**To:** Ronald Herman <herman@sionicmobile.com>
**Subject:** RE: dykema

We actually have about $150 left on the retainer.  Not much but something.  As far as near term need for their expertise, I don't see much.  I would like to engage an attorney as we negotiate the network deals but those terms are pretty vanilla and don't really need expert financial services legal support.  So if we have a cheaper general attorney available we are good.


Sent via the Samsung GALAXY S® 5, an AT&T 4G LTE smartphone


——— Original message ———
From: Ron Herman <herman@sionicmobile.com>
Date: 12/04/2015 3:29 PM (GMT-05:00)
To: Spencer White <white@sionicmobile.com>
Subject: dykema

Hey – we're out of retainer.  Not expecting that we will need added advice at this stage, correct?

--

Ronald D. Herman, CEO
SIONICMOBILE——
404.606.3585 · sionicmobile.com

# EXHIBIT 5



**slipakoff**

ADAM M. SLIPAKOFF, ESQ.
Direct: (404) 509-8092
email: as@slipakoff.com

December 8, 2015

Sionic Mobile Corporation
909 West Peachtree Street NW
Atlanta, Georgia 30309
Attn: Ron Herman

**VIA E-MAIL (herman@sionicmobile.com)**

   Re:  Attorney-Client Representation

Dear Ron:

   We are pleased that you have chosen Slipakoff LLP to represent you. This letter will confirm our understanding that you have engaged this firm and will describe the basis on which our firm will provide legal services to you. We look forward to a successful and satisfying attorney-client relationship.

   In order to assure from the outset that we both have a clear understanding of how we will work together to accomplish your objectives, it is our practice to memorialize in writing the identity of our client, the scope of our engagement and the nature or absence of any conflicts of interest. Accordingly, this letter reflects our understanding that we have been engaged to represent Sionic Mobile Corporation (the "Company") in connection with various corporate matters.

   Based on our standard conflict of interest review procedures using information you have provided to us, we are not aware of any conflicts of interest which would arise as a result of the services we will be providing. If we subsequently become aware of any conflicts, we will contact you immediately and work with you to achieve a mutually acceptable resolution as mandated by applicable ethical rules.

   It is our practice to memorialize changes in our engagement, the scope of our engagement, and the nature or absence of any conflicts of interest. From time to time we may engage special co-counsel or refer matters to outside counsel to assist us in providing advice on certain areas of practice that are beyond our areas of expertise, including, without limitation, trademark, litigation, antitrust, patent, labor and employment, and tax matters. In addition, we may engage lawyers who are barred in jurisdictions other than Georgia to help us prepare draft documents under the direct supervision of a Georgia-licensed attorney.

   The scope of our engagement has been and shall continue to be limited to specific matters which we are requested to undertake and based on the information we are provided by Company. Company agrees to be candid and cooperate with us and to fully and accurately disclose all facts and documents that may relate to the matters that it asks us to handle.

   Our fee is $325 per hour for attorney time or services that are provided and $185 per hour for legal assistance services provided. Our hourly rates are periodically adjusted, and you will receive notice of their change prior to such change taking effect. In addition to our fees, you will be responsible for expenses in connection with this engagement, including travel, filing fees, courts costs, postage and online research fees, if necessary. In some instances, we may forward invoices for certain substantial costs directly to you

Sionic Mobile Corporation
Ron Herman
December 8, 2015
Page 2

for prompt payment.  If we require a retainer, such retainer amount will be held in our Georgia Bar proscribed IOLTA escrow account and will be credited against your last invoice.  We reserve the right to draw down on such retainer should your invoices remain outstanding for more than thirty (30) days without notice.  You may terminate this agreement with us at any time, but we are entitled to the full amount of hourly fees and a pro rata share of contingency fees received, if appropriate. Any unused amount will be immediately returned to you at any time upon your request. In the unlikely event that this firm has to bring suit against Company to collect any outstanding balance owed, the firm shall be entitled to recover all reasonable attorneys' fees and costs in the event it is necessary to file suit, arbitrate or satisfy a judgment to enforce the terms of this engagement letter.

We reserve the right to withdraw from representation as permitted or required by the Georgia Rules of Professional Conduct. Company will be obligated to pay for fees and expenses incurred up until termination or withdrawal, including for incomplete work in progress. Unless terminated earlier, our representation in any particular matter will automatically terminate when we send the last statement with descriptions of our services in the matter. If our representation has not otherwise concluded, it will automatically terminate if we do not perform work for Company as shown on a bill that we send it, for more than 12 months.

We typically render monthly statements for professional fees, expenses, disbursements and other charges and expect payment to be made promptly but no later than fifteen (15) days after receipt.  If our statements are not timely paid, you will be charged a late fee of 1.5% of the outstanding balance owed per month which shall compound and be cumulative or the amount permitted by law and applicable ethical rules, whichever is less.  In addition, we reserve the right to postpone or defer providing additional services or to discontinue our representation in accordance with applicable law or court rules.

During and after this engagement, we may convert paper documents to digital format and retain only the digital copy. We may delete and destroy all records from this representation at the end of the firm's document-retention period without further notice. We will send Company its file if it requests it before then, though we may retain a copy. We may exclude from the file our own files on the matter, which include, for example, firm administrative records, time and expense reports, credit and accounting records, and our lawyers' work-product prepared for our internal use, such as drafts, notes, internal memoranda, and legal and factual research.

We do not expect that any dispute between us will arise, however, in the event of a dispute under this engagement, such dispute shall be resolved in the courts of Cobb County Georgia and each of the parties hereto consent to jurisdiction in Cobb County Georgia.  We may, but shall not be required to, initiate binding arbitration pursuant to the rules of the Georgia Bar's Fee Arbitration program on behalf of the Georgia Supreme Court, and the Company hereby consents to participating exclusively in such arbitration if initiated by us. Any such arbitration shall be held in Atlanta, Georgia and will be administered by the Georgia Bar's arbitration panel. Judgment upon the award rendered by the arbitration panel may be entered in the State Court of Cobb County or the federal court for the Northern District of Georgia.  Should any provision of this agreement be unenforceable as between the parties, such unenforceability shall not affect the enforceability of the other provisions of this agreement.

We make no representations or warranties about the final outcome of this engagement.  The time frame for our representation and resulting costs of our representation depend upon factors not always within our control such as the level of cooperation, protracted negotiations, complexity of a particular matter, extensive revisions or other factors.

Sionic Mobile Corporation
Ron Herman
December 8, 2015
Page 3

Legal fees are often unpredictable. If we estimate or budget an amount of fees, it is only an estimate and not a fixed fee, fee quote, or guaranteed maximum. If anyone at our firm makes a statement about possible outcomes, it is an opinion only, based on information available to him or her at the time, and not a promise or guarantee. Company agrees to pay us regardless of the outcome.

Again, we thank you for the opportunity to represent Company. Please sign and date this engagement letter and return it to my attention, retaining the original for your files.

Kind regards,

Adam M. Slipakoff, Esq.

Accepted and agreed to:

By: _____
Ron Herman

Date:  December 8, 2015

# Signature Certificate



**Document Reference:** ZA99DAJG84PPJVVGJD2NZM

Ron Herman
Party ID: UZ8E2RI565I3HXGFWMEHX6
IP Address: 69.180.24.105
VERIFIED EMAIL: herman@sionicmobile.com

Multi-Factor
Digital Fingerprint Checksum    abdef1b6e3c0957044ffd3a3390037bc80559822



| Timestamp | Audit |
|---|---|
| | All parties have signed document. Signed copies sent to: Ron Herman and Lisa Niemirowski. |
| | Document signed by Ron Herman (herman@sionicmobile.com) with drawn signature. - 69.180.24.105 |
| | Document viewed by Ron Herman (herman@sionicmobile.com). - 69.180.24.105 |
| | Document created by Lisa Niemirowski (ln@slipakoff.com). - 24.126.185.157 |



This signature page provides a record of the online activity executing this contract.

Page 1 of 1

# EXHIBIT 6

2/10/2016                                             Intuit QuickBooks

**Slipakoff, LLP**

~✦ **slipakoff**

1701 Barrett Lakes Blvd
Suite 160
Kennesaw, GA  30144 USA
(770) 727-8990
as@slipakoff.com
www.slipakoff.com

# INVOICE

INVOICE #  1726
DATE  02/09/2016
DUE DATE  02/09/2016
TERMS  Due on receipt

**BILL TO**
Ron Herman
Sionic Mobile Corporation
809 West Peachtree Street
NW
Atlanta, GA  30309

Please detach top portion and return with your payment.

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 12/09/2015 | Conference with Mr. Herman regarding proposed Series B investment, disclosure and filing of Form D for warrants - Adam Slipakoff | 0:24 | 325.00 | 130.00 |

Please make checks payable to: Slipakoff LLP

**BALANCE DUE**      **$130.00**

# EXHIBIT 7

**Subject:** Re: saw docs
**Date:** Friday, December 11, 2015 at 6:54:42 PM Eastern Standard Time
**From:** Ronald Herman
**To:** Adam Slipakoff
**Attachments:** SMC_3yr_Proforma_Low.3.xlsx, Sionic Mobile - MNDA.DOC

Perfect, thanks Adam.

Attached is our MNDA.  We still have $1 warrants in the pool (JP Engelbrecht is not investing — too far from their core competency); so if your HNW friend is serious, the warrants expire at the end of the year.  Also, attaching updated pro forma with minor tweaks.

Best,
Ron

--


Ronald D. Herman, CEO
SIONICMOBILE——
404.606.3585 • sionicmobile.com


**From:** Adam Slipakoff <as@slipakoff.com>
**Date:** Friday, December 11, 2015 at 6:47 PM
**To:** Ronald Herman <herman@sionicmobile.com>
**Subject:** RE: saw docs

Ron — I've signed and am sending you the warrant docs tonight.  I have a high net worth friend that may be interested in investing in Sionic as well.  If you agree, I will ask him to sign an NDA and then upon receipt forward the PPM and pro forma spreadsheets to him to consider Sionic.  Do you already have an NDA that you prefer to use?


**From:** Ron Herman [mailto:herman@sionicmobile.com]
**Sent:** Monday, December 7, 2015 2:41 PM
**To:** Adam Slipakoff <as@slipakoff.com>
**Subject:** saw docs


--


Ronald D. Herman. CEO
SIONICMOBILE-----
404.606.3585 • sionicmobile.com

# EXHIBIT 8

**Subject:** Re: Warrants
**Date:** Tuesday, December 15, 2015 at 2:44:52 PM Eastern Standard Time
**From:** Ron Herman
**To:** Adam Slipakoff

All historical financials are published in the Investor Center along with copy of Series B PPM and 2016 quarterly pro forms.

The team is uploading remaining docs to the center today. Login credentials are going to all stakeholders tomorrow.

Sent from Outlook on my iPhone

On Tue, Dec 15, 2015 at 11:40 AM -0800, "Adam Slipakoff" <as@slipakoff.com> wrote:

Can you have someone send me a copy of Sionic's historical financials?
2014 and 2015 YTD. I don't know if I've seen them.

Sent from my iPhone

On Dec 15, 2015, at 2:38 PM, Adam Slipakoff <as@slipakoff.com> wrote:

> My assistant has been at the bank. She says they now have the FEIN and the account is opened. The problem was that there was another company with a near identical name, DNS Investments, LLC already out there. She's going to send the wire and get me a Fed Ref No. which I will forward you.
>
> Sent from my iPhone
>
> On Dec 15, 2015, at 11:55 AM, Adam Slipakoff <as@slipakoff.com> wrote:
>
>> We had to get an FEIN for the bank account. Silly problems for such a small matter. I'm told the account for the new entity DNS should be complete today and wire funded. I will keep you apprised.
>>
>> Sent from my iPhone
>>
>> On Dec 15, 2015, at 9:07 AM, Ron Herman <herman@sionicmobile.com> wrote:
>>
>>> Good morning! Did you initiate the wire?
>>> Best,
>>> Ron
>>> --
>>>
>>> **Ronald D. Herman,** CEO
>>> SIONICMOBILE------
>>> 404.606.3585 • sionicmobile.com

Page 1 of 3

**From:** Adam Slipakoff <as@slipakoff.com>
**Date:** Monday, December 14, 2015 at 3:23 PM
**To:** Ronald Herman <herman@sionicmobile.com>
**Subject:** RE: Warrants

Received with thanks.

**From:** Ron Herman [mailto:herman@sionicmobile.com]
**Sent:** Monday, December 14, 2015 3:03 PM
**To:** Adam Slipakoff <as@slipakoff.com>
**Subject:** Re: Warrants

No problem, Adam. I will forward your docs to Blake for processing.

Attached is wire info. Thanks!

Ron

--


Ronald D. Herman, CEO
SIONICMOBILE------
404.606.3585 • sionicmobile.com


**From:** Adam Slipakoff <as@slipakoff.com>
**Date:** Monday, December 14, 2015 at 2:48 PM
**To:** Ronald Herman <herman@sionicmobile.com>
**Subject:** RE: Warrants

Ron – I opened and funded the bank account. The investment entity
is DNS 2015 Investments, LLC. I've attached updated docs to replace
the docs I sent you earlier. With traffic at this hour, it will be quicker
to wire the funds to you. I can't find wire instructions in the PPM.
Can you please send that along?


**From:** Ron Herman [mailto:herman@sionicmobile.com]
**Sent:** Friday, December 11, 2015 9:02 AM
**To:** Adam Slipakoff <as@slipakoff.com>
**Subject:** Warrants

Good morning!

I'm at our CPAs. Just realized your warrants expire tomorrow. Are
you able to execute today?

Sent from Outlook on my iPhone

# EXHIBIT 9

**Subject:** RE: Warrants
**Date:**     Wednesday, December 16, 2015 at 4:33:58 PM Eastern Standard Time
**From:**    Adam Slipakoff
**To:**       Ron Herman

I'm incredibly thankful that this hasn't tainted your view of me or our firm's capabilities and value.  I will continue to be a vocal evangelist for Sionic and I hope that another investment opportunity becomes available.  I have several friends running PE firms and various high net worth investors that may be interested.

**From:** Ron Herman [mailto:herman@sionicmobile.com]
**Sent:** Wednesday, December 16, 2015 3:52 PM
**To:** Adam Slipakoff <as@slipakoff.com>
**Subject:** Re: Warrants

Wrapping up a mtg.

I understand too well unnecessarily messy executions.  My concern is more of the legal aspect of the delay. I'll defer to you on that one.

Still very excited about havin you join us in this venture in addition to taking over our securities work.

Just let me know.

Thx

Sent from Outlook on my iPad

On Wed, Dec 16, 2015 at 12:42 PM -0800, "Adam Slipakoff" <as@slipakoff.com> wrote:

I just left you a voicemail. I was at Wells Fargo when you emailed. I hate when silly administrative execution issues get in the way of what should be a simple transaction.  I always try to put all investments in an SPE LLC which is owned by a trust for my wife and kids. Usually forming the entity and getting an EIN number takes 15 minutes.  This one was a mess. I also had an a high net worth friend that asked me to participate.  I certainly understand and respect your position. It's a shame. I like Sionic and believe in what you guys are doing.  I still plan to help in any event.  If the opportunity comes up again, please let me know.

Sent from my iPhone

On Dec 16, 2015, at 2:44 PM, Ron Herman <herman@sionicmobile.com> wrote:

Adam,

I believe we missed the window on the warrants.  They really expired on Saturday, but with the name change and unfunded execution, I expect we should retire them from the cap

table. Agree?

Best,
Ron
--

Ronald D. Herman, CEO

404 606 3508 • sionicmobile.com

**From:** Adam Slipakoff <as@slipakoff.com>
**Date:** Tuesday, December 15, 2015 at 2:40 PM
**To:** Ronald Herman <herman@sionicmobile.com>
**Subject:** Re: Warrants

Can you have someone send me a copy of Sionic's historical financials?
2014 and 2015 YTD. I don't know if I've seen them.

Sent from my iPhone

On Dec 15, 2015, at 2:38 PM, Adam Slipakoff <as@slipakoff.com> wrote:

> My assistant has been at the bank. She says they now have the FEIN and the
> account is opened. The problem was that there was another company with a
> near identical name, DNS Investments, LLC already out there. She's going to
> send the wire and get me a Fed Ref No. which I will forward you.
>
> Sent from my iPhone
>
> On Dec 15, 2015, at 11:55 AM, Adam Slipakoff <as@slipakoff.com> wrote:
>
>> We had to get an FEIN for the bank account. Silly problems for
>> such a small matter. I'm told the account for the new entity DNS
>> should be complete today and wire funded. I will keep you
>> apprised.
>>
>> Sent from my iPhone
>>
>> On Dec 15, 2015, at 9:07 AM, Ron Herman
>> <herman@sionicmobile.com> wrote:
>>
>>> Good morning! Did you initiate the wire?
>>> Best,
>>> Ron
>>> --
>>>
>>>
>>> Ronald D. Herman, CEO
>>>
>>> 404 606 3508 • sionic mobile.com

Page 2 of 4

**From:** Adam Slipakoff <as@slipakoff.com>
**Date:** Monday, December 14, 2015 at 3:23 PM
**To:** Ronald Herman <herman@sionicmobile.com>
**Subject:** RE: Warrants

Received with thanks.

**From:** Ron Herman [mailto:herman@sionicmobile.com]
**Sent:** Monday, December 14, 2015 3:03 PM
**To:** Adam Slipakoff <as@slipakoff.com>
**Subject:** Re: Warrants

No problem, Adam. I will forward your docs to Blake for processing.

Attached is wire info. Thanks!

Ron

--

Ronald D. Herman, CEO                                   SIONICMOBILE
404 606 3787 · sionicmobile.com

**From:** Adam Slipakoff <as@slipakoff.com>
**Date:** Monday, December 14, 2015 at 2:48 PM
**To:** Ronald Herman <herman@sionicmobile.com>
**Subject:** RE: Warrants

Ron – I opened and funded the bank account. The
investment entity is DNS 2015 Investments, LLC. I've
attached updated docs to replace the docs I sent you
earlier. With traffic at this hour, it will be quicker to wire
the funds to you. I can't find wire instructions in the
PPM. Can you please send that along?

**From:** Ron Herman [mailto:herman@sionicmobile.com]
**Sent:** Friday, December 11, 2015 9:02 AM
**To:** Adam Slipakoff <as@slipakoff.com>
**Subject:** Warrants

Good morning!

I'm at our CPAs. Just realized your warrants expire

**Page 3 of 4**

tomorrow. Are you able to execute today?

Sent from Outlook on my iPhone

# EXHIBIT 10

**Subject:** Re: Sionic Mobile
**Date:** Wednesday, January 6, 2016 at 1:48:03 PM Eastern Standard Time
**From:** Ronald Herman
**To:** Adam Slipakoff, Patrick Gahan
**Attachments:** ION-L_Overview[rfs].pdf

Great Adam.

The attached 2-page overview should work to create interest. Though it is geared toward small business (their co-op partners' customers), it is a good launch point to discuss how your system functions throughout the supply chain. Good?

Thanks-
Ron
--

Ronald D. Herman, CEO
SIONICMOBILE——
404.606.3585 • sionicmobile.com

**From:** Adam Slipakoff <as@slipakoff.com>
**Date:** Wednesday, January 6, 2016 at 1:30 PM
**To:** Patrick Gahan <patrick.gahan@gmail.com>
**Cc:** Ronald Herman <herman@sionicmobile.com>
**Subject:** RE: Sionic Mobile

I'd love to do both. We have only a handful of credit card transactions each month, but the amounts average around $3k or so.

I'll reach out to the CEO of UniPro Bob Stewart to set up a meeting with Ron. Are there any marketing materials I can send him to explain Sionic's credit card opportunity?

**From:** Patrick Gahan [mailto:patrick.gahan@gmail.com]
**Sent:** Wednesday, January 6, 2016 9:58 AM
**To:** Adam Slipakoff <as@slipakoff.com>
**Cc:** Ron Herman <herman@sionicmobile.com>
**Subject:** Re: Sionic Mobile

Hey Adam,

Thanks for moving the connection with Bray forward.

I think the other big introduction that would help Sionic Mobile a lot is your UniProFood Services connection. Is that an introduction you can make pretty easily and near term?

I am assuming you would be interested in the below question I have for Ron.

Ron,

Just out of curiosity, could Slipakoff be the first friendly small business to do an integration with quickbooks for credit card processing. I believe this will be important to work out for small businesses in a services industry.

Patrick

On Tue, Jan 5, 2016 at 12:03 PM, Adam Slipakoff <as@slipakoff.com> wrote:

> Bray – Are you available this week to meet with me and Ron Herman, CEO of Sionic Mobile?  Let me know how your schedule looks.
>
> .
>
> - Adam
>
> Ron's contact information:
>
> **Ronald D. Herman**, CEO
> SIONICMOBILE——.
> 404.606.3585 · sionicmobile.com

# EXHIBIT 11

**Subject:** Introduction -- Ron Herman / Bob Stewart

**Date:** Wednesday, January 6, 2016 at 7:06:12 PM Eastern Standard Time

**From:** Adam Slipakoff

**To:** Bob Stewart, Ron Herman

**Attachments:** image015.jpg, image016.jpg, image017.jpg, image018.jpg, image019.jpg, image020.png, image021.png, image022.png

Bob and Ron – I'd like to introduce you two by email. I think there are potential synergies that you may wish to explore. I'll be happy to coordinate a meeting or just let you take it from here.

Ron – Bob is the CEO of UniPro Foodservice, Inc., the largest cooperative of independent foodservice distributors (900+ locations) with collective sales volume exceeding $60 billion. They are based in Vinings area.

Bob – Ron is the CEO of Sionic Mobile, a credit card processing and rewards platform (called ION) serving 100,000 locations. Sionic recently secured a unique arrangement with JP Morgan to provide ultra-low cost credit card payment processing. The opportunity for Sionic is to provide ultra-low processing to entire supply chains – merchants, wholesalers, distributors, retailers, etc. In addition, Sionic can combine a loyalty program or charitable giving element. Sionic is based in Midtown.

Personally, I can imagine a UniPro-branded credit card processing and loyalty program where UniPro's distributor members can take advantage of Sionic's ultra-low processing to generate new channels of seller incentives, World Tour benefits, etc. It could also be useful within MUG's chain sales to create loyalty programs with franchises. Lastly, given its low fees, it may help members effectively stretch out payment terms without cutting deeply into their thin margins. There could be a variety of win-win scenarios that you can explore further.

In any event, I've included two Sionic diagrams and will include each of your contact information below.

| | **ion** | **Square** | **PayPal** | **QuickBooks** | **LevelUp** | **be** |
|---|---|---|---|---|---|---|
| Payment Fee | 1% | 2.75% or 3.5% + $0.15 | 2.7% or 2.9% + $0.30 | 2.4% + $0.25 or 3.4% + $0.25 | 1.95% + $0.10 | N/A |
| Loyalty Fee | 1% | N/A | N/A | N/A | 25% | N/A |
| Monthly Fee | $0 | $0 | $0 | $0 | $0 | $99-$199/m |
| Requires Hardware | NO | YES | YES | YES | YES | YES |
| Startup Cost | $0 | $49 | $149 | Requires QuickBooks | $50 - $100 | $150 |
| POS Integration | YES | NO | YES | YES | YES | NO |
| E-Gift Cards | YES Merchant Branded | NO | NO | NO | YES | NO |
| Mobile Ads | YES Unlimited | NO | NO | NO | YES | NO |
| Universal Rewards | YES 1,000 IONs = $1 | NO | NO | NO | NO | NO |
| Industries | ALL | ALL | ALL | ALL | RESTAURANT | RESTAURA |



Ronald D. Herman, CEO
SIONICMOBILE------
404.606.3585 • sionicmobile.com

Bob Stewart
770-799-7588 - Office
724-272-0327 - Mobile
stewart@uniprofoodservice.com

 slipakoff

| Adam M. Slipakoff, Esq.<br>Slipakoff LLP<br>Cell: (404) 509-8092<br>Direct: (770) 727-8991<br>Email: ams@slipakoff.com | Buckhead Office:<br>3423 Piedmont Rd NE<br>Atlanta, GA 30305 | North Atlanta:<br>1701 Barrett Lakes Blvd.<br>Suite 160<br>Kennesaw, Georgia 30144 |

   

NOTICE: This communication may contain privileged or other confidential information. If you are not the intended recipient, or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use the information. Also, please indicate to the sender that you have received this communication in error, and delete the copy you received. Under U.S. Treasury regulations, we are required to inform you that any advice contained in this e-mail or any attachment hereto is not intended to be used, and cannot be used, to avoid penalties imposed under the Internal Revenue Code.

**Subject:** RE: Bray
**Date:** Thursday, January 7, 2016 at 7:23:32 PM Eastern Standard Time
**From:** Adam Slipakoff
**To:** Ron Herman
**CC:** Patrick Gahan

No idea I'm afraid.

**From:** Ron Herman [mailto:herman@sionicmobile.com]
**Sent:** Thursday, January 7, 2016 7:19 PM
**To:** Adam Slipakoff <as@slipakoff.com>
**Cc:** Patrick Gahan <patrick.gahan@gmail.com>
**Subject:** Bray

Adam,
Any concept of the level of potential investment? Recall $250k per unit.

Thx

Sent from Outlook on my iPhone

# EXHIBIT 12

**Subject:** Re: $2 warrants
**Date:** Tuesday, July 12, 2016 at 12:46:04 PM Eastern Daylight Time
**From:** Adam Slipakoff
**To:** Ron Herman
**CC:** Patrick Gahan

Thanks. Can you also send your latest financials and biz plan/update? I haven't had a chance to get an update since Dec. Thanks so much.   Patrick says things are going very well. I'm very excited for you and Scionic

Sent from my iPhone

On Jul 12, 2016, at 12:15 PM, Ron Herman <herman@sionicmobile.com> wrote:

> Great Patrick. Thanks. Adam, I will call you this afternoon.
>
> Sent from Outlook on my iPhone
>
>
>
> On Tue, Jul 12, 2016 at 11:53 AM -0400, "Patrick Gahan" <patrick@alderasset.com> wrote:
>
> Ron,
>
> I know that Adam wasn't able to close in time for you last time. He is in a good cash position and said he is in and can close by tomorrow.
>
> I will leave it to you to connect with him. (404) 509-8092.
>
>
>
> Sent from my iPhone