IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BERKELEY VENTURES II, LLC

    Plaintiff,

v.

SIONIC MOBILE CORPORATION and
RONALD D. HERMAN,

    Defendants.

Civil Action File No.
1:19-cv-05523-ODE

---

## AFFIDAVIT OF SIMON JENNER

STATE OF GEORGIA    }
            }
COUNTY OF COBB     }

   PERSONALLY APPEARED before the undersigned officer duly

authorized by law to administer oaths, Simon Jenner, who, after being duly

sworn, deposes and states the following:



1.

My name is Simon Jenner. I am over the age of majority, am competent to make this Affidavit, and make this Affidavit based on my own personal knowledge.

2.

I am an attorney with Baker Jenner LLLP, counsel to Defendant Sionic Mobile Corporation ("Sionic") and Ronald D. Herman ("Herman") in the above entitled matter.

3.

Based on research into available public information, Slipakoff is partner in several law firms, including, as pertinent to this Motion, Busch Slipakoff and Slipakoff LLP.[1]

_____

[1] A true and accurate copy of Slipakoff's membership search results from the Georgia Bar Association, accessed December 16, 2019, is attached as Exhibit 1 to this Affidavit; a true and accurate copy of Slipakoff's profile from Busch Slipakoff's website is attached as Exhibit 2 to this Affidavit.

4.

These firms share significant partners in common, including Slipakoff,

Howard Slomka, and Bryan E. Busch, the lead lawyer for Berkeley.[2]

5.

Slipakoff LLP's website lists Slipakoff as a Partner and describes his

principal areas of concentration as including venture capital, corporate

transactions, and mergers and acquisitions.[3]

6.

Busch is described as a Partner in Busch Slipakoff and as its Litigation

Chair, with a specialization in investments and securities.[4]

_____

[2] A true and accurate copy of Slipakoff LLP's "Meet our Team" page is attached as Exhibit 3 to this Affidavit; a true and accurate copy of Busch's profile from Busch Slipakoff's website is attached as Exhibit 4 to this Affidavit; a true and complete copy of Slomka's profile from Busch Slipakoff's website is attached as Exhibit 5 to this Affidavit.

[3] Exhibit 3.

[4] Exhibit 4.

3

FURTHER AFFIANT SAYETH NAUGHT.

Simon Jenner

Sworn to and subscribed before
me this January 30 , 2020.

Notary Public

My commission expires: 20 NOVEMBER 2023

ADRIANO IQBAL
NOTARY
EXPIRES
GEORGIA
Nov 20, 2023
PUBLIC
DEKALB COUNTY



# EXHIBIT 1



**State Bar of Georgia**

### Mr. Adam M. Slipakoff

| | | | |
|---|---|---|---|
| Slipakoff & Slomka PC | | **Status** | Active Member in Good Standing |
| Overlook III Suite 1700 | | | |
| 2859 Paces Ferry Road SE | | | |
| Atlanta, GA 30339 | | **Public Discipline** | None on Record |
| **Email** | as@myatllaw.com (mailto:as@myatllaw.com) | **Admit Date** | 11/19/1999 |
| **Phone** | (404) 800-4011 | **Law School** | University of Florida |
| **Fax** | | | |

# EXHIBIT 2



CONTACT US

HOME     ABOUT US     PRACTICE AREAS
NEWS AND EVENTS     CLIENT PORTAL



HOME   ABOUT US

PRACTICE AREAS     NEWS AND EVENTS

CLIENT PORTAL



## ADAM M. SLIPAKOFF, ESQ.

**MANAGING PARTNER**

**PRACTICE GROUPS:**

- Corporate and Securities (Chair)
- Mergers and Acquisitions (Chair)
- Intellectual Property
- Investment Services
- Financial Institutions

Mr. Slipakoff's principal areas of concentration include venture capital, corporate transactions and mergers and acquisitions. As a corporate attorney and entrepreneur, he has launched several thriving law firms and businesses. Adam co-founded Alder Somerset II, LLC, a $20 million real estate fund, Iron Age Office, LLC, a custom office furniture boutique and Modern Law, LLC, a marketing and CRM solution for lawyers.

From 2004-2019, Mr. Slipakoff co-founded three law firms in Atlanta where he headed the corporate law departments:

From 1999-2004 Mr. Slipakoff served as senior corporate associate at BryanCave, LLP. BryanCave LLP is a leading business and litigation firm with more than 1,000 attorneys in 24 worldwide offices including the United States, Europe and Asia. www.bryancave.com.

From 2004–2008, Mr. Slipakoff co-founded Taylor, Busch, Slipakoff & Duma, LLP, now Taylor English, LLP, a thriving mid-sized firm in Atlanta with over 150 lawyers.

From 2008–2014, Mr. Slipakoff was a founding member of Busch, Slipakoff & Schuh, LLP and headed the firm's Corporate Transactions practice group. The firm had approximately 50 attorneys and four offices.

EDUCATION          BAR ADMISSIONS

COMMUNITY INVOLVEMENT

**EDUCATION:**

- University Of Florida, J.D., 1999
- University Of Florida, MBA, 1999 with honors
- University of Florida, B.S., 1995, Business Administration

## ADAM M. SLIPAKOFF, ESQ.

MANAGING PARTNER



Mr. Slipakoff's principal areas of concentration include venture capital, corporate transactions and mergers and acquisitions. As a corporate attorney and entrepreneur, he has launched several thriving law firms and businesses.  Adam co-founded Alder Somerset II, LLC, a $20 million real estate fund, Iron Age Office, LLC, a custom office furniture boutique and Modern Law, LLC, a marketing and CRM solution for lawyers.

From 2004-2019, Mr. Slipakoff co-founded three law firms in Atlanta where he headed the corporate law departments: From 1999–2004 Mr. Slipakoff served as senior corporate associate at BryanCave, LLP.  BryanCave LLP is a leading business and litigation firm with more than 1,000 attorneys in 24 worldwide offices including the United States, Europe and

Asia. www.bryancave.com.

From 2004–2008, Mr. Slipakoff co-founded Taylor, Busch, Slipakoff & Duma, LLP, now Taylor English. LLP, a thriving mid-sized firm in Atlanta with over 150 lawyers.

From 2008–2014, Mr. Slipakoff was a founding member of Busch, Slipakoff & Schuh, LLP and headed the firm's Corporate Transactions practice group. The firm had approximately 50 attorneys and four offices.

**PRACTICE GROUPS:**

- Corporate and Securities (Chair)
- Mergers and Acquisitions (Chair)
- Intellectual Property
- Investment Services
- Financial Institutions

**EDUCATION      BAR ADMISSIONS**

**COMMUNITY INVOLVEMENT**

**EDUCATION:**

- University Of Florida, J.D., 1999
- University Of Florida, MBA, 1999 with honors
- University of Florida, B.S., 1995, Business Administration

Our corporate counsel services include the following:

- Founders' agreements, operating agreements and limited partnership agreements
- IP agreements, licensing agreements, confidentiality and inventions assignment agreements
- Employment. consulting agreements and stock incentive plans
- Commercial contracts, including services agreements. vendor agreements and license agreements
- Structuring of equity ownership including vesting issues
- Corporate governance. including board of director matters and stockholders' voting agreements

**ATLANTA, GA**

RIVERWOOD 100, 21ST
FLOOR
3350 RIVERWOOD
PKWY.
SUITE 2100
ATLANTA, GA 30339

PHONE: (404) 800-
4064
EMAIL:
INFO@BSMS.LAW

**WEST PALM BEACH, FL**

319 CLEMATIS STREET
SUITE 109
WEST PALM BEACH. FL
33401

PHONE: (561) 408-0019
EMAIL:
INFO@BSMS.LAW

**ATLANTA, GA**

RIVERWOOD 100. 21ST
FLOOR
3350 RIVERWOOD
PKWY.
SUITE 2100
ATLANTA, GA 30339

PHONE: (404) 800-
4064
EMAIL:
INFO@BSMS.LAW

**WEST PALM BEACH, FL**

319 CLEMATIS STREET
SUITE 109
WEST PALM BEACH, FL
33401

PHONE: (561) 408-0019
EMAIL:
INFO@BSMS.LAW

DISCLAIMER    PRIVACY    CONTACT US    © 2019
BY BUSCH, SLIPAKOFF, MILLS & SLOMKA, LLC

DISCLAIMER    PRIVACY    CONTACT US
© 2019 BY BUSCH. SLIPAKOFF, MILLS & SLOMKA, LLC



DISCLAIMER

PRIVACY

CONTACT US

© 2019 BY BUSCH, SLIPAKOFF, MILLS & SLOMKA, LLC

# EXHIBIT 3

## Our Team



**ADAM SLIPAKOFF**
PARTNER

Mr. Slipakoff's principal areas of
concentration include venture
capital, corporate transactions,
and mergers and acquisitions.




### Experience Highlights

Mr. Slipakoff's principal areas of concentration include venture capital,
corporate transactions and mergers and acquisitions. From 2004-2014, Mr.
Slipakoff co-founded two thriving mid-sized law firms in Atlanta where he
headed the corporate law departments:

→ From 1999- 2003 Mr. Slipakoff served as senior corporate associate at
BryanCave, LLP. BryanCave LLP is a leading business and litigation firm
with more than 1,000 attorneys in 24 worldwide offices including the
United States, Europe and Asia. www.bryancave.com

→ From 2004 - 2008, Mr. Slipakoff co-founded Taylor, Busch, Slipakoff &
Duma, LLP (now Taylor English, LLP, a thriving mid-sized firm in Atlanta with
over 120 lawyers. www.taylorenglish.com

→ From 2008 - 2014, Mr. Slipakoff was a founding member of Busch,
Slipakoff & Schuh, LLP and head of the firm's Corporate Transactions
practice group. The firm has approximately 50 attorneys and four offices.
www.bsfirm.com

Mr. Slipakoff has served as General Counsel for Razor Insights, LLC from its
inception in 2010 through its sale to athenahealth (NASDAQ: ATHN) on
January 13, 2015. athenahealth has a market capitalization of $5.3 billion
and is a leader in billing and clinical-related software services to medical
practices in the United States.

### Skills

Corporate Legal Transactions

Securities and Corporate Finance

Mergers and Acquisitions

Payment Transactions

### Industries

Private Equity

Securities and Capital Markets

Software Development

Health Information Systems

Information Technology

E-Commerce

Consumer Development and Manufacturing

Prepaid and Electronic Payments

Healthcare Technology

Real Estate

Banking and Financial Institutions

Broker-Dealer

Foodservice Distribution

Manufacturing

Medical Device Development

Food and Beverage

Offshore Outsourcing

> Education

Meet me here     

---



**ANDREA MARTIN**
BANK & FINANCIAL LAWYER

Ms. Martin is an associate in the firm's Litigation Practice Group and represents lenders in residential real estate litigation matters.

✓ Professional History

Andrea Edwards Martin is an associate in the firm's Litigation Practice Group. She represents lenders in residential real estate litigation matters. She graduated from Auburn University in 1998 with a B.A. in Journalism and Political Science. After working as a litigation paralegal for several years, she went on to earn her law degree from Nova Southeastern University, Shepard Broad Law Center in 2003. Ms. Martin began her practice as an attorney in Orlando, Florida specializing in family law, small business litigation and bankruptcy law. In 2006, she went to work for the Florida Realtors® Association as an in-house staff attorney, advising Realtors® on real estate license law, real estate contract interpretation and disputes, including foreclosures, short sales, and landlord tenant law. In 2010, Ms. Martin began practicing primarily Florida real estate foreclosure litigation. She has experience in preparing and taking cases to trial with successful results. Ms. Martin joined the firm in 2013.

Andrea was admitted to the Florida State Bar in 2004 and the State Bar of Georgia in 2013.

> Experience Highlights

> Practice Areas

> Education

---



**DON NOVAJOSKY**
OF COUNSEL

Mr. Novajosky advises executives of privately-held and publicly-traded companies in the software, IT, pharmaceutical, and biotechnology industries.

✓ Experience Highlights

Donald L. Novajosky joined Slipakoff, PC in April 2015. Don is an experienced general counsel and corporate lawyer, with over 15+ years of experience advising corporate boards and executives of privately-held and publicly-traded companies in the software, IT, pharmaceutical, and biotechnology industries on a wide variety of domestic and international legal matters, with an emphasis on corporate, securities/SEC, M&A and corporate governance matters.

Don is admitted to the New York and New Jersey bars only.

→ Don previously served as VP, General Counsel & Secretary of Webtrends, a global provider of web analytics and optimization solutions. While at Webtrends, Don lead the company's Legal Department and was responsible for all legal matters affecting the company including general corporate, commercial contracts, compliance, data security & privacy, intellectual property, and litigation and dispute resolution.

→ Don also served, for several years, as SVP, General Counsel & Secretary of Aptean (formerly CDC Software, NASDAQ: CDCS), a global leader in enterprise application software and related services that provides vertical industry-specific CRM, ERP, SCM and e-commerce solutions in SaaS, cloud, and on-premise deployments; and at Aptean's former parent company, CDC Corporation (NASDAQ: CHINA), a Hong Kong-based holding company of software, IT, online gaming, and internet portal media businesses.

While at Aptean and CDC, Don served as compliance officer, lead the companies' world-wide legal team, and was responsible for corporate,

securities/SEC, M&A, commercial, compliance, corporate governance, risk management, and litigation matters. In addition, while at CDC, Don oversaw the acquisition of, or investment in, over 30+ businesses located in the US, EMEA, Australia, Hong Kong, China, India and South America, to supplement and expand the companies' business and product offerings.

Don has served as an attorney with several well-known law firms including Wilmer Cutler Pickering Hale and Dorr (Wilmer Hale), Buchanan Ingersoll Rooney, Reed Smith, and Hutchinson Law Group, where his practice focused on general corporate matters, securities and SEC reporting, M&A, corporate governance, technology licensing, regulatory compliance, and corporate transactions, for technology-focused clients.

Don also served as Director, Legal for Cytogen Corporation (NASDAQ: CYTO), a public ly-traded biopharmaceutical company with an established product line in prostate cancer therapeutics and other areas of oncology.

> Service and Skills

> Industries

> Education



**MARK BAKER**
OF COUNSEL

Mr. Baker is of counsel to the firm and a member of the bankruptcy and the real estate practice groups focusing on foreclosure and eviction matter.

∨ Summary

Mark A. Baker is of counsel to the firm and a member of the bankruptcy and the real estate practice groups. Mark obtained his undergraduate degree from the University of Alabama. After receiving his law degree from Cumberland School of Law, Mark served two years as judicial law clerk to United States Bankruptcy Judge L. Chandler Watson. Before joining Slipakoff LLC, Mark was the managing partner over the multi-state Bankruptcy practice of Johnson & Freedman, LLC, a mid-sized Atlanta based creditors' rights firm.

Mark's practice is focused on real estate issues in bankruptcy, foreclosure and eviction matter in the States of Tennessee and North Carolina. Over his 30 years of practice Mark has represented many of the country's major mortgage servicers, as well as regional banks and credit unions, in the federal and state courts of Alabama, Georgia, North Carolina and Tennessee.

In addition to his practice at Slipakoff LLC, Mark also manages a boutique law firm, Mark A. Baker Law, LLC, which concentrates on entertainment and intellectual property law issues. You may link to his website at http://www.markbakerlaw.com.

> Service & Skills



**SETH BOSO**
ATTORNEY

Mr. Boso specializes in corporate and transactional law, corporate formation and governance, venture capital, mergers and acquisitions, and equity and debt financing.

∨ Experience Highlights

Seth A. Boso joined Slipakoff LLP as an associate attorney in October 2013. Mr. Boso practices primarily in the areas of corporate and transactional law, corporate formation and governance, venture capital, mergers and acquisitions, and equity and debt financing.

Mr. Boso has served a range of clients, including Atlanta-based UniPro Foodservice, Inc., the largest foodservice distribution organization in the world. Mr. Boso has represented clients in merger and acquisition transactions, including Razor Insights, LLC, which sold to athenahealth, Inc. (NASDAQ: ATHN) in January 2015. Mr. Boso has also represented clients in various venture capital, debt, and equity financing transactions, including private placements, stock purchase agreements, and convertible debt instruments.

Mr. Boso received his J.D. from the West Virginia University College of Law. While in law school, Mr. Boso was a member of the WVU Moot Court Board and served as Chairman of the SBA Ethics Council. Before attending law school, Mr. Boso graduated from the University of Georgia with a B.A. in

Political Science in 2010.

Mr. Bono is licensed to practice law in Georgia.

> Service and Skills

> Industries

> Education



**STEVEN CUNNINGHAM**
OF COUNSEL

Mr. Cunningham is of counsel to the firm and specializes in securities law, mergers and acquisitions and international transactions.

∨ Summary

Mr. Cunningham's principal areas of concentration include securities law, mergers and acquisitions and international transactions.

Mr. Cunningham has served as lead counsel for both issuers and managing underwriters in numerous IPOs. He has been integrally involved in more than 200 public and private debt and equity offerings and acquisitions. His securities experience includes (in addition to IPO registrations), ongoing public company reports/filings with the SEC, registered tender offers, private equity/hedge fund capitalizations and the registration of shares in acquisitions.

Mr. Cunningham's broad international experience includes Asian, European, Middle Eastern, Canadian, Caribbean, Indian and Latin American transactions. The businesses involved in his representation cover a broad industry spectrum, including waste management, entertainment, medical devices and technology, real estate development and management, manufacturing, financial services, Internet technology, energy, marine salvage, hospitality, food and beverage and liquor and gaming.

He is licensed to practice law in Georgia and Texas (inactive) and has an AV-Preeminent rating (the highest attainable) under the Martindale-Hubbell Peer Review Standards.

→ From 2007-2010, Mr. Cunningham served as General Counsel to Undersea Recovery Corporation, which was engaged in international underwater commercial archaeology.

→ From 2001-2007, Mr. Cunningham served as General Counsel to Equus Resources, Inc., which was engaged in residential mortgage origination and financial services training and education.

→ From 1977-2001, Mr. Cunningham served as a Senior Partner, Partner and Associate at Atlanta's largest and most prestigious law firms and has served on the Board of Directors of 3 public companies and numerous private corporations.

→ Steven Cunningham Background

→ Harvard Law School, J.D. cum laude, June 1977

→ University of Alabama, B.A. summa cum laude, June 1974 in Political Science and Psychology; Honors Scholar, Salutatorian

---

| RECENT POSTS | NAVIGATION | TWITTER FEED | SUBSCRIBE TO OUR NEWSLETTER |
|---|---|---|---|
| RAISING VENTURE CAPITAL BASICS | OUR TEAM | Twitter Dav Retweeted | Enter your email to receive monthly newsletters from Slipakoff LLP. |
| DON'T WASTE YOUR LEAP DAY | OUR PRACTICES | **Parag Agrawal** @peragg | EMAIL |
| DECEMBER NEWSLETTER | BLOG | I'm incredibly excited for Twitter to kick off @bluesky, a now independent effort to develop a decentralized standard for social media Please see @jack's thread for | |
| | SCHEDULE CONSULTATION | | |
| NOVEMBER NEWSLETTER | CONTACT US | more context. I have the privilege of finding a lead for this team. | SUBSCRIBE |

Copyright © Slipakoff LLP, 2016

# EXHIBIT 4



BUSCH SLIPAKOFF MILLS & SLOMKA

CONTACT US

HOME        ABOUT US        PRACTICE AREAS
NEWS AND EVENTS        CLIENT PORTAL

HOME    ABOUT US



PRACTICE AREAS        NEWS AND EVENTS

BUSCH SLIPAKOFF MILLS & SLOMKA

CLIENT PORTAL

## BRYAN E. BUSCH, ESQ.

**PARTNER**

**PRACTICE
GROUPS:**

- Litigation
  (Chair)
- Investment
  Services
- Financial
  Institutions

Bryan E. Busch is an experienced civil litigation
attorney representing financial institutions,
corporate entities and individual clients in
state and federal courts across the country as
well as in arbitrations, mediations and other
forms of alternative dispute resolution.

Mr. Busch represents a wide range of financial
services clients including financial institutions,
family offices, hedge funds, banks, credit
unions, servicers and investors in all types of
financial litigation.  Mr. Busch works with
lenders in analyzing loan default options,
initiating suits on commercial and consumer
notes, providing lender liability defenses,
implementing collection strategies and
identifying and recovering collateral.  Mr.
Busch represents investors in enforcing and
protecting equity investment rights and
securities litigation.

Mr. Busch also counsels corporate clients and
individuals in all types of business disputes
including breach of contract, fraud, breach of

fiduciary duty, securities litigation, insurance coverage, non-compete obligations, property rights and business torts. Mr. Busch also works with individuals in catastrophic personal injury cases and has experience representing inmates against federal and state prison systems for wrongful imprisonment, physical or sexual abuse, constitutional violations and intentional torts under the Federal Tort Claims Act.

In the legal community, Mr. Busch is actively involved in the State Bar of Georgia Litigation Section, the Cobb County Bar Association, and the Cobb County Chamber of Commerce. Mr. Busch earned his J.D. cum laude from Georgia State University College of Law and received his B.S. in Business Finance from the University of Tennessee at Chattanooga. Mr. Busch is a member of the Atlanta Athletic Club and enjoys golf, tennis and raising his three boys.

| EDUCATION | BAR AND COURT ADMISSIONS |
| --- | --- |

COMMUNITY INVOLVEMENT

- Georgia State University College of Law, J.D., 2000, cum laude
- University of Tennessee at Chattanooga, B.S., 1997, Business Finance

# BRYAN E. BUSCH, ESQ.

**PARTNER**



BRYAN E. BUSCH, ESQ.

**PARTNER**

Bryan E. Busch is an experienced civil litigation attorney representing financial institutions, corporate entities and individual clients in state and federal courts across the country as well as in arbitrations, mediations and other forms of alternative dispute resolution.

Mr. Busch represents a wide range of financial services clients including financial institutions, family offices, hedge funds, banks, credit unions, servicers and investors in all types of financial litigation.  Mr.

Busch works with lenders in analyzing loan default options, initiating suits on commercial and consumer notes, providing lender liability defenses, implementing collection strategies and identifying and recovering collateral.  Mr. Busch represents investors in enforcing and protecting equity investment rights and securities litigation.

Mr. Busch also counsels corporate clients and individuals in all types of business disputes including breach of contract, fraud, breach of fiduciary duty, securities litigation, insurance coverage, non-

compete obligations, property rights and business torts. Mr. Busch also works with individuals in catastrophic personal injury cases and has experience representing inmates against federal and state prison systems for wrongful imprisonment, physical or sexual abuse, constitutional violations and intentional torts under the Federal Tort Claims Act.

In the legal community, Mr. Busch is actively involved in the State Bar of Georgia Litigation Section, the Cobb County Bar Association, and the Cobb County Chamber of

Commerce. Mr. Busch earned his J.D. cum laude from Georgia State University College of Law and received his B.S. in Business Finance from the University of Tennessee at Chattanooga. Mr. Busch is a member of the Atlanta Athletic Club and enjoys golf, tennis and raising his three boys.

**PRACTICE GROUPS:**

- Litigation (Chair)
- Investment Services
- Financial Institutions

**EDUCATION**

**BAR AND COURT ADMISSIONS**

**COMMUNITY INVOLVEMENT**

- Georgia State University College of Law. J.D., 2000, cum laude
- University of Tennessee at Chattanooga, B.S.. 1997, Business Finance

Mr. Busch has extensive first chair jury trial, bench trial and arbitration experience with recent representative successes as follows:

- Obtained defense verdict from 12 person jury after eight-day trial in breach of fiduciary duty claims involving former business partners.
- Won $15 million directed verdict from trial court for community bank against borrower and guarantors for default on promissory notes.
- Won defense verdict from 12 person jury for commercial landlord in breach of fiduciary duty and fraud claims arising out of joint real estate venture.
- Obtained defense verdict from 12 person jury for individual in fraud and securities claims involving business investments.
- Won $2.5 million judgment from 12 person jury on behalf of lender against borrower and guarantors for default on promissory note.
- Obtained permanent injunction against city government for damages and attorney's fees in nuisance/trespass action involving surface water flooding.
- Successfully defended fraud claims in adversarial bankruptcy proceeding involving sale of business.
- Recovered brokerage commission and attorney's fees from 12 person jury in connection with the sale of a business.
- Obtained defense verdict from 12 person jury for manufacturer in breach of warranty claim involving custom product.
- Obtained $17 million jury verdict for community bank against borrowers and guarantors for default on note.
- Obtained damages. attorney's fees and possession of commercial

- Obtained judgment from 12 person jury for recovery of unpaid construction fees and attorney's fees in breach of contract case involving construction of fuel station.

premises for building owner in action against tenant.

## ATLANTA, GA

RIVERWOOD 100, 21ST FLOOR
3350 RIVERWOOD PKWY.
SUITE 2100
ATLANTA, GA 30339

PHONE: (404) 800-4064
EMAIL: INFO@BSMS.LAW

## WEST PALM BEACH, FL

319 CLEMATIS STREET
SUITE 109
WEST PALM BEACH, FL 33401

PHONE: (561) 408-0019
EMAIL: INFO@BSMS.LAW

## ATLANTA, GA

RIVERWOOD 100. 21ST FLOOR
3350 RIVERWOOD PKWY.
SUITE 2100
ATLANTA, GA 30339

PHONE: (404) 800-4064
EMAIL: INFO@BSMS.LAW

## WEST PALM BEACH, FL

319 CLEMATIS STREET
SUITE 109
WEST PALM BEACH, FL 33401

PHONE: (561) 408-0019
EMAIL: INFO@BSMS.LAW

f  In   DISCLAIMER   PRIVACY   CONTACT US   © 2019 BY BUSCH, SLIPAKOFF, MILLS & SLOMKA, LLC

f  In   DISCLAIMER   PRIVACY   CONTACT US

© 2019 BY BUSCH. SLIPAKOFF, MILLS & SLOMKA, LLC

DISCLAIMER

PRIVACY

CONTACT US

© 2019 BY BUSCH, SLIPAKOFF, MILLS & SLOMKA, LLC

# EXHIBIT 5

- B S M S -
BUSCH SLIPAKOFF MILLS & SLOMKA

CONTACT US

HOME        ABOUT US        PRACTICE AREAS
NEWS AND EVENTS        CLIENT PORTAL

HOME    ABOUT US

- B S M S -
BUSCH SLIPAKOFF MILLS & SLOMKA        PRACTICE AREAS        NEWS AND EVENTS

CLIENT PORTAL

## HOWARD P. SLOMKA, ESQ.

**PARTNER**

Howard P. Slomka and the Firm's Real Estate Investment Group provide experienced legal counsel to clients utilizing commercial and residential property acquisition as a primary investment vehicle or as part of a diversified strategy.

Howie Slomka graduated from Princeton University in 1990 and Georgetown Law School in 1994, where he delivered the commencement address and wrote for the American Criminal Law Review. He is a member in good standing of the Florida and Georgia bars and has practiced in Atlanta since 1996.  Howie is admitted to the U.S. Supreme Court, and has practiced in almost all federal and state court jurisdictions in Florida and Georgia. Howie's attorney practice focuses on complex bankruptcy, litigation, real estate, employment, construction, hospitality and lending law.

He is a member in good standing of the Florida and Georgia bars and has practiced in Atlanta since 1996. His litigation practice includes both filing plaintiff civil cases and helping defendants who are facing unwelcome lawsuits. In addition to representing his law firm clients as a bankruptcy lawyer based in Atlanta, Howie also serves as General Counsel to Olympia Development Group, Inc., and Olympia Hotels Management, LLC in their development, leasing, and hospitality functions. He is a mediocre golfer whose bio would be incomplete without mentioning his beautiful and supportive wife and three fantastic kids.

EDUCATION     BAR ADMISSIONS

COMMUNITY INVOLVEMENT

- Georgetown Law School, J.D., 1994
- Princeton University, B.S., 1990

# HOWARD P. SLOMKA, ESQ.

**PARTNER**



Howard P. Slomka and the Firm's Real Estate Investment Group provide experienced legal counsel to clients utilizing commercial and residential property acquisition as a primary investment vehicle or as part of a diversified strategy.

Howie Slomka graduated from Princeton University in 1990 and Georgetown Law School in 1994, where he delivered the commencement address and wrote for the American Criminal Law Review. He is a member in good standing of the Florida and Georgia bars and has practiced in Atlanta since 1996. Howie is admitted to the U.S. Supreme Court, and has practiced in almost all federal and state court jurisdictions in Florida and Georgia. Howie's attorney practice focuses on complex

bankruptcy. litigation. real estate, employment. construction, hospitality and lending law.

He is a member in good standing of the Florida and Georgia bars and has practiced in Atlanta since 1996. His litigation practice includes both filing plaintiff civil cases and helping defendants who are facing unwelcome lawsuits. In addition to representing his law firm clients as a bankruptcy lawyer based in Atlanta. Howie also serves as General Counsel to Olympia Development Group. Inc., and Olympia Hotels Management. LLC in their development, leasing, and hospitality functions. He is a mediocre golfer whose bio would be incomplete without mentioning his beautiful and supportive wife and three fantastic kids.

**EDUCATION        BAR ADMISSIONS**

**COMMUNITY INVOLVEMENT**

- Georgetown Law School, J.D.. 1994
- Princeton University, B.S., 1990

The Firm's attorneys provide valued insight into all facets of real estate investment including:

- Real Property Acquisition and Management
- Formation of ownership structures
- Development and Construction
- Leasing and Property Sales
- Residential real estate pools
- Real Estate Investment Trusts (REIT)
- 1031 Tax Exchanges
- Title Review and Insurance

---

# ATLANTA, GA

RIVERWOOD 100. 21ST FLOOR
3350 RIVERWOOD PKWY.
SUITE 2100
ATLANTA, GA 30339

PHONE: (404) 800-4064
EMAIL:
INFO@BSMS.LAW

---

# WEST PALM BEACH, FL

319 CLEMATIS STREET SUITE 109
WEST PALM BEACH, FL 33401
.

PHONE: (561) 408-0019
EMAIL:
INFO@BSMS.LAW

**ATLANTA, GA**

RIVERWOOD 100, 21ST FLOOR
3350 RIVERWOOD PKWY.
SUITE 2100
ATLANTA, GA 30339

PHONE: (404) 800-4064
EMAIL: INFO@BSMS.LAW

**WEST PALM BEACH, FL**

319 CLEMATIS STREET
SUITE 109
WEST PALM BEACH, FL 33401

PHONE: (561) 408-0019
EMAIL: INFO@BSMS.LAW

f  in

DISCLAIMER     PRIVACY     CONTACT US     © 2019 BY BUSCH, SLIPAKOFF, MILLS & SLOMKA, LLC

f  in

DISCLAIMER     PRIVACY     CONTACT US

© 2019 BY BUSCH, SLIPAKOFF, MILLS & SLOMKA, LLC

f  in

DISCLAIMER

PRIVACY

CONTACT US

© 2019 BY BUSCH, SLIPAKOFF, MILLS & SLOMKA, LLC