IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BERKELEY VENTURES II, LLC,

        Plaintiff,

Vs.

SIONIC MOBILE CORPORATION and
RONALD D. HERMAN,

        Defendants.

CIVIL ACTION FILE NO.
1:19-CV-05523-ODE

---

### DEFENDANT SIONIC MOBILE CORPORATION'S MOTION TO DISMISS

Defendant Sionic Mobile Corporation ("Sionic") respectfully moves, pursuant to Fed. R. Civ. Proc. 12(b)(6), to dismiss with prejudice Plaintiff Berkeley Ventures II, LLC's ("Berkeley") Complaint on the grounds it fails to state a claim on which relief can be granted.  Sionic shows the court, as follows:

1.    Berkeley's Complaint fails to adequately plead its common law fraud and securities fraud claims with the particularity required by Fed. R. Civ. Proc. 9(b);

2.    Berkeley's Complaint fails to sufficiently plead the element of scienter required for its securities fraud claim;

3.    Berkeley's claim for punitive damages should be dismissed as a derivative claim of the common law fraud claim, and because Berkeley's Complaint fails to adequately plead Berkeley is entitled to damages for the common law fraud claim.

4.    Berkeley's securities fraud claims are time-barred by the applicable two-year statute of limitations. 28 U.S.C. § 1658(b).

In support of this Motion, Sionic relies on the Verified Complaint for Damages and its Memorandum in Support, including exhibits and supporting authorities.

Respectfully submitted this January 30, 2020.

/s/ Simon Jenner
Simon Jenner, Esq.
Georgia Bar No. 142588
simon.jenner@bakerjenner.com
Richard J. Baker, Esq.
Georgia Bar No. 033879
rick.baker@bakerjenner.com
Lynn Chen Woodward, Esq.
Georgia Bar No. 861150
lynn.woodward@bakerjenner.com
Baker Jenner LLLP
210 Interstate North Parkway, SE
Suite 100
Atlanta, GA 30339
Telephone: (404) 400-5955
*Attorneys for Defendant*

## **CERTIFICATE OF COMPLIANCE AND SERVICE**

I certify that the foregoing has been prepared in accordance with Local Rule 5.1(C), using Century Schoolbook, 13 point font. I further certify I have electronically filed, on the date stated below, the foregoing **DEFENDANT SIONIC MOBILE CORPORATION'S MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record, as follows:

Bryan E. Busch
Laura Mirmelli
Busch, Slipakoff, Mills & Slomka, LLC
Riverwood 100, 21st Floor
3350 Riverwood Parkway
Atlanta, GA 30339


/s/ Simon Jenner
Georgia Bar No. 142588
Attorney for Defendant
Baker Jenner LLLP
210 Interstate North Parkway, SE
Suite 100
Atlanta, GA 30339
Telephone: (404) 400-5955
E: simon.jenner@bakerjenner.com