UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC,<br><br>     Plaintiff,<br><br>vs.<br><br>SIONIC MOBILE CORPORATION and RONALD D. HERMAN,<br><br>     Defendants. | CIVIL ACTION FILE NO.<br>1:19-cv-05523-ODE |

**AMENDED AND RESTATED CERTIFICATE OF COMPLIANCE AND SERVICE**

I certify that the foregoing has been prepared in accordance with Local Rule 5.1C, using Century Schoolbook, 13 point. I further certify I have electronically filed, on January 30, 2020, the Memorandum in Support of Sionic Mobile Corporation's Motion to Dismiss with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record, as follows:

Bryan E. Busch
Laura Mirmelli
Busch, Slipakoff, Mills & Slomka, LLC
Riverwood 100, 21st Floor
3350 Riverwood Parkway
Atlanta, GA 30339

/s/ Simon Jenner
Georgia Bar No. 142588
*Attorney for Defendant*
Baker Jenner LLLP
210 Interstate North Parkway SE
Suite 100
Atlanta, GA 30339
Telephone: (404) 400-5955
E: simon.jenner@bakerjenner.com
