FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 30 2020

JAMES N. HATTEN, Clerk
By: NBowen Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>SIONIC MOBILE CORPORATION and RONALD D. HERMAN,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br>1:19-cv-05523-ODE |

## NOTICE OF MANUAL FILING

Please take notice that pursuant to LR 5.1, Defendant Sionic Mobile Corporation hereby manually files the following document on a USB data storage device: Complete SMC Proforma Spreadsheet, which is Exhibit BLANK to Sionic Mobile Corporation's Motion to Dismiss.

This document was not filed electronically because the document (SMC Proforma Spreadsheet) cannot be converted to a readable .pdf format.

The document will be manually served on all parties.

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2020, I electronically filed **Notice of Manual Filing** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Bryan E. Busch
Laura Mirmelli
Busch, Slipakoff, Mills & Slomka, LLC
Riverwood 100, 21st Floor
3350 Riverwood Parkway
Atlanta, GA 30339

/s/ Simon Jenner
Georgia Bar No. 142588
Attorney for Sionic Mobile
Corporation
Baker Jenner LLLP
210 Interstate North Parkway, SE
Suite 100
Atlanta, GA 30339
Telephone: (404) 400-5955
E: simon.jenner@bakerjenner.com