IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC<br><br>Plaintiff,<br><br>v.<br><br>SIONIC MOBILE CORPORATION and RONALD D. HERMAN,<br><br>Defendants. | Civil Action File No.<br>1:19-cv-05523-ODE |

**SIONIC MOBILE CORPORATION'S
MOTION TO EXCEED PAGE LIMITATIONS**

Defendant Sionic Mobile Corporation ("Sionic") respectfully moves this Court, pursuant to Local Rule 7.1(D) to permit Sionic exceed by one page the 25-page limitation applicable to its pending Memorandum in Support of Motion to Dismiss (the "Memorandum") largely in order to accommodate the signature block of the undersigned counsel. In support of this motion, Sionic states as follows:

1

1. Sionic filed its Memorandum on January 30, 2020, totaling 26 pages (excluding the Certificate of Compliance and Service). The last page of the Memorandum included the last half of a sentence of an argument from the prior page, a perfunctory conclusion, and more substantively, counsel's signature block.

2. Upon Motion, a court may permit a movant to exceed the 25-page limitation.  L.R. 7.1(D); *Massie v. Cobb County*, 255 F.Supp.3d 1302, 1306 n.1 (N.D. Ga. 2017) (granting motion to exceed page limits by 10 pages due to complexity of law and factual allegations).

3. Sionic worked to contain its arguments and citation of authority within the 25-page limit, although the complexities of the law and the number of factual allegations in this case meant that the resulting Memorandum unexpectedly exceeded the page limit by one page.

4. Because the page that is out of compliance does not contain substantive arguments, respectfully, granting this Motion will not result in prejudice to the Plaintiff or impede judicial economy.

5. Further, due to the pressures of the initial filing, this Motion was accidentally missed due to mere oversight. We have been in contact with the Court and now file this Motion out of respect for the Rules and the forum. *See, Massie*, 255 F.Supp.3d at 1306 n.1.

WHEREFORE, Sionic respectfully requests that this Court grant its Motion to Exceed Page Limitations, and accept Sionic's Memorandum as filed.

Respectfully submitted,

/s/ Simon Jenner
Simon Jenner, Esq.
Georgia Bar No. 142588
simon.jenner@bakerjenner.com
Richard J. Baker, Esq.
Georgia Bar No. 033879
rick.baker@bakerjenner.com
Lynn Chen Woodward, Esq.
Georgia Bar No. 861150
lynn.woodward@bakerjenner.com

4

> Baker Jenner LLLP
> 210 Interstate North Parkway, SE
> Suite 100
> Atlanta, GA 30339
> Telephone: (404) 400-5955
> *Attorneys for Defendant*

## CERTIFICATE OF COMPLIANCE AND SERVICE

I certify that the foregoing has been prepared in accordance with Local Rule 5.1C, using Century Schoolbook, 13 point. I further certify that on February 5, 2020, I electronically filed **Sionic Mobile Corporation's Motion to Exceed Page Limitations** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Bryan E. Busch
>Laura Mirmelli
>Busch, Slipakoff, Mills & Slomka, LLC
>Riverwood 100, 21st Floor
>3350 Riverwood Parkway
>Atlanta, GA 30339

>/s/ Simon Jenner
>Georgia Bar No. 142588
>Attorney for Defendant
>Baker Jenner LLLP
>210 Interstate North Parkway, SE
>Suite 100
>Atlanta, GA 30339
>Telephone: (404) 400-5955
>E: simon.jenner@bakerjenner.com

1