# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SIONIC MOBILE CORPORATION and RONALD D. HERMAN<br><br>Defendants. | Case No.: 1:19-CV-05523-ODE |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT SIONIC MOBILE CORPORATION'S MOTION TO DISQUALIFY BUSCH SLIPAKOFF MILLS AND SLOMKA LLC AS COUNSEL OF RECORD

COMES NOW, Berkeley Ventures II, LLC ("Berkeley") and respectfully moves this Court for an entry of an Order granting Berkeley the right to file under seal Plaintiff's Memorandum of Law in Opposition to Defendant Sionic Mobile Corporation's Motion to Disqualify Busch Slipakoff Mills and Slomka, LLC as Counsel of Record and the Declaration of Adam Slipakoff (hereinafter, the "Response and Declaration").

1

Berkeley requests that the Response and Declaration be filed under seal in an abundance of caution to the extent they may include communications protected by the attorney-client privilege.

Berkeley has filed contemporaneously herewith a redacted copy of the Response and Declaration as well as an unredacted copy provisionally under seal until such time as this Court enters an order on Berkeley's request.

Submitted this 13th day of February 2020.

> By: *Bryan E. Busch*
> Bryan E. Busch, Esq.
> Ga Bar No. 006055
> bb@bsms.law
> Laura Mirmelli, Esq.
> Ga Bar No. 678008
> lm@bsms.law
> BUSCH SLIPAKOFF MILLS & SLOMKA LLC
> Riverwood 100, Ste. 2100
> 3350 Riverwood Parkway
> Atlanta, Georgia 30339
> Tel: (404) 800-4062

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1, N.D. GA.

The undersigned hereby certifies that this pleading was prepared using one of the font and point selections approved by this Court in L.R. 5.1C, N.D. Ga. Specifically, Times New Roman font in 14 point.

By: */s/ Bryan E. Busch*
Bryan E. Busch, Esq.
Georgia Bar No. 006055

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system, which will send email notification of such filing to counsel.

This 13th day of February, 2020.

By: */s/ Bryan E. Busch*
Bryan E. Busch, Esq.
Georgia Bar No. 006055