# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SIONIC MOBILE CORPORATION and RONALD D. HERMAN<br><br>    Defendants. | Case No.: 1:19-CV-05523-ODE |

## ORDER GRANTING MOTION FOR LEAVE TO FILE SEALED MATERIALS

Plaintiff having moved to file under seal Plaintiff's Memorandum of Law in Opposition to Defendant Sionic Mobile Corporation's Motion to Disqualify Busch Slipakoff Mills and Slomka, LLC as Counsel of Record and the Declaration of Adam Slipakoff, and this Court having considered same;

IT IS HEREBY ORDERED that Plaintiff's Memorandum of Law in Opposition to Defendant Sionic Mobile Corporation's Motion to Disqualify Busch Slipakoff Mills and Slomka, LLC as Counsel of Record and the Declaration of Adam Slipakoff are hereby sealed;

IT IS HEREBY FURTHER ordered that the docket in this case shall contain an Order Granting Motion for Leave to File Sealed Materials, and that Plaintiff's Memorandum of Law in Opposition to Defendant Sionic Mobile Corporation's Motion to Disqualify Busch Slipakoff Mills and Slomka, LLC as Counsel of Record and the Declaration of Adam Slipakoff will not be publicly accessible, as it is under seal.

Dated: February _____, 2020.

_____
Hon. Judge Evans
United States District Judge
Northern District of Georgia

Prepared by:
*Bryan E. Busch*
Bryan E. Busch, Esq.
Ga Bar No. 006055