UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> SIONIC MOBILE CORPORATION and RONALD D. HERMAN, <br><br> Defendants. | CIVIL ACTION FILE NO. <br> 1:19-cv-05523-ODE |

**CONSENT MOTION TO EXTEND DEADLINES FOR EARLY PLANNING CONFERENCE, INITIAL DISCLOSURES, AND OTHER MATTERS**

Defendant Sionic Mobile Corporation ("Defendant") respectfully moves this Court to extend the deadlines for the Rule 26(f) Early Planning Conference, which under LR 16.1 is due to occur on February 15, 2020, and also the associated deadlines for the Joint Preliminary Report and Discovery Plan and expert disclosures to dates that are after the Court has ruled on Defendant's pending Motion to Disqualify (Doc. 9) and Motion to Dismiss (Doc. 11).

Defendant respectfully submits that moving these dates will allow for the more orderly administration of this litigation, conserve judicial resources,

and permit the parties to more fully present and focus on the issues and arguments presently pending in the referenced Motions.

A proposed order is attached as Exhibit A. Counsel to Plaintiff Berkeley Ventures II, LLC have given their consent to this Motion.

Respectfully submitted this February 17, 2020.

/s/ Simon Jenner
Simon Jenner, Esq.
Georgia Bar No. 142588
simon.jenner@bakerjenner.com
Richard J. Baker, Esq.
Georgia Bar No. 033879
rick.baker@bakerjenner.com
Baker Jenner LLLP
210 Interstate North Parkway, SE
Suite 100
Atlanta, GA 30339
Telephone: (404) 400-5955
*Attorneys for Defendant Sionic Mobile Corporation*

Duly consented to by:

/s/ Bryan E. Busch
Bryan E. Busch (with express permission, SJ)
Laura Mirmelli
Busch, Slipakoff, Mills & Slomka, LLC
Riverwood 100, 21st Floor
3350 Riverwood Parkway
Atlanta, GA 30339
*Attorneys for Plaintiff Berkeley Ventures II, LLC*

## CERTIFICATE OF COMPLIANCE AND SERVICE

I certify that the foregoing has been prepared in accordance with Local Rule 5.1C, using Century Schoolbook, 13 point. I further certify I have electronically filed, on February 17, 2020, the foregoing Consent Motion to Extend Deadlines for Early Planning Conference, Initial Disclosures and Other Matters with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record, as follows:

Bryan E. Busch
Laura Mirmelli
Busch, Slipakoff, Mills & Slomka, LLC
Riverwood 100, 21st Floor
3350 Riverwood Parkway
Atlanta, GA 30339

*/s/ Simon Jenner*
Simon Jenner, Esq.
Georgia Bar No. 142588
Baker Jenner LLLP
210 Interstate North Parkway, SE
Suite 100
Atlanta, GA 30339
Telephone: (404) 400-5955
E: simon.jenner@bakerjenner.com
*Attorney for Defendant*