UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. Atlanta

FEB 19 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

BERKELEY VENTURES II, LLC,

　　　　Plaintiff,

vs.

SIONIC MOBILE CORPORATION
and RONALD D. HERMAN,

　　　　Defendants.

CIVIL ACTION FILE NO.
1:19-cv-05523-ODE

## ORDER

This matter having come before the Court on the Consent Motion of Defendant Sionic Mobile Corporation to Extend Deadlines for Early Planning Conference, Initial Disclosures and Other Matters, and for good cause shown, the Court:

ORDERS that the Parties shall hold their Rule 26(f) Early Planning Conference no later than 30 days following the Court's ~~final~~ order in regard to Defendant's pending Motion to Disqualify (Doc. 9) ~~and Motion to Dismiss (Doc. 11), whichever is later~~. The submission of the Joint Preliminary Report and Discovery Plan and any other disclosures required shall occur no later than 45 days of the Rule 26(f) Early Planning Conference.

So Ordered this _19ᵗʰ day of Feb._, 2020.

Honorable Orinda D. Evans
Senior United States District Judge
for the Northern District of Georgia