

210 Interstate North Parkway, Suite 100
Atlanta, Georgia 30339
Tel: 404.400.5955
www.bakerjenner.com

Richard J. Baker
rick.baker@bakerjenner.com

February 24, 2020

United District Court
Northern District of Georgia
Attn: Vicki Hanna (Courtroom Deputy to Hon. Orinda D. Evans)
2211 United States Courthouse
75 Ted Turner Dr, SW
Atlanta, GA 30303-3318

    Re:    Richard J. Baker's Leave of Absence
              Berkeley Ventures II, LLC. v. Sionic Mobile Corporation et al;
              1:19-cv-05523-ODE

Dear Ms. Hanna:

    I plan to be away from the practice of law and respectfully request that the above-referenced case not be calendared during the period of my absence.

    The period of leave during which time I will be away from the practice of law is comprised of the following dates: April 15 through 17 and April 20 through 24, 2020; May 21, 22, 26 and 27, 2020; July 2, and July 6 through 10, 2020; and September 8 and September 9, 2020. This leave is sought for the purposes of vacation, including international travel.

    Should you have any questions, please do not hesitate to contact us.

                                      Sincerely,

                                      Richard J. Baker

RB/ai