IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>SIONIC MOBILE CORPORATION and RONALD D. HERMAN,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br>1:19-cv-05523-ODE |

## INDEX

This index serves as a reference for the Attachments to Sionic Mobile Corporation's Reply Brief In Support of its Motion to Disqualify Busch, Slipakoff, Mills & Slomka, LLC as Counsel of Record:

- Exhibit A – Affidavit of Ronald D. Herman
- Exhibit B – Declaration of Richard J. Baker

1

Case 1:19-cv-05523-SDG   Document 24-1   Filed 02/27/20   Page 2 of 2

**CERTIFICATE OF COMPLIANCE AND SERVICE**

I certify that the foregoing has been prepared in accordance with Local Rule 5.1C, using Century Schoolbook, 13 point. I further certify that on February 27, 2020, I electronically filed **Index for Sionic Mobile Corporation's Reply Brief In Support of its Motion to Disqualify Busch, Slipakoff, Mills & Slomka, LLC as Counsel of Record** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Bryan E. Busch
Laura Mirmelli
Busch, Slipakoff, Mills & Slomka, LLC
Riverwood 100, 21st Floor
3350 Riverwood Parkway
Atlanta, GA 30339

/s/ Simon Jenner
Georgia Bar No. 142588
Attorney for Defendant
Baker Jenner LLLP
210 Interstate North Parkway, SE
Suite 100
Atlanta, GA 30339
Telephone: (404) 400-5955
E: simon.jenner@bakerjenner.com

2