IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC<br><br>Plaintiff,<br><br>v.<br><br>SIONIC MOBILE CORPORATION and RONALD D. HERMAN,<br><br>Defendants. | Civil Action File No.<br>1:19-cv-05523-ODE |

**AFFIDAVIT OF RONALD D. HERMAN**

STATE OF GEORGIA }
}
COUNTY OF FULTON }

PERSONALLY APPEARED before the undersigned officer duly authorized by law to administer oaths, Ronald D. Herman, who, after being duly sworn, deposes and states the following:

1.

My name is Ronald D. Herman. I am over 21 years old of age and competent to provide the sworn testimony of this Affidavit

2.

I am the Chief Executive Officer of Sionic Mobile Corporation ("Sionic")

EXHIBIT
tabbies
A

In that position I am duly empowered and authorized to speak in regard to the matters related in this Affidavit which are known to me due to my direct personal knowledge, and further, due to my status, which entitles and requires me to know of the matters related in this Affidavit.

3.

Sionic has learned that Adam Slipakoff provided legal counsel to Sionic shareholder and director Patrick Gahan and his businesses from on or around June 2014 through August 2018.

4.

In November and early December of 2015, Adam Slipakoff, with the assistance of another attorney working for him, prepared the legal documents to facilitate the donation and transfer of shares of Gahan's Sionic stock to non-profit entities, as well as the transfer of Sionic stock from one or more of Mr. Gahan's businesses ("the Gahan transfers").[1]

5.

At no time did Adam Slipakoff inform or advise Sionic of any potential legal concerns, such as those alleged by Berkeley, raised by the Gahan

---

[1] A true and complete copy of an email from Patrick Gahan to Adam Slipakoff, dated November 11, 2015, is attached and incorporated as Exhibit 1 to this Affidavit.

transfers involving Sionic action taken at the recommendation of Mr. Slipakoff.

6.

On and around December 2015, Sionic had a practice of offering warrants to select service providers and other key persons who could assist with, and add value to, Sionic's business.

7.

On and around December 2015, Sionic was interested in providing Mr. Slipakoff warrants because he was in the unique position to assist Sionic as its corporate counsel in regard to potential investments and related documents.

8.

Mr. Slipakoff's role as Sionic's corporate counsel included providing services in connection with potential investments and related documents, including in regard to individuals with whom he had personal connections, such as Bob Stewart, Bray Deavors and Bill Gray.[2]

---

[2] A true and complete copy of an email from Adam Slipakoff to Bray Deavors, dated January 5, 2016, is attached and incorporated as Exhibit 2 to this Affidavit.

9.

Mr. Slipakoff's legal counsel efforts on behalf of Sionic in connection with potential investments included the same kind of warrants for Sionic stock that Mr. Slipakoff executed and which Berkeley alleges were part of Sionic's fraudulent scheme.

10.

The Sionic pro forma I provided Mr. Slipakoff on December 11, 2015, included confidential information about Sionic's business for the time frame leading up to Berkeley's investment, at the time of its investment in December 2017, and through the first full year of its investment, 2018.

FURTHER AFFIANT SAYETH NAUGHT.

Ronald D. Herman

Sworn to and subscribed before me this February 27th, 2020.

Notary Public

My commission expires: 3/17/2020

LORI A FRANS
MY COMMISSION EXPIRES
NOTARY
PUBLIC
MARCH 17, 2020
FULTON COUNTY, GA

EXHIBIT 1



**From:** Patrick Gahan <patrick.gahan@gmail.com>
**Date:** November 11, 2015 at 3:12:49 PM EST
**To:** Adam Slipakoff <as@slipakoff.com>
**Cc:** Ron Herman <herman@sionicmobile.com>, Greg.Holliday@choa.org
**Subject: WMG donation of SMC to EH and CHOA**

Adam,

Thank you for helping me complete these stock donations.

1. See attached the operating agreement (searchable and non-searchable copy).
2. See attached the Common Shares that Madelyn and I want to donate.
3. See attached the SunTrust instructions from CHOA.
4. Enduring Hearts Info - EIN [redacted], 3600 Dallas Hwy, Ste 230-350, Marietta, GA 30064. Officers: Patrick Gahan (Treasurer), Ankur Chatterjee (President), Mysia Prickett (Secretary)

Donations:

A. Donation of 50,000 Common Shares of Sionic Mobile Corporation to Enduring Hearts
B. Donation of 15,000 Common Shares of Sionic Mobile Corporation to Enduring Hearts

Thanks,

Patrick Gahan
770-315-5837

operating_agreement.pdf

wmg_oa.pdf

150311_wmg_sionic_mo...nt).pdf

SHARES
205,000

PORATION

ES, NO PAR VALUE
ATE OF GEORGIA

LLC ______ is the

(5,000) ______ Shares of the

PAID AND NON-ASSESSABLE AND WHICH ARE

on by the holder hereof in

rtificate properly endorsed.

ed this Certificate to be signed

al to be hereunto affixed

______ MARCH ______ A.D. 2015







NUMBER 147

SIONIC MOBILE COR

AUTHORIZED COMMON STOCK 30,000,000 SHAR

INCORPORATED UNDER THE LAWS OF THE ST

This Certifies that MACARONI WINDOW GROUP,

Registered Holder of TWO HUNDRED FIVE THOUSAND (20

OF THE COMMON STOCK OF SIONIC MOBILE CORPORATION, WHICH ARE FULLY

Transferable only on the books of the Corporati

person or by Attorney upon surrender of this Ce

In Witness Whereof, the said Corporation has caus

by its duly authorized officers and its Corporate Se

this 13th day of

RONALD D. HERMAN, CEO/TREASURER & SECRETARY

SunTrust Stock Transfe...s.docx

**EXHIBIT 2**

---

**From:** Adam Slipakoff <as@slipakoff.com>
**Subject:** Sionic Mobile
**Date:** January 5, 2016 at 12:03:11 PM EST
**To:** Bray Deavours <BrayDeavours@BraysonHomes.com>
**Cc:** Ron Herman <herman@sionicmobile.com> , Patrick Gahan <patrick.gahan@gmail.com>

---

Bray – Are you available this week to meet with me and Ron Herman, CEO of Sionic Mobile? Let me know how your schedule looks.

- Adam

Ron's contact information:

**Ronald D. Herman**, CEO
SIONICMOBILE
404.606.3585 • sionicmobile.com