IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC<br><br>　　　　Plaintiff,<br><br>v.<br><br>SIONIC MOBILE CORPORATION and RONALD D. HERMAN,<br><br>　　　　Defendants. | Civil Action File No.<br>1:19-cv-05523-ODE |

**SIONIC MOBILE CORPORATION'S MOTION TO LIFT SEAL AND FOR LEAVE TO FILE ADDITIONAL REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISQUALIFY BUSCH, SLIPAKOFF, MILLS & SLOMKA, LLC AS COUNSEL OF RECORD**

Defendant Sionic Mobile Corporation ("Sionic") respectfully submits this motion to lift seal and for leave to file an additional reply brief in support of its Motion to Disqualify Busch, Slipakoff, Mills & Slomka, LLC ("Busch Slipakoff") as counsel of record to Plaintiff Berkeley Ventures II, LLC ("Berkeley") upon disclosure of the redacted material to Sionic.

The Court granted Plaintiff's motion for leave to file under seal based on Plaintiff's assertion that the redacted material in Plaintiff's Memorandum of Law in Opposition to Defendant Sionic Mobile Coporation's Motion to Disqualify Busch Slipakoff Mills and Slomka, LLC as Counsel of Record and

1

the Declaration of Adam Slipakoff are privileged attorney-client communications. Approximately three-and-a-half pages out of eight pages of Plaintiff's statement of facts is redacted. Approximately 37 paragraphs of Slipakoff's declaration are partially or wholly redacted. Therefore, Defendant Sionic has not received notice of the evidence upon which Berkeley relies in opposition to Sionic's Motion to Disqualify.

Sionic requests the Court to lift the seal and grant Sionic permission to receive and review the full, unredacted versions of Plaintiff's Memorandum of Law in Opposition to Defendant Sionic Mobile Coporation's Motion to Disqualify Busch Slipakoff Mills and Slomka, LLC as Counsel of Record and the Declaration of Adam Slipakoff, and grant it leave to file an additional reply brief in support of its Motion to Disqualify after it has had opportunity to review the full brief and evidence presented by Berkeley.

Respectfully submitted this 27th day of February, 2020.

/s/ Simon Jenner
Simon Jenner, Esq.
Georgia Bar No. 142588
simon.jenner@bakerjenner.com
Richard J. Baker, Esq.
Georgia Bar No. 033879
rick.baker@bakerjenner.com
Baker Jenner LLLP
210 Interstate North Parkway, SE
Suite 100
Atlanta, GA 30339
Telephone: (404) 400-5955
*Attorneys for Defendant Sionic Mobile Corporation*

# CERTIFICATE OF COMPLIANCE AND SERVICE

I certify that the foregoing has been prepared in accordance with Local Rule 5.1C, using Century Schoolbook, 13 point. I further certify that on February 27, 2020, I electronically filed **SIONIC MOBILE CORPORATION'S MOTION TO LIFT SEAL AND FOR LEAVE TO FILE ADDITIONAL REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISQUALIFY BUSCH, SLIPAKOFF, MILLS & SLOMKA, LLC AS COUNSEL OF RECORD** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Bryan E. Busch  
Laura Mirmelli  
Busch, Slipakoff, Mills & Slomka, LLC  
Riverwood 100, 21st Floor  
3350 Riverwood Parkway  
Atlanta, GA 30339  

/s/ Simon Jenner
Georgia Bar No. 142588
Attorney for Defendant Sionic
Mobile Corporation
Baker Jenner LLLP
210 Interstate North Parkway, SE
Suite 100
Atlanta, GA 30339
Telephone: (404) 400-5955
E: simon.jenner@bakerjenner.com