# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC<br><br>Plaintiff,<br><br>v.<br><br>SIONIC MOBILE CORPORATION and RONALD D. HERMAN,<br><br>Defendants. | Civil Action File No.<br>1:19-cv-05523-ODE |

## ENTRY OF APPEARANCE

COMES NOW Richard J. Baker, and hereby enters his appearance as counsel on behalf of Defendant Sionic Mobile Corporation in the above-styled action, and requests that all notices and pleadings be sent to the address below.

Respectfully submitted this 5th day of March, 2020.

> **/s/ Richard J. Baker**
> RICHARD J. BAKER
> Georgia Bar No. 033879
> rick.baker@bakerjenner.com
> BAKER JENNER LLLP
> 210 Interstate North Parkway, SE
> Suite 100
> Atlanta, GA 30339
> Telephone: (404) 400-5955
> *Attorneys for Defendant Sionic Mobile Corporation*

## **CERTIFICATE OF SERVICE**

I certify that on March 5, 2020, I electronically filed Richard J. Baker's **Entry of Appearance** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Bryan E. Busch
Laura Mirmelli
Busch, Slipakoff, Mills & Slomka, LLC
Riverwood 100, 21st Floor
3350 Riverwood Parkway
Atlanta, GA 30339

**/s/ Richard J. Baker**
RICHARD J. BAKER
Georgia Bar No. 033879
rick.baker@bakerjenner.com
BAKER JENNER LLLP
210 Interstate North Parkway, SE
Suite 100
Atlanta, GA 30339
Telephone: (404) 400-5955
*Attorneys for Defendant Sionic Mobile Corporation*