# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC<br><br>       Plaintiff,<br><br>v.<br><br>SIONIC MOBILE CORPORATION and<br>RONALD D. HERMAN,<br><br>       Defendants. | Civil Action File No.<br>1:19-cv-05523-SDG |

## AFFIDAVIT OF PATRICK GAHAN

STATE OF GEORGIA     }
                         }
COUNTY OF FULTON     }

      **PERSONALLY APPEARED** before the undersigned officer duly authorized by law to administer oaths, Patrick Gahan, who, after being duly sworn, deposes and states the following:

1.

      My name is Patrick Gahan. I am over 21 years old of age and competent to provide the sworn testimony of this Affidavit.



2.

I serve as a member of the Board of Directors (the "Board") of Sionic Mobile Corporation ("Sionic"). I am also a shareholder in Sionic.

3.

Sionic's business and affairs are managed by and at the direction of its Board, which is vested with and exercises all corporate powers, subject to Sionic's governing documents.

4.

On September 3, 2020, I received an unsolicited telephone call from 404.800.4062, which I believe to be the main number for Busch Slipakoff Mills & Slomka. A true and complete copy of my Verizon phone record for the applicable period, confirming the call, is attached and incorporated as Exhibit 1 to this Affidavit (with redactions to remove telephone numbers not relevant to this matter).

5.

I received the call on my personal cell phone, the number for which is not generally known and which I did not provide to Busch.  Busch must have thus obtained my number by other means.  When I answered, the caller identified himself as Bryan Busch, lead counsel to Plaintiff Berkeley Ventures II, LLC ("Berkeley").

2

.

6.

During that call, Busch referred to the SMC and Berkely matter and told me that it would continue since it wasn't dismissed.Busch also told me that he and his firm were staying in this litigation, that things in this case were about to heat up, and that Sionic should seriously consider settlement before they did so.

7.

Berkeley's Complaint has smeared me by claiming that, as a Board member, I was part of an alleged scheme to defraud Berkeley—which I deny. (Complaint [Doc. 1] para. 21-23, 32.)

8.

Berkeley has alleged that two emails between me and Anthony Palazzo ("Palazzo"), attached to its Complaint as "Exhibit B" and "Exhibit L," were part of an alleged scheme to defraud Berkeley. (Complaint [Doc. 1] para. 11, 20-23, 32, 45, 46.)

9.

Berkeley's Complaint further alleges:

(a)     Sionic's Board was party to systematic attempts to raise
        capital, including from Berkeley, via deceptive sales strategy
        consisting of artificial deadlines, shortened due diligence

3

periods, fabricated scarcities of shares, grossly inflated projections, false and misleading sales literature, in person sales meetings, alleged partnerships, and overstated technology capabilities (Complaint [Doc. 1] para. 10, 11, 36);

(b)     Board members falsely identified debt owed to them (Complaint [Doc. 1] para. 27, 36);

(c)     Board members and investors failed to disclose charitable donations of Sionic stock made at purportedly inflated valuations (Complaint [Doc. 1] para. 17, 19); and

(d)     Board members made material misrepresentations to Berkeley as part of an effort to cause Berkeley's investment causing Berkeley harm and to incur damages (Complaint [Doc. 1] para. 45, 46).

10.

Berkeley has labeled me the "Key Board Member" in its Complaint. (Complaint [Doc. 1] para. 36.)

11.

Berkeley expressly incorporated these allegations as material parts of securities fraud and common law fraud claims and demand for punitive damages. (Complaint [Doc. 1] para. 41 (actually 45), 48 (actually 53), 55

4

(actually 60).) In addition, I am aware that Berkeley has alleged that I was involved in soliciting purchases of Sionic securities, including from Adam Slipakoff in 2015 and then Berkeley in 2017.

12.

I deny Berkeley's allegations, including any express or implied claim that I engaged in any wrongful act or omission against Berkeley or otherwise violated a legal or contractual duty, obligation or undertaking in regard to Berkeley.

13.

Berkeley's claims for damages in its Complaint, for at least $1,600,000, directly affect me and my interests as a shareholder and as a Board member.

14.

I understood Busch's statements to me on September 3, 2020 to constitute a threat and part of a blatant and improper effort cause me to pressure Sionic's Board to directly settle this litigation, circumventing Baker Jenner LLLP as Sionic's counsel and Ronald D. Herman's role as CEO.

15.

I was intimidated by Busch's direct call to my personal cellphone. I found that call threatening and harassing both to me personally and my

5

business, legal and financial interests, not least given the allegations made against me in Berkeley's Complaint.

16.

Some of the business and legal interests that I felt directly threatened by Busch's call include the charitable trusts and donations of Sionic stock that I had made in 2015, as part of my estate planning and charitable activities.

17.

Adam Slipakoff, Busch's law partner, had directly counseled and offered advice on these trusts and donations. Moreover, Slipakoff had represented me and my business interests as counsel for over four years, including during the period of 2015 through 2017, during which time he developed a deep and detailed knowledge of my affairs, both personal and corporate. Slipakoff's knowledge concerning me and my businesses and other interests includes details about document creation and retention practices, operations, and business methods. Slipakoff's knowledge also includes the concerns and objectives that have motivated my decision making, including in regard to my investment in Sionic and my actions as a Board member.

18.

On October 26, 2020, I was informed by Derek Cunningham, former

Treasurer and current board member of Enduring Hearts, Inc. (a 501(c)(3)

non-profit), that he had received a call from Busch, during which Busch

stated that things in the litigation with Sionic were heating up, and that

Enduring Hearts should expect a subpoena from Berkeley relating to Sionic

stock allegedly gifted to Enduring Hearts by me, together with any associated

stock valuations.

19.

Enduring Hearts funds research that improves the condition of

children living with pediatric heart disease. Michael Gahan, my father, is

currently Treasurer and a board member of Enduring Hearts, and Ankur

Chatterjee, my business partner, is President and also a board member.

Enduring Hearts' board includes other people who are my colleagues and

friends. Much of this information is readily discoverable from Enduring

Hearts' website, https://enduringhearts.org/about-us/.

20.

I believe that Busch's call to Enduring Hearts was in fulfillment of his

threat to me during our September 3, 2020 call, that things in this case were

7

about to heat up unless I was successful in causing Sionic's Board to settle

this litigation.

FURTHER AFFIANT SAYETH NAUGHT.

Patrick Gahan

Sworn to and subscribed before
me this November 5, 2020.

Notary Public

My commission expires: 4/2/2023

# Voice Details

**Structure: Default**   **Position:** ▮▮▮▮▮▮▮▮▮▮▮▮▮                           Set Default Position

**Account Number:** ▮▮▮▮▮▮ ⌄   Go

**Statement Date:** ▮▮▮▮▮▮ ⌄   Display

Billing Cycle Aug 13 - Sep 12

**Wireless Number:** ▮▮▮▮▮▮ ⌄   Display

**Details for** ▮▮▮▮▮▮

Select Actions                                                      Previous | 18 | 19 | 20 | 21 | 22 | Next

| Date | Time | ☏ | Number Hide Name | Rate | Usage Type | Account Authorization Code | Origination | Destination | Min | Airtime Chgs | L.D./Other** | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/02 | 11:03 AM | ☏ | ▮▮▮ | Peak | M2MAllow | | Marietta GA | Atlanta Ne GA | 12 | 0.00 | 0 | 0.00 |
| 09/02 | 02:38 PM | ☏ | ▮▮▮ | Peak | PlanAllow | | Marietta GA | Incoming CL | 1 | 0.00 | 0 | 0.00 |
| 09/02 | 12:37 PM | ☏ | ▮▮▮ | Peak | PlanAllow | | Marietta GA | Atlanta Ne GA | 2 | 0.00 | 0 | 0.00 |
| 09/02 | 03:09 PM | ☏ | ▮▮▮ | Peak | PlanAllow | | Marietta GA | Toll-Free CL | 4 | 0.00 | 0 | 0.00 |
| 09/03 | 01:59 PM | ☏ | ▮▮▮ | Peak | PlanAllow | | Marietta GA | Silver Spg MD | 14 | 0.00 | 0 | 0.00 |
| 09/03 | 04:28 PM | ☏ | ▮▮▮ | Peak | PlanAllow | | Marietta GA | Vm Deposit CL | 1 | 0.00 | 0 | 0.00 |
| 09/03 | 04:36 PM | ☏ | ▮▮▮ | Peak | PlanAllow | | Marietta GA | Silver Spg MD | 14 | 0.00 | 0 | 0.00 |
| 09/03 | 12:04 PM | ☏ | ▮▮▮ | Peak | M2MAllow | | Marietta GA | Incoming CL | 7 | 0.00 | 0 | 0.00 |
| 09/03 | 11:07 AM | ☏ | 404-800-4082 | Peak | PlanAllow | | Marietta GA | Incoming CL | 2 | 0.00 | 0 | 0.00 |
| 09/03 | 12:19 PM | ☏ | ▮▮▮ | Peak | M2MAllow | | Marietta GA | Baltimore MD | 1 | 0.00 | 0 | 0.00 |

Previous | 18 | 19 | 20 | 21 | 22 | Next

Show: 100 ⌄ rows

Total Voice Usage Charges: $0.0

Total Data Usage Charges: $0.0

*Edit address book

**L.D./Other - Long Distance and Other Charges

***Charges for usage that exceed the shared allowance can be found in the Overview of Shared Charges and Usage under the 'Usage Charges'.

Back to Usage Charges

EXHIBIT 1