IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC,<br><br>    Plaintiff,<br><br>Vs.<br><br>SIONIC MOBILE CORPORATION and RONALD D. HERMAN,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br>1:19-CV-05523-SDG |

**DEFENDANT SIONIC MOBILE CORPORATION'S
EMERGENCY AMENDED MOTION TO STAY PROCEEDINGS AND
BRIEF IN SUPPORT**

Defendant Sionic Mobile Corporation ("Sionic") respectfully moves the Court, on an emergency basis, to stay the current proceedings pending the Court's orders on the following pending motions: (1) Sionic Mobile Corporation's Motion for Reconsideration or, in the Alternative, to Amend Order to Include Certification of Interlocutory Appeal, (2) Sionic Mobile Corporation's Motion for Sanctions, and (3) Sionic Mobile Corporation's Renewed Motion to Disqualify Busch, Slipakoff, Mills & Slomka, LLC.

In support of the motion, Sionic shows the Court, as follows: Sionic filed a Motion to Stay Proceedings and Extend Deadlines on September 23, 2020, in conjunction with the filing of its Motion for Reconsideration or, in the

1

Alternative, to Amend Order to Include Certification of Interlocutory Appeal, which the Court has not yet addressed. [Doc. 42]. Pursuant to the Court's Order of February 19, 2020, [Doc. 21], the parties have held their Rule 26(f) conference and have exchanged a draft of the Joint Preliminary Report and Discovery Plan, but the parties have not yet finalized it for filing. Sionic submits this emergency amended motion to add to the initial motion the two new motions filed contemporaneously with it, so that the proceedings might be stayed until the Court enters orders on these three pending motions, and because the fact the parties have already held the Rule 26(f) conference, initial disclosures are set to be exchanged soon and discovery may soon commence without the Court's intervention.

In situations such as this, Courts in the Eleventh Circuit have found a stay and extension of deadlines appropriate. *See, e.g.*, *McCauley v. Superior Court*, Case No. 1:09-cv-3547-ODE-AJB at *4 (N.D.Ga. Feb. 4, 2011) (granting motion to stay when motion to dismiss was pending and the "interests of efficiency and justice" supported the result); *see also, e.g.,* 2011 U.S. Dist. LEXIS 162375 *Summit Med. Assocs., P.C. v. James*, 998 F. Supp. 1339, 1343 (M.D.Ala. 1998) (granting motion to stay where movant had presented a colorable claim on appeal).

Sionic submits that the matters raised in its pending Motion for Reconsideration are determinative and, if granted, have the strong potential to dispose of this case. The other two motions seek disqualification of Plaintiff's counsel for their multiple violations of the Georgia Rules of Professional Conduct, such that a stay of the proceedings is essential to ensure both the quality of justice in this case and to maintain the public's trust in the legal profession and judicial process. The motion is filed on an emergency basis because, under the circumstances addressed in Sionic's Motion for Sanctions and Renewed Motion to Disqualify and their supporting memoranda (the facts, arguments and citations of authority of which are incorporated here by reference), Plaintiff's counsel should not be permitted to represent Plaintiff in this case, including the discovery process, and discovery should not proceed until the Court has ruled on these pending motions.

As the Court's orders entered since earlier this year have found, the people of Georgia and the Northern District of Georgia are suffering under the exigent circumstances created by the Coronavirus Pandemic and the spread of COVID-19. [Doc. 44 at 1] In its September 29, 2020, order, the Court found the four counties within Georgia with the most confirmed COVID-19 cases are all within the Northern District. [Doc. 44 at 1] They also comprise the core of the Atlanta metropolitan area, which is where Sionic's

and, upon information and belief, Plaintiff's operations are located. That order also extended the suspension of jury trials and other court activities through January 3, 2021, in order to protect the health and safety of the public, those appearing before the Court and the Court. [Doc. 44 at 3] In light of the Pandemic, and what news sources report is likely to be a difficult and deadly winter in regard to COVID-19 infections, and with positive cases and related deaths rising around the country, proceeding with discovery during the Pandemic at this time will increase the risk of infection and illness of the litigants, as well as the costs associated with any efforts to avoid such risks.

Sionic submits that staying the proceedings is in the interest of the health and safety of the litigants, and will allow for the more orderly administration of this litigation, conserve judicial and party resources, promote efficiency and justice, and permit the parties to more fully present and focus on the issues and arguments before the Court through the motions. A proposed order is attached as Exhibit A.

Respectfully submitted this November 5, 2020.

/s/ Simon Jenner
Simon Jenner
Georgia Bar No. 142588
simon.jenner@bakerjenner.com
Richard J. Baker, Esq.
Georgia Bar No. 033879
rick.baker@bakerjenner.com

4

5

        Baker Jenner LLLP
        210 Interstate N. Parkway, SE, Ste. 100
        Atlanta, Georgia 30339
        Telephone: (404) 400-5955
        *Attorneys for Defendant*

## CERTIFICATE OF COMPLIANCE AND SERVICE

I certify that the foregoing has been prepared in accordance with Local Rule 5.1(C), using Century Schoolbook, 13 point font. I further certify I have electronically filed, on the date stated below, the foregoing **DEFENDANT SIONIC MOBILE CORPORATION'S EMERGENCY AMENDED MOTION TO STAY PROCEEDINGS AND BRIEF IN SUPPORT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record, as follows:

> Bryan E. Busch
> Laura Mirmelli
> Busch, Slipakoff, Mills & Slomka, LLC
> Riverwood 100, 21st Floor
> 3350 Riverwood Parkway
> Atlanta, GA 30339

This November 5, 2020.

/s/ Simon Jenner
Georgia Bar No. 142588
Attorney for Defendant
Baker Jenner LLLP
210 Interstate North Parkway, SE
Suite 100
Atlanta, GA 30339
Telephone: (404) 400-5955
E: simon.jenner@bakerjenner.com