UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> SIONIC MOBILE CORPORATION and RONALD D. HERMAN, <br><br> Defendants. | CIVIL ACTION FILE NO. <br> 1:19-cv-05523-SDG |

## [PROPOSED] ORDER

This matter having come before the Court on the Defendant Sionic Mobile Corporation's Emergency Amended Motion to Stay Proceedings, and for good cause shown, the Court:

ORDERS that the proceedings in this matter, including all discovery, the Joint Preliminary Report and Discovery Plan, initial disclosures, and all pretrial activity and deadlines, are stayed until 30 days after this Court enters an order on each of the following motions, or directs otherwise: Sionic Mobile Corporation's Motion for Reconsideration or, in the Alternative, to Amend Order to Include Certification of Interlocutory Appeal (Doc. 40, Doc. 40-1), Sionic Mobile Corporation's Motion for Sanctions, and Sionic Mobile



2

Corporation's Renewed Motion to Disqualify Busch, Slipakoff, Mills & Slomka, LLC.

So Ordered this _____ \_\_\_, 2020.

_____
Honorable Steven D. Grimberg
United States District Judge for the
Northern District of Georgia