# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC<br><br>Plaintiff,<br><br>v.<br><br>SIONIC MOBILE CORPORATION and<br>RONALD D. HERMAN,<br><br>Defendants. | Civil Action File No.<br>1:19-cv-05523-SDG |

### MOVANT PATRICK GAHAN'S MOTION TO DISQUALIFY BUSCH, SLIPAKOFF, MILLS & SLOMKA, LLC AS COUNSEL OF RECORD FOR PLAINTIFF BERKELEY VENTURES II, LLC

Non-Party Patrick Gahan has filed a Motion to Intervene in the above-styled action, and is attaching as **Exhibit A** to that Motion this Motion to Disqualify the Plaintiff's Counsel of Record, Busch, Slipakoff, Mills & Slomka, LLC ("Busch Slipakoff"), which he intends to file with the Court if his Motion to Intervene is granted. Mr. Gahan respectively requests that if the Court grants Mr. Gahan's Motion to Intervene, that it also order that this Motion be deemed as filed with the Court on the same date.

Mr. Gahan files this Motion to Disqualify Busch Slipakoff based on the undisputed facts that Adam Slipakoff, the law partner of Bryan E Busch, represented

4813-2005-1922 v.3

1

Mr. Gahan and his business interests for over four years, including during the period of 2015 – 2017. During this time Mr. Slipakoff developed a deep and detailed knowledge of Mr. Gahan and his businesses and other interests. In the course of that representation, Mr. Slipakoff learned confidential matters regarding Mr. Gahan and his relationship to Sionic Mobile Corporation ("SMC") as well as his transfer of shares to Enduring Hearts and another charity. In this lawsuit, Plaintiff (who is represented Mr. Slipakoff's current firm) alleges that these transactions were part of Defendants' unlawful scheme.

Because Mr. Slipakoff represented Mr. Gahan with respect to a prior transaction involving SMC stock that is now alleged by Mr. Slipakoff's law partner to be a part of the Defendants' scheme to defraud Plaintiff, Busch Slipakoff must be disqualified. This matter is substantially related to Mr. Slipakoff's prior representation of Mr. Gahan, and Plaintiff's interests are materially adverse to those of Mr. Gahan.

For the reasons stated in the Brief in Support of this Motion, (**Exhibit B** to Motion to Intervene) Movant Patrick Gahan respectfully requests that this Court grant this Motion and disqualify Busch, Slipakoff, Mills & Slomka, LLC, from representing the Plaintiff in this action.

3

        Respectfully submitted,

        /s/ S. Wade Malone
        _____
        S. Wade Malone
        Georgia Bar No. 468015
        wade.malone@nelsonmullins.com
        Michelle W. Johnson
        Georgia Bar No. 759611
        michelle.johnson@nelsonmullins.com
        Nelson Mullins Riley & Scarborough LLP
        201 17th Street, 17th Floor
        Atlanta, GA 30363
        Telephone: (404) 322-6000

        Attorneys for Movant Patrick Gahan

3

## **CERTIFICATE OF COMPLIANCE**

I certify that the foregoing was prepared using Times New Roman font, 14-point type, which is one of the font and print selections approved by the Court in L.R. 5.1(C).

This 16th day of November 2020.

/s/ S. Wade Malone
Georgia Bar No. 468015

Attorney for Movant Patrick Gahan

## CERTIFICATE OF SERVICE

I hereby certify that on this day I filed the within and foregoing **Movant Patrick Gahan's Motion to Disqualify Bush, Slipakoff, Mills & Slomka, LLC as Counsel of Record for Plaintiff Berkeley Ventures II, LLC** with the Clerk of Court by using the CM/ECF system, which will send electronic notification of such filing to the following:

Bryan E. Busch
Laura Mirmelli
Busch, Slipakoff, Mills & Slomka, LLC
Riverwood 100, 21st Floor
3350 Riverwood Parkway
Atlanta, GA 30339

Simon Jenner
Richard J. Baker
Baker Jenner LLLP
201 Interstate North Parkway, SE
Suite 100
Atlanta, GA 30339

This 16th day of November 2020.

/s/ S. Wade Malone
Georgia Bar No. 468015

Attorney for Movant Patrick Gahan

5

4813-2005-1922 v.3