# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cv-05523-SDG
## Berkeley Ventures II, LLC v. Sionic Mobile Corporation et al
## Honorable Steven D. Grimberg

Minute Sheet for proceedings held In Open Court on 11/20/2020.

TIME COURT COMMENCED: 10:05 A.M.
TIME COURT CONCLUDED: 11:10 A.M.         COURT REPORTER: Alicia Bagley
TIME IN COURT: 1:05                       DEPUTY CLERK: Alisha Holland
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Richard Baker representing Sionic Mobile Corporation<br>Bryan Busch representing Berkeley Ventures II, LLC<br>Simon Jenner representing Sionic Mobile Corporation<br>Michelle Johnson representing Patrick Gahan |
| PROCEEDING CATEGORY: | Motion Hearing (Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [40] Motion for Reconsideration TAKEN UNDER ADVISEMENT<br>[50] Motion for Sanctions TAKEN UNDER ADVISEMENT<br>[51] Motion to Disqualify Attorney TAKEN UNDER ADVISEMENT<br>[52] Motion to Stay GRANTED<br>[54] Motion to Intervene TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | Oral Argument held on Defendant's Motion for Reconsideration [ECF 40], Motion for Sanctions [ECF 50], Motion to Disqualify [ECF 51], and Emergency Motion to Stay [ECF 52]. The Court also heard argument on the Motion to Intervene [ECF 54]. After hearing from both parties, as well as from proposed intervenor, the Court GRANTED Defendant's motion to stay. The remaining motions [ECF 40, 50, 51, and 54] are taken under advisement. |
| HEARING STATUS: | Hearing Concluded |