# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC,<br><br>    Plaintiff,<br><br>              v.<br><br>SIONIC MOBILE CORPORATION and RONALD D. HERMAN,<br><br>    Defendants. | Civil Action No.<br>1:19-cv-5523-SDG |

## **SCHEDULING ORDER**

After reviewing the Joint Preliminary Report and Discovery Plan completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court except that discovery shall be on an eight-month track and end on October 8, 2021.

**SO ORDERED** this the 25th day of January 2021.

                                                                    Steven D. Grimberg
                                      United States District Court Judge