UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>SIONIC MOBILE CORPORATION<br>and RONALD D. HERMAN<br><br>     Defendants. | Case No.: 1:19-CV-05523-SDG<br><br><br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S INITIAL DISCLOSURES

(1) State precisely the classification of the cause of action being filed, a brief factual outline of the case including plaintiff's contentions as to what defendant did or failed to do, and a succinct statement of the legal issues in the case.

*Plaintiff brings this action following Plaintiff's investment of $1,600,000.00 in Sionic Mobile in reliance on a number of materially false and misleading misrepresentations by Defendants. As a result, Plaintiff has asserted claims for (1) securities fraud, (2) common law fraud, and (3) punitive damages. Defendants provided Plaintiff with an updated proforma with detailed revenue and projections, draft contracts, schedule of debt, subscription agreement, investor questionnaire, amended and restated shareholder agreement, joinder to shareholder's agreement, and wire instructions. Relying on the materials and information available, Plaintiff*

1

*signed investment documents on December 5, 2017 and wired $1.6 million on December 7, 2017. Thereafter, Plaintiff learned that a number of the statements and written materials provided by Defendants were false and misleading. As a direct and proximate result, Plaintiff has been damaged in an amount not less than $1.6 million.*

> a) Whether Defendants employed devices, schemes, artifacts, and misrepresentations to defraud Plaintiff into investing $1.6 million into Sionic Mobile;
>
> b) Whether Defendants engaged in acts, practices and courses of business which operated as a fraud or deceit upon Berkeley;
>
> c) Whether the misrepresentations and omissions by Defendants were intentionally made with the knowledge that they were false and misleading at the time they were made;
>
> d) Whether Defendants conduct shows willful misconduct, malice, fraud, wantonness, oppression, or that entire want of care which would raise the presumption of conscious indifferent to the consequences.

(2) Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which plaintiff contends are applicable to this action.

*Section 10(b) of the Securities and Exchange Act of 1934 and Rule 10b-5, its enforcing regulation, 17 C.F.R. § 240.10b-5; O.C.G.A. § 51-12-5.1; Common law Fraud*

(3) Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information. (Attach witness list to Initial Disclosures as Attachment A.)

*See Attachment A.*

(4) Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed.R.Civ.P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule. (Attach expert witness list and written reports to Responses to Initial Disclosures as Attachment B.)

*No such experts identified at this time. Plaintiff reserves the right to supplement this response at a later time, should Plaintiff identify such an expert who will be used at trial.*

(5) Provide a copy of, or a description by category and location of, all documents, data compilations or other electronically stored information, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information. (Attach document list and descriptions to Initial Disclosures as Attachment C.)

*See Attachment C.*

(6) In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying as under Fed.R.Civ.P. 34. (Attach any copies and descriptions to Initial Disclosures as Attachment D.)

*See Attachment D.*

(7) Attach for inspection and copying as under Fed.R.Civ.P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment. (Attach copy of insurance agreement to Initial Disclosures as Attachment E.)

*No such insurance agreement exists.*

(8) Disclose the full name, address, and telephone number of all persons or legal entities who have a subrogation interest in the cause of action set forth in plaintiffs cause of action and state the basis and extent of such interest.

*Plaintiff is not aware of any such person having a subrogation*

*interest in this cause of action.*

Submitted this 10th day of February, 2021.

By: */s/ Jason B. Godwin*
Jason B. Godwin, Esq.
Georgia Bar No. 142226

**Godwin Law Group**
Attorney for Plaintiff
3985 Steve Reynolds Boulevard
Building D
Norcross, Georgia 30093
770-448-9925
770-448-9958
jgodwin@godwinlawgroup.com

# ATTACHMENT A

| | |
|---|---|
| General Motors LLC | c/o CSC of Cobb County, Inc.   192 Anderson Street SE, Suite 125   Marietta, GA 30060 |
| Southwest Airlines Co. | c/o Registered Agent, Corporation Service Company 40 Technology Parkway South, Suite 300   Norcross, GA 30092 |
| FreedomPay, Inc. | c/o Registered Agent: John R. Schmitz   2820 Portabella Lane   Cumming, GA 30041 |
| Hardee's Food Systems, LLC | c/o Registered Agent, Corporation Service Company 40 Technology Parkway South, Suite 300   Norcross, GA 30092 |
| Five Guys Operations LLC | c/o Registered Agent: C T Corporation System   289 S. Culver Street   Lawrenceville, GA 30046 |
| Starbucks Corporation | c/o Registered Agent, Corporation Service Company 40 Technology Parkway South, Suite 300   Norcross, GA 30092 |
| JetBlue Airways Corporation | c/o Registered Agent, Corporation Service Company 40 Technology Parkway South, Suite 300   Norcross, GA 30092 |
| Wyndham Hotel Management, Inc.; Wyndham Hotels and Resorts, LLC; Wyndham Worldwide Operations, Inc. | c/o Registered Agent: Corporate Creations Network, Inc. 2985 Gordy Parkway, 1st Floor   Marietta, GA 30066 |
| Hyatt Corporation | c/o Registered Agent, Corporation Service Company 40 Technology Parkway South, Suite 300   Norcross, GA 30092 |
| Enduring Hearts, Inc. | c/o Registered Agent: Marna L. Friedman   3405 Dallas Highway, Suite 827   Marietta, GA 30064 |
| Patrick Gahan | Contact information currently being obtained |
| Derrick Cunningham | ON HOLD |
| HMSHost | c/o Corporation Service Company   40 Technology Parkway South, Suite 300   Norcross, GA 30092 |
| Xevo Inc.   **No GA entity   Found @ WA SOS Website** | c/o CT Corporation System   711 Capitol Way, Suite 204   Olympia, WA 98501 |
| NorthOut, Inc.   **No GA entity   Found @ Mass SOS** | c/o Shubham Jain   55 Court Street 520 Boston, MA 02108 |

# ATTACHMENT C

## Response to 5

1. Documents, materials, communications emails (including attachments thereto) appended to pleadings in this case.
2. All documents, materials, other material things provided to either Plaintiff or Defendant by its employees, agents, representatives, attorneys, agents concerning the opposing party.
3. Email and written correspondence between the parties.
4. Documents used by Sionic Mobile in connection with Plaintiff's investment in Sionic.
5. Documents maintained by Sionic related to Plaintiff's investment.
6. All documents referenced by Sionic in its Initial Disclosure.
7. All computations and the documents relied upon by the parties in calculating damages in this matter
8. All documents later produced in discovery or obtained from experts.

# ATTACHMENT D

## COMPUTATION OF DAMAGES

$1,600,000 – investment in Sionic Mobile

Interest on said money

Punitive Damages as determined by a jury

Attorneys' fees to be calculated prior to trial

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1, N.D. GA.

The undersigned hereby certifies that this pleading was prepared using one of the font and point selections approved by this Court in L.R. 5.1C, N.D. Ga. Specifically, Times New Roman font in 14 point.

By: */s/ Jason B. Godwin*
Jason B. Godwin, Esq.
Georgia Bar No. 142226

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system, which will send email notification of such filing to counsel.

This 10th day of February, 2021.

By: */s/ Jason B. Godwin*
Jason B. Godwin, Esq.
Georgia Bar No. 142226

**Godwin Law Group**
Attorney for Plaintiff
3985 Steve Reynolds Boulevard
Building D
Norcross, Georgia 30093
770-448-9925
770-448-9958
jgodwin@godwinlawgroup.com