UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>SIONIC MOBILE CORPORATION and RONALD D. HERMAN,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br>1:19-cv-05523-SDG |

# ORDER

This matter having come before the Court on Ronald D. Herman's Special Appearance for the Limited Purpose of Emergency Motion to Stay Proceedings, and for good cause shown, the Court:

ORDERS that Herman's time for filing an answer or motion to dismiss under Fed. R. Civ. P. 12 be moved to 30 days following the Court's entry of a final order regarding Herman's pending Motion to Dismiss [Doc. 67 – 67-4, 72]. The submission of the Joint Preliminary Report and Discovery Plan in regard to Herman and any other disclosures required shall occur pursuant to the number of days specified therefor in the Federal Rules of Civil Procedure, as modified by the Local Rules and this Court's Standing Order, as duly

calculated following the appearance of Herman by pleading or motion in accordance with this Order.

So Ordered this 3rd day of March 2021.

_____
Honorable Steven D. Grimberg
United States District Judge for
the Northern District of Georgia