IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC<br><br>　　　　　Plaintiff,<br>v.<br><br>SIONIC MOBILE CORPORATION and RONALD D. HERMAN,<br><br>　　　　　Defendants. | Civil Action File No.<br>1:19-cv-05523-SDG |

**SIONIC MOBILE CORPORATION'S CERTIFICATE OF SERVICE FOR DEFENDANT SIONIC MOBILE CORPORATION'S OBJECTIONS TO PLAINTIFF BERKELEY VENTURES II, LLC'S SUBPOENA TO PRODUCE DOCUMENTS, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

Defendant Sionic Mobile Corporation ("Sionic") certifies that, on March 3, 2021, it submitted **DEFENDANT SIONIC MOBILE CORPORATION'S OBJECTIONS TO PLAINTIFF BERKELEY VENTURES II, LLC'S SUBPOENA TO PRODUCE DOCUMENTS, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** to the following attorney of record by FedEx and email:

>Jason Brian Godwin
>Godwin Law Group
>3985 Steve Reynolds Boulevard
>Building D
>Norcross, GA 30093

1

This March 3, 2021.

/s/ Simon Jenner
Georgia Bar No. 142588
Baker Jenner LLLP
210 Interstate North Parkway, SE
Suite 100
Atlanta, GA 30339
Telephone: (404) 400-5955
E: simon.jenner@bakerjenner.com
*Attorney for Defendant Sionic Mobile Corporation*