## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Northern District of Georgia

Case Number: 1:19-CV-5523-ODE

Plaintiff:
**Berkeley Ventures II, LLC**

vs.

Defendant:
**Sionic Mobile Corporation**
**Ronald D. Herman**

For:
Jason Godwin
Godwin Law Group
3985 Steve Reynolds Boulevard
Building D
Norcross, GA 30093

Received by Ancillary Legal Corporation on the 10th day of February, 2021 at 5:20 pm to be served on **Ronald D. Herman, 155 Little John Trail NE, Atlanta, GA 30309**.

I, William Collier, being duly sworn, depose and say that on the **20th day of February, 2021** at **12:59 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the ***see attached list of documents served from docket** to: **Ronald D. Herman** at the address of: **155 Little John Trail NE, Atlanta, GA 30309**.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: White, Height: 5'9", Weight: 155, Hair: Dark Brown, Glasses: N

## AFFIDAVIT OF SERVICE For 1:19-CV-5523-ODE

I am an agent of Ancillary Legal Corporation and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and am authorized to serve process.



Subscribed and Sworn to before me on the 25th day of February, 2021 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____
**William Collier**
Process Server

**Ancillary Legal Corporation**
**2900 Chamblee Tucker Road**
**Building 13**
**Atlanta, GA 30341**
**(404) 459-8006**

Our Job Serial Number: ANC-2021001617
Ref: Berkeley

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t

8months,SDGLC2,STAY,SUBMDJ

# U.S. District Court
## Northern District of Georgia (Atlanta)
## CIVIL DOCKET FOR CASE #: 1:19-cv-05523-SDG

Berkeley Ventures II, LLC v. Sionic Mobile Corporation et al
Assigned to: Judge Steven D. Grimberg
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 12/07/2019
Jury Demand: Both
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**Berkeley Ventures II, LLC**     represented by    **Bryan E. Busch**
Busch Mills & Slomka, LLP
6400 Powers Ferry Rd
Ste 391
Atlanta, GA 30326
404-800-4062
Email: bb@bsms.law
*TERMINATED: 12/11/2020*
*LEAD ATTORNEY*

**Laura H. Mirmelli**
Busch, Slipakoff, Mills & Slomka
6400 Powers Ferry Road
Suite 391
30339
Atlanta, GA 30339
404-800-4031
Email: lm@bsms.law
*TERMINATED: 12/11/2020*
*LEAD ATTORNEY*

**Jason Brian Godwin**
Godwin Law Group
3985 Steve Reynolds Boulevard
Building D
Norcross, GA 30093
770-448-9925
Fax: 770-448-9958
Email: jgodwin@godwinlawgroup.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Sionic Mobile Corporation** | represented by | **Richard J. Baker**<br>Baker Jenner LLLP<br>210 Interstate North Parkway<br>Suite 100<br>Atlanta, GA 30339<br>404-400-5955<br>Email: rick.baker@bakerjenner.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Simon Jenner**<br>Baker Jenner LLLP<br>210 Interstate N. Parkway SE<br>Suite 100<br>30339<br>Atlanta, GA 30339<br>404-400-5955<br>Email: simon.jenner@bakerjenner.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Ronald D. Herman** | represented by | **Simon Jenner**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Intervenor** | | |
| **Patrick Gahan**<br>*TERMINATED: 12/11/2020* | represented by | **Michelle W. Johnson**<br>Nelson Mullins Riley & Scarborough, LLP-ATL<br>Suite 1700<br>201 17th Street, N.W.<br>Atlanta, GA 30363<br>404-322-6000<br>Email: michelle.johnson@nelsonmullins.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/07/2019 | 1 | COMPLAINT with Jury Demand filed by Berkeley Ventures II, LLC (Filing fee $400, receipt number AGANDC-9159074). (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Verification of Complaint, # 15 Civil Cover Sheet)(ah) Please visit our website at http://www.gand.uscourts.gov/commonly-used-forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/09/2019) |

| | | |
|---|---|---|
| 12/09/2019 | | Submission of 1 Complaint to District Judge Orinda D. Evans. (ah) (Entered: 12/09/2019) |
| 01/03/2020 | 2 | PROPOSED SUMMONS filed by Berkeley Ventures II, LLC (Busch, Bryan) Blank summons - could not issue - Modified on 1/6/2020 (bdb). (Entered: 01/03/2020) |
| 01/03/2020 | 3 | PROPOSED SUMMONS filed by Berkeley Ventures II, LLC (Busch, Bryan) (Entered: 01/03/2020) |
| 01/06/2020 | 4 | Electronic Summons Issued as to Sionic Mobile Corporation. (bdb) (Entered: 01/06/2020) |
| 01/09/2020 | 5 | PROPOSED SUMMONS filed by Berkeley Ventures II, LLC (Busch, Bryan) (Entered: 01/09/2020) |
| 01/10/2020 | 6 | Electronic Summons Issued as to Ronald D. Herman. (bdb) (Entered: 01/10/2020) |
| 01/24/2020 | 7 | AFFIDAVIT of Service for Complaint, as to Sionic Mobile Corporation signed for by Ronald Herman. (Busch, Bryan) (Entered: 01/24/2020) |
| 01/30/2020 | 8 | Certificate of Interested Persons by Sionic Mobile Corporation. (Jenner, Simon) (Entered: 01/30/2020) |
| 01/30/2020 | 9 | MOTION to Disqualify Attorney with Brief In Support by Sionic Mobile Corporation. (Attachments: # 1 Brief Memorandum in support of Motion to Disqualify, # 2 Affidavit Affidavit of Ronald D. Herman with Exhibits, # 3 Affidavit Affidavit of Simon Jenner with Exhibits, # 4 Exhibit Index of Exhibits)(Jenner, Simon) (Entered: 01/30/2020) |
| 01/30/2020 | 10 | MOTION to Dismiss with Brief In Support by Sionic Mobile Corporation. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit)(Jenner, Simon) (Entered: 01/30/2020) |
| 01/30/2020 | 11 | MOTION to Dismiss with Brief In Support by Sionic Mobile Corporation. (Jenner, Simon) (Entered: 01/30/2020) |
| 01/30/2020 | 13 | NOTICE Of Manual Filing by Sionic Mobile Corporation re 10 and 11 MOTION to Dismiss. (dmb) (Entered: 02/03/2020) |
| 01/31/2020 | 12 | CERTIFICATE OF SERVICE re 10 MOTION to Dismiss filed by Sionic Mobile Corporation *(Amended and Restated)* (Jenner, Simon) (Entered: 01/31/2020) |
| 02/03/2020 | | Remark re 13 Notice of Manual Filing- USB received and placed in file. (dmb) (Entered: 02/03/2020) |
| 02/05/2020 | 14 | MOTION for Leave to File Excess Pages *to the Memorandum in Support of Motion to Dismiss* by Sionic Mobile Corporation. (Jenner, Simon) (Entered: 02/05/2020) |
| 02/13/2020 | 15 | Under Seal--RESPONSE in Opposition re 9 MOTION to Disqualify Attorney filed by Berkeley Ventures II, LLC. (Attachments: # 1 Exhibit Declaration of Adam Slipakoff) (Busch, Bryan) Modified on 2/18/2020 (bdb). Modified on 2/20/2020 per court 20 order (bdb). (Entered: 02/13/2020) |
| 02/13/2020 | 16 | RESPONSE in Opposition re 10 MOTION to Dismiss filed by Berkeley Ventures II, LLC. (Busch, Bryan) (Entered: 02/13/2020) |

| Date | # | Description |
|---|---|---|
| 02/13/2020 | 17 | MOTION for Leave to File Matters Under Seal re: 15 Response in Opposition to Motion *to Disqualify* by Berkeley Ventures II, LLC. (Attachments: # 1 Text of Proposed Order)(Busch, Bryan) (Entered: 02/13/2020) |
| 02/14/2020 | 18 | Brief in Support of 17 MOTION for Leave to File Matters Under Seal re: 15 Response in Opposition to Motion *to Disqualify* by Berkeley Ventures II, LLC. (Busch, Bryan) Modified on 2/14/2020 to remove motion (bdb). (Entered: 02/14/2020) |
| 02/14/2020 |  | Submission of 9 MOTION to Disqualify Attorney, 10 MOTION to Dismiss, to District Judge Orinda D. Evans. (bdb) (Entered: 02/14/2020) |
| 02/17/2020 | 19 | Joint MOTION for Extension of Time for Early Planning Conference, Initial Disclosures and Other Matters by Sionic Mobile Corporation. (Attachments: # 1 Proposed Order)(Jenner, Simon) (Entered: 02/17/2020) |
| 02/19/2020 | 20 | ORDER granting 17 Motion for Leave to File Matters Under Seal Plaintiff's Memorandum of Law in Opposition to Defendant Sionic Mobile Corporation's Motion to Disqualify Busch SlipakoffMills and Slomka, LLC as Counsel of Record and the Declaration of Adam Slipakoff. Signed by Judge Orinda D. Evans on 2/19/2020. (bdb) (Entered: 02/20/2020) |
| 02/19/2020 | 21 | ORDER granting 19 Motion for Extension of Time for Early Planning Conference, Initial Disclosures and Other Matters. ORDERS that the Parties shall hold their Rule 26(f) Early Planning Conference no later than 30 days following the Court's order in regard to Defendant's pending 9 Motion to Disqualify. The submission of the Joint Preliminary Report and Discovery Plan and any other disclosures required shall occur no later than 45 days of the Rule 26(f) Early Planning Conference. Signed by Judge Orinda D. Evans on 2/19/2020. (bdb) (Entered: 02/20/2020) |
| 02/24/2020 | 22 | Request for Leave of Absence for the following date(s): 4/15/2020, 4/16/2020, 4/17/2020, 4/20/2020, 4/21/2020, 4/22/2020, 4/23/2020, 4/24/2020, 5/21/2020, 5/22/2020, 5/26/2020, 5/27/2020, 7/2/2020, 7/6/2020, 7/7/2020, 7/8/2020, 7/9/2020, 7/10/2020, 9/8/2020, 9/9/2020, by Richard J. Baker. (Baker, Richard) (Entered: 02/24/2020) |
| 02/27/2020 |  | Submission of 11 MOTION to Dismiss and 14 MOTION for Leave to File Excess Pages *to the Memorandum in Support of Motion to Dismiss*, to District Judge Orinda D. Evans. (bdb) (Entered: 02/27/2020) |
| 02/27/2020 | 23 | REPLY BRIEF re 10 MOTION to Dismiss , 11 MOTION to Dismiss filed by Sionic Mobile Corporation. (Attachments: # 1 Index of Exhibits for Reply Brief to Motion to Dismiss, # 2 Exhibit Exhibit N-1 for Reply Brief to Motion to Dismiss)(Jenner, Simon) (Entered: 02/27/2020) |
| 02/27/2020 | 24 | REPLY BRIEF re 18 Brief in Support of Motion to File Matters Under Seal 17 MOTION for Leave to File Matters Under Seal re: 15 Response in Opposition to Motion *to Disqualify* , 17 MOTION for Leave to File Matters Under Seal re: 15 Response in Opposition to Motion *to Disqualify*, 9 MOTION to Disqualify Attorney filed by Sionic Mobile Corporation. (Attachments: # 1 Index of Exhibits for Reply Brief to Motion to Disqualify, # 2 Exhibit Exhibit A for Reply Brief for Motion to Disqualify, # 3 Exhibit Exhibit B for Reply Brief for Motion to Disqualify)(Jenner, Simon) (Entered: 02/27/2020) |

| | | |
|---|---|---|
| 02/27/2020 | 25 | MOTION to Lift Seal and For Leave to File Additional Reply Brief in Support of its Motion to Disqualify Busch, Slipakoff, Mills & Slomka, LLC as Counsel of Record with Brief In Support by Sionic Mobile Corporation. (Attachments: # 1 Brief In Support, # 2 Proposed Order)(Jenner, Simon). Added MOTION for Leave to File Additional Reply Brief on 3/18/2020 (bdb). (Entered: 02/27/2020) |
| 03/05/2020 | 26 | NOTICE of Appearance by Richard J. Baker on behalf of Sionic Mobile Corporation (Baker, Richard) (Entered: 03/05/2020) |
| 03/18/2020 | | Submission of 25 MOTION to Lift Seal and For Leave to File Additional Reply Brief in Support of its Motion to Disqualify Busch, Slipakoff, Mills & Slomka, LLC as Counsel of Record to District Judge Orinda D. Evans. (bdb) (Entered: 03/18/2020) |
| 03/20/2020 | 27 | GENERAL ORDER 20-01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID-19 AND RELATED CORONA VIRUS. Signed by Judge Thomas W. Thrash, Jr. on 3/16/2020. (bdb) (Entered: 03/20/2020) |
| 04/02/2020 | 28 | Amended General Order 20-01 re COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID-19 AND RELATED CORONA VIRUS. Signed by Judge Thomas W. Thrash, Jr. on 3/30/20. (jpa) (ADI) (Entered: 04/02/2020) |
| 05/04/2020 | 29 | Amended General Order 20-01 re COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID-19 AND RELATED CORONA VIRUS. Signed by Judge Thomas W. Thrash, Jr. on 3/30/20. (jpa) (ADI) (Entered: 05/04/2020) |
| 05/05/2020 | 30 | SECOND AMENDMENT TO GENERAL ORDER 20-01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID-19 AND RELATED CORONA VIRUS. Signed by Judge Thomas W. Thrash, Jr. on 04/30/2020. (jpa) (ADI) (Entered: 05/05/2020) |
| 05/27/2020 | 31 | THIRD AMENDMENT TO GENERAL ORDER 20-01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID-19 AND RELATED CORONA VIRUS. Signed by Judge Thomas W. Thrash, Jr. on 05/26/2020. (dgs) (ADI) (Entered: 05/27/2020) |
| 06/09/2020 | 32 | MOTION for Hearing re 11 MOTION to Dismiss by Berkeley Ventures II, LLC. (Busch, Bryan) (Entered: 06/09/2020) |
| 06/11/2020 | 33 | RESPONSE in Opposition re 32 MOTION for Hearing re 11 MOTION to Dismiss filed by Sionic Mobile Corporation. (Jenner, Simon) (Entered: 06/11/2020) |
| 06/12/2020 | | Submission of 32 MOTION for Hearing re 11 MOTION to Dismiss, to District Judge Orinda D. Evans. (bdb) (Entered: 06/12/2020) |
| 07/02/2020 | 34 | FOURTH AMENDMENT TO GENERAL ORDER 20-01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID-19 AND RELATED CORONA VIRUS. Signed by Judge Thomas W. Thrash, Jr. on 07/01/2020. (dgs) (ADI) (Entered: 07/02/2020) |
| 07/13/2020 | 35 | FIFTH AMENDMENT TO GENERAL ORDER 20-01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID-19 AND RELATED CORONAVIRUS. Signed by Judge Thomas W. Thrash, Jr. on 7/10/2020 (aaq) (ADI) (Entered: 07/13/2020) |
| 08/04/2020 | 36 | SIXTH AMENDMENT TO GENERAL ORDER 20-01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID-19 AND |

| | | |
|---|---|---|
| | | RELATED CORONAVIRUS. Signed by Judge Thomas W. Thrash, Jr. on 08/03/2020. (ddm) (ADI) (Entered: 08/04/2020) |
| 08/11/2020 | 37 | NOTICE by Sionic Mobile Corporation of *Leave of Absence* from 8/28/2020 and 8/31/2020; 9/1,8,17,18 and 21/2020; 10/1,2, and 5 through 7/2020; 11/25,27 and 30/2020; 12/1,18,21 through 24, and 28 through 31/2020; 1/4,5,15 and 19/2021. (Attachments: # 1 Notice, # 2 Exhibit A)(Baker, Richard) Modified on 8/12/2020 to add time off (bdb). (Entered: 08/11/2020) |
| 09/02/2020 | 38 | SEVENTH AMENDMENT TO GENERAL ORDER 20-01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID-19 AND RELATED CORONAVIRUS. Signed by Judge Thomas W. Thrash, Jr. on 9/1/2020. (adg) (ADI) (Entered: 09/02/2020) |
| 09/02/2020 | 39 | ORDER denying 25 Motion for Leave to File; denying 32 Motion for Hearing; denying 9 Motion to Disqualify Attorney. ; denying 10 Motion to Dismiss ; denying 11 Motion to Dismiss ; granting 14 Motion for Leave to File Excess Pages; denying 25 Motion to Unseal Document.. Signed by Judge Orinda D. Evans on 9/1/2020. (tmf) (Entered: 09/02/2020) |
| 09/14/2020 | 40 | MOTION for Reconsideration of 39 Order or, in the alternative, MOTION to Amend Order to Include Certification of Interlocutory Appeal under 1292(b), with Brief In Support, by Sionic Mobile Corporation. (Attachments: # 1 Brief Brief in Support of Reconsideration or Certification for Appeal)(Jenner, Simon) Modified on 9/15/2020 to edit docket text (ddm). (Entered: 09/14/2020) |
| 09/16/2020 | 41 | *VERIFIED* ANSWER to 1 COMPLAINT with Jury Demand by Sionic Mobile Corporation. Discovery ends on 6/14/2021. (Attachments: # 1 Verification)(Jenner, Simon) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 09/16/2020) |
| 09/23/2020 | 42 | MOTION to Stay *Proceedings and Extend Deadlines* by Sionic Mobile Corporation. (Attachments: # 1 Proposed Order)(Jenner, Simon) . Added MOTION for Extension of Deadlines on 9/24/2020 (bdb). (Entered: 09/23/2020) |
| 09/28/2020 | 43 | RESPONSE re 40 MOTION for Reconsideration of 39 Order MOTION to Amend Order to Include Certification of Interlocutory Appeal under 1292(b) filed by Berkeley Ventures II, LLC. (Busch, Bryan) (Entered: 09/28/2020) |
| 09/29/2020 | 44 | EIGHTH AMENDMENT TO GENERAL ORDER 20-01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID19 AND RELATED CORONA VIRUS. Signed by Judge Thomas W. Thrash, Jr. on 09/28/2020. (dgs) (ADI) (Entered: 09/29/2020) |
| 10/01/2020 | | Case Reassigned to Judge Steven D. Grimberg. Judge Orinda D. Evans no longer assigned to case. NOTICE TO ALL COUNSEL OF RECORD: The Judge designation in the civil action number assigned to this case has been changed to 1:19-cv-5523-SDG. Please make note of this change in order to facilitate the docketing of pleadings in this case. (ddm) (Entered: 10/01/2020) |
| 10/02/2020 | 45 | STANDING ORDER Regarding Civil Litigation. Signed by Judge Steven D. Grimberg on October 2, 2020. (ash) (Entered: 10/02/2020) |

| | | |
|---|---|---|
| 10/07/2020 | 46 | RESPONSE re 42 MOTION to Stay *Proceedings and Extend Deadlines* MOTION for Extension of Time filed by Berkeley Ventures II, LLC. (Busch, Bryan) (Entered: 10/07/2020) |
| 10/08/2020 | 47 | REPLY BRIEF re 40 MOTION for Reconsideration of 39 Order MOTION to Amend Order to Include Certification of Interlocutory Appeal under 1292(b) filed by Sionic Mobile Corporation. (Jenner, Simon) (Entered: 10/08/2020) |
| 10/08/2020 | | Submission of 40 MOTION for Reconsideration of 39 Order MOTION to Amend Order to Include Certification of Interlocutory Appeal under 1292(b), to District Judge Steven D. Grimberg. (bdb) (Entered: 10/08/2020) |
| 10/09/2020 | 48 | CERTIFICATE of Compliance *signed by Simon Jenner and Richard Baker* (Jenner, Simon) (Entered: 10/09/2020) |
| 10/12/2020 | 49 | NOTICE by Berkeley Ventures II, LLC *Notice of Compliance* (Busch, Bryan) (Entered: 10/12/2020) |
| 10/22/2020 | | Submission of 42 MOTION to Stay *Proceedings and Extend Deadlines* MOTION for Extension of Time, to District Judge Steven D. Grimberg. (jed) (Entered: 10/22/2020) |
| 11/05/2020 | 50 | MOTION for Sanctions with Brief In Support by Sionic Mobile Corporation. (Attachments: # 1 Sionic's Brief in Support of Motion for Sanctions, # 2 Ex. A - Affidavit of Ron Herman, # 3 Ex. B - Affidavit of Patrick Gahan, # 4 Ex. C - Declaration of Simon Jenner, # 5 Ex. D - Affidavit of Derek Cunningham, # 6 Ex. E - Complaint, # 7 Ex. F - Answer and Counterclaim, # 8 Ex. G - Motion to Add Defendants, # 9 Ex. H - About Us page, # 10 Ex. I - Bryan Busch's Bio page, # 11 Ex. J - Motion to Hold Defendants in Contempt, # 12 Index for Exhibits)(Jenner, Simon) (Entered: 11/05/2020) |
| 11/05/2020 | 51 | MOTION to Disqualify Attorney *Busch, Slipakoff, Mills & Slomka as Counsel of Record* with Brief In Support by Sionic Mobile Corporation. (Attachments: # 1 Brief in Support of Sionic's Renewed Motion to Disqualify, # 2 Ex. A - Complaint, # 3 Ex. B - Answer and Counterclaim, # 4 Index for Exhibits)(Jenner, Simon) (Entered: 11/05/2020) |
| 11/05/2020 | 52 | Emergency MOTION to Stay *Proceedings and Brief in Support* by Sionic Mobile Corporation. (Attachments: # 1 Ex. A - Proposed Order)(Jenner, Simon) (Entered: 11/05/2020) |
| 11/10/2020 | 53 | NOTICE OF VIDEO PROCEEDING re: 40 MOTION for Reconsideration of 39 Order MOTION to Amend Order to Include Certification of Interlocutory Appeal under 1292(b), 42 MOTION to Stay *Proceedings and Extend Deadlines* MOTION for Extension of Time, 51 MOTION to Disqualify Attorney *Busch, Slipakoff, Mills & Slomka as Counsel of Record*, 50 MOTION for Sanctions, 52 Emergency MOTION to Stay *Proceedings and Brief in Support*. Motion Hearing set for 11/20/2020 at 10:00 AM in No Courtroom before Judge Steven D. Grimberg. Connection Instructions: https://ganduscourts.zoomgov.com/j/1610930742; Meeting Id: 1610930742; Passcode: 523556; Dial in Number: 646-828-7666. You must follow the instructions of the Court for remote proceedings available here. The procedure for filing documentary exhibits admitted during the proceeding is available here. *Photographing, recording, or broadcasting of any judicial proceedings, including proceedings held by video teleconferencing or telephone conferencing, is strictly and absolutely prohibited.* (ash) (Entered: 11/10/2020) |

| Date | # | Description |
|---|---|---|
| 11/16/2020 | 54 | MOTION to Intervene with Brief In Support by Patrick Gahan. (Attachments: # 1 Brief, # 2 Brief)(Johnson, Michelle) (Additional attachment(s) added on 11/18/2020: # 3 Corrected Main Document) (jed). (Entered: 11/16/2020) |
| 11/17/2020 | 55 | NOTICE by Patrick Gahan re 54 MOTION to Intervene (Attachments: # 1 Brief Corrected Motion with All Pages, # 2 Brief Motion to Disqualify, # 3 Brief Brief in Support of Motion to Disqualify)(Johnson, Michelle) (Entered: 11/17/2020) |
| 11/18/2020 |  | NOTICE is hereby given that the Motion to Intervene 54 will be taken up during the oral argument hearing scheduled for November 20, 2020 at 10:00 AM. (ash) (Entered: 11/18/2020) |
| 11/19/2020 | 56 | RESPONSE re 54 MOTION to Intervene *by Non-Party* filed by Berkeley Ventures II, LLC. (Slomka, Howard) (Entered: 11/19/2020) |
| 11/19/2020 | 57 | RESPONSE re 51 MOTION to Disqualify Attorney *Busch, Slipakoff, Mills & Slomka as Counsel of Record by Sionic* filed by Berkeley Ventures II, LLC. (Slomka, Howard) (Entered: 11/19/2020) |
| 11/19/2020 | 58 | RESPONSE re 50 MOTION for Sanctions *by Sionic* filed by Berkeley Ventures II, LLC. (Attachments: # 1 Exhibit Affidavit)(Slomka, Howard) (Entered: 11/19/2020) |
| 11/20/2020 | 59 | Minute Entry for proceedings held before Judge Steven D. Grimberg: Oral Argument held on Defendant's 40 Motion for Reconsideration, 50 Motion for Sanctions, 51 Motion to Disqualify, and 52 Emergency Motion to Stay. The Court also heard argument on the 54 Motion to Intervene. After hearing from both parties, as well as from proposed intervenor, the Court GRANTED Defendant's motion to stay. The remaining motions 40 , 50 , 51 , and 54 are taken under advisement. (Court Reporter Alicia Bagley)(jed) (Entered: 11/20/2020) |
| 12/03/2020 |  | ORDER. Plaintiff is ORDERED, on or before December 4, 2020, to refile its [ECF 15] Response in Opposition re [ECF 9] Motion to Disqualify in accordance with [ECF 45] Standing Order Section III(h), Local Rule APP. H II(J)(2), and the Court's Procedures for Electronic Filing Under Seal in Civil Cases, which require filing unredacted versions of the documents provisionally under seal in addition to the publicly filed redacted versions. Ordered by Judge Steven D. Grimberg on December 3, 2020. (ash) (Entered: 12/03/2020) |
| 12/03/2020 | 60 | REPLY BRIEF re 51 MOTION to Disqualify Attorney *Busch, Slipakoff, Mills & Slomka as Counsel of Record* filed by Sionic Mobile Corporation. (Baker, Richard) (Entered: 12/03/2020) |
| 12/03/2020 | 61 | REPLY BRIEF re 50 MOTION for Sanctions *of Busch, Slipakoff, Mills & Slomka, LLC* filed by Sionic Mobile Corporation. (Jenner, Simon) (Entered: 12/03/2020) |
| 12/04/2020 |  | Submission of 54 MOTION to Intervene , 51 MOTION to Disqualify Attorney *Busch, Slipakoff, Mills & Slomka as Counsel of Record*, 50 MOTION for Sanctions to District Judge Steven D. Grimberg. (jed) (Entered: 12/04/2020) |
| 12/04/2020 | 62 | Notice of Court Ordered Sealed Filing by Berkeley Ventures II, LLC re: Order,, 15 Response in Opposition to Motion, (Attachments: # 1 Exhibit Disqualification Response Brief, # 2 Exhibit Slipakoff Declaration)(Mirmelli, Laura) (Entered: 12/04/2020) |

| | | |
|---|---|---|
| 12/08/2020 | 63 | TRANSCRIPT of the Emergency Motions Hearing Proceedings held on November 20, 2020, before Judge Steven D. Grimberg. Court Reporter/Transcriber Alicia B. Bagley. A full directory of court reporters and their contact information can be found at www.gand.uscourts.gov/directory-court-reporters. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/29/2020. Redacted Transcript Deadline set for 1/8/2021. Release of Transcript Restriction set for 3/8/2021. (Attachments: # 1 Notice of Filing of Official Transcript) (kac) (Entered: 12/08/2020) |
| 12/09/2020 | 64 | NINTH AMENDMENT TO GENERAL ORDER 20-01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID-19 AND RELATED CORONAVIRUS. Signed by Judge Thomas W. Thrash, Jr. on 12/08/2020. (mmc) (ADI) (Entered: 12/09/2020) |
| 12/11/2020 | 65 | ORDER: The Court DENIES Defendant's 40 motion for reconsideration or, in the alternative, for certification for interlocutory appeal; DENIES as moot Defendant's 42 motion to stay proceedings and extend deadlines; DENIES Defendant's 50 motion for sanctions; GRANTS Defendant's 51 renewed motion for disqualification; and DENIES as moot Patrick Gahan's 54 motion to intervene. Plaintiff Berkeley Ventures II, LLC is ORDERED to engage conflict-free counsel to appear on its behalf no later than 30 days from the entry of this Order. The parties are ordered to conduct their early planning conference and file their joint preliminary report and discovery plan within 14 days of new counsel's entry of appearance. Signed by Judge Steven D. Grimberg on 12/11/2020. (Attorney Bryan E. Busch and Laura H. Mirmelli terminated.)(jed) (Entered: 12/11/2020) |
| 12/14/2020 | | The Clerk of Court is Directed to mail a copy of Order [Doc 65] to Plaintiff at the following address: 500 Parkway Lane, Suite 430, Norcross, GA 30092. Ordered by Judge Steven D. Grimberg on December 11, 2020. (ash) (Entered: 12/14/2020) |
| 12/14/2020 | | Clerk's Certificate of Mailing as to Berkeley Ventures II, LLC re 65 Order on Motions and Oral Order Directing Clerk to Mail a Copy of Order of Order to Plaintiff. (jed) (Entered: 12/14/2020) |
| 01/08/2021 | 66 | NOTICE of Appearance by Jason Brian Godwin on behalf of Berkeley Ventures II, LLC (Godwin, Jason) (Entered: 01/08/2021) |
| 01/13/2021 | 67 | MOTION to Dismiss *Ronald D. Herman* with Brief In Support by Ronald D. Herman. (Attachments: # 1 Brief Brief in Support, # 2 Exhibit Affidavit of Ronald D. Herman, # 3 Exhibit Civil Docket for Case, # 4 Exhibit Index for Exhibits)(Jenner, Simon) (Entered: 01/13/2021) |
| 01/22/2021 | 68 | JOINT PRELIMINARY REPORT AND DISCOVERY PLAN filed by Berkeley Ventures II, LLC. (Godwin, Jason) (Entered: 01/22/2021) |
| 01/25/2021 | 69 | SCHEDULING ORDER re 68 Joint Preliminary Report and Discovery Plan. The time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court except that discovery shall be on an eight-month track and end on October 8, 2021. Signed by Judge Steven D. Grimberg on 1/25/2021. (jed) (Entered: 01/25/2021) |

| | | |
|---|---|---|
| 01/28/2021 | | TENTH AMENDMENT TO GENERAL ORDER 20-01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID-19 AND RELATED CORONAVIRUS. Signed by Judge Thomas W. Thrash, Jr. on 01/27/2021. (mmc) (ADI) (Entered: 01/28/2021) |
| 02/01/2021 | | RESPONSE in Opposition re    MOTION to Dismiss *Ronald D. Herman* filed by Berkeley Ventures II, LLC. (Godwin, Jason) (Entered: 02/01/2021) |
| 02/04/2021 | | REPLY BRIEF re    MOTION to Dismiss *Ronald D. Herman* filed by Ronald D. Herman. (Jenner, Simon) (Entered: 02/04/2021) |
| 02/05/2021 | | CERTIFICATE OF SERVICE *for Initial Disclosures* by Sionic Mobile Corporation. (Jenner, Simon) (Entered: 02/05/2021) |
| 02/10/2021 | | Initial Disclosures by Berkeley Ventures II, LLC.(Godwin, Jason) (Entered: 02/10/2021) |
| 02/16/2021 | | Submission of    MOTION to Dismiss *Ronald D. Herman* to District Judge Steven D. Grimberg. (jed) (Entered: 02/16/2021) |

70..