## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Georgia

Case Number: 1:19-CV-5523-ODE

Plaintiff:
**Berkeley Ventures II, LLC**

vs.

Defendant:
**Sionic Mobile Corporation
Ronald D. Herman**

For:
Jason Godwin
Godwin Law Group
3985 Steve Reynolds Boulevard
Building D
Norcross, GA 30093

Received by Ancillary Legal Corporation on the 25th day of February, 2021 at 4:18 pm to be served on **Hardee's Food Systems, LLC c/o Corporation Service Company, Registered Agent, 40 Technology Pkwy, Suite 300, Norcross, GA 30092**.

I, Christopher Todd Horton, being duly sworn, depose and say that on the **26th day of February, 2021** at **12:55 pm, I**:

served **Hardee's Food Systems, LLC c/o Corporation Service Company, Registered Agent** by delivering a true copy of the **Subpoena to Produce Documents, Information, Or Objects Or To Permit Inspection of Premises in a Civil Action with Exhibit A** to: Corporation Service Company as **Registered Agent, BY LEAVING THE SAME WITH** Alisha Smith as **Authorized to Accept** at the address of: **40 Technology Parkway South, Suite 300, Norcross, GA 30092**.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Additional Information pertaining to this Service:**
2/26/2021  12:55 pm  Perfected corporate service at 40 Technology Pkwy. South, #300, Norcross, GA 30092, by serving Alisha Smith, CSC Coordinator.

Black female,
black hair,
35-40 years old ,
5'8", 150 lbs, no glasses.

## AFFIDAVIT OF SERVICE For 1:19-CV-5523-ODE

I am an agent of Ancillary Legal Corporation and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and am authorized to serve process.

Subscribed and Sworn to before me on the 1st day of March, 2021 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Christopher Todd Horton
Process Server

Ancillary Legal Corporation
2900 Chamblee Tucker Road
Building 13
Atlanta, GA 30341
(404) 459-8006

Our Job Serial Number: ANC-2021002241
Ref: Berkeley

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t