## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Georgia

Case Number: 1:19-CV-5523-ODE

Plaintiff:
**Berkeley Ventures II, LLC**

vs.

Defendant:
**Sionic Mobile Corporation
Ronald D. Herman**

For:
Jason Godwin
Godwin Law Group
3985 Steve Reynolds Boulevard
Building D
Norcross, GA 30093

Received by Ancillary Legal Corporation on the 25th day of February, 2021 at 4:18 pm to be served on **Enduring Hearts c/o Marna L. Friedman, Registered Agent, 3405 Dallas Highway, Suite 827, Marietta, GA 30064**.

I, Doug Troy, being duly sworn, depose and say that on the **1st day of March, 2021** at **3:18 pm, I:**

served Enduring Hearts c/o Marna L. Friedman, Registered Agent by delivering a true copy of the **Subpoena to Produce Documents, Information, Or Objects Or To Permit Inspection of Premises in a Civil Action with Exhibit A** to: **Marna L. Friedman** as **Registered Agent** for **Enduring Hearts**, at the address of: **3405 Dallas Highway, Suite 827, Marietta, GA 30064**.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Additional Information pertaining to this Service:**
3/1/2021  3:18 pm  Service perfected to Mona Friedman registered agent at 3405 Dallas highway suite 827.

## AFFIDAVIT OF SERVICE For 1:19-CV-5523-ODE

I am an agent of Ancillary Legal Corporation and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and am authorized to serve process.

OFFICIAL SEAL
Thomas J Diggins
NOTARY PUBLIC-GEORGIA
Gwinnett County COUNTY
My Comm. Expires February 8th, 2025

Subscribed and Sworn to before me on the 2nd day of March, 2021 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____
Doug Troy
Process Server

**Ancillary Legal Corporation**
**2900 Chamblee Tucker Road**
**Building 13**
**Atlanta, GA 30341**
**(404) 459-8006**

Our Job Serial Number: ANC-2021002245
Ref: Berkeley

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t