# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Northern District of Georgia

Case Number: 1:19-CV-5523-ODE

Plaintiff:
**Berkeley Ventures II, LLC**

vs.

Defendant:
**Sionic Mobile Corporation**
**Ronald D. Herman**

For:
Jason Godwin
Godwin Law Group
3985 Steve Reynolds Boulevard
Building D
Norcross, GA 30093

Received by Ancillary Legal Corporation on the 25th day of February, 2021 at 4:18 pm to be served on **Wyndham Hotel Management, Inc. c/o Corporate Creations Network, Inc., 2985 Gordy Parkway, 1st Floor, Marietta, GA 30066**.

I, Doug Troy, being duly sworn, depose and say that on the **26th day of February, 2021** at **12:12 pm**, I:

served **Wyndham Hotel Management, Inc. c/o Corporate Creations Network, Inc.** by delivering a true copy of the **Subpoena to Produce Documents, Information, Or Objects Or To Permit Inspection of Premises in a Civil Action with Exhibit A** to: Corporate Creations Network, Inc. as **Registered Agent, BY LEAVING THE SAME WITH** Xiomara Moctezuma as **authorized agent** at the address of: **2985 Gordy Parkway, 1st Floor, Marietta, GA 30066**.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Additional Information pertaining to this Service:**
2/26/2021  12:13 pm  served Xiomara Moctezuma
Authorized to accept

## AFFIDAVIT OF SERVICE For 1:19-CV-5523-ODE

I am an agent of Ancillary Legal Corporation and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and am authorized to serve process.

OFFICIAL SEAL
Thomas J Diggins
NOTARY PUBLIC-GEORGIA
Gwinnett County COUNTY
My Comm. Expires February 8th, 2025

Subscribed and Sworn to before me on the 2nd day of March, 2021 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____
Doug Troy
Process Server

**Ancillary Legal Corporation**
2900 Chamblee Tucker Road
Building 13
Atlanta, GA 30341
(404) 459-8006

Our Job Serial Number: ANC-2021002230
Ref: Berkeley

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t