# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Northern District of Georgia

Case Number: 1:19-CV-5523-ODE

Plaintiff:
**Berkeley Ventures II, LLC**
vs.
Defendant:
**Sionic Mobile Corporation**
**Ronald D. Herman**

For: Jason Godwin
     Godwin Law Group

Received by Ancillary Legal Corporation on the 25th day of February, 2021 at 4:18 pm to be served on **Xevo, Inc. c/o CT Corporation System, Registered Agent, 711 Capitol Way, Suite 204, Olympia, WA 98501**. I, _____J. DeWitt_____, being duly sworn, depose and say that on the __2nd__ day of __March__, 20_21_ at _11:43 a_.m., executed service by delivering a true copy of the **Subpoena to Produce Documents, Information, Or Objects Or To Permit Inspection of Premises in a Civil Action with Exhibit A** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

(X) CORPORATE SERVICE: By serving ___James Roberts___ as Representative for CT Corporation System, Registered Agent.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

Age _40_ SEX M X Race _White_ Height _5' 10"_ Weight _180_ Hair _Brown_ Glasses Y N

**COMMENTS:** _____

_____

_____

_____

Age ____ Sex M F Race _____ Height _____ Weight _____ Hair _____ Glasses Y N

## AFFIDAVIT OF SERVICE For 1:19-CV-5523-ODE

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 4TH day of MARCH, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

SHEVI D M KNOPP
COMMISSION EXPIRES
NOTARY
20105798
PUBLIC
3-11-24
STATE OF WASHINGTON

PROCESS SERVER # 1030264
Appointed in accordance with State Statutes

Ancillary Legal Corporation
2900 Chamblee Tucker Road
Building 13
Atlanta, GA 30341
(404) 459-8006

Our Job Serial Number: 2021002240
Ref: Berkeley

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1l