# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SIONIC MOBILE CORPORATION and RONALD D. HERMAN<br><br>    Defendants. | Case No.: 1:19-CV-05523-SDG<br><br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1, N.D. GA.

The undersigned hereby certifies that this pleading was prepared using one of the font and point selections approved by this Court in L.R. 5.1C, N.D. Ga. Specifically, Times New Roman font in 14 point.

>  By: */s/ Jason B. Godwin*
>  Jason B. Godwin, Esq.
>  Georgia Bar No. 142226

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing Objection to Subpoena issued to Bluestone Payments with the Clerk of Court using the CM/ECF filing system, which will send email notification of such filing to counsel. This 12th day of March, 2021.

By: */s/ Jason B. Godwin*
Jason B. Godwin, Esq.
Georgia Bar No. 142226

**Godwin Law Group**
Attorney for Plaintiff
3985 Steve Reynolds Boulevard
Building D
Norcross, Georgia 30093
770-448-9925
770-448-9958
jgodwin@godwinlawgroup.com