AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:19-cv-05523-SDG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Richey, May & Co., LLP on *(date)* March 9, 2021.

☑ I served the subpoena by delivering a copy to the named person as follows: Travis Winder - Chief Financial Officer

on *(date)* 3/9/21 @ 12 pm ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/10/21

Server's signature

Fred Lowe - Private Process Server
Printed name and title

Sworn to and subscribed before me this 11 day of March, 2021

*[signature]* Tara Aragon
Notary Public, State of Colorado

8480 E Orchard Rd, #5700, Greenwood Village, CO 80111
Server's address

Additional information regarding attempted service, etc.:

TARA ROSE ARAGON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20174036209
MY COMMISSION EXPIRES AUGUST 29, 2021

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

**Plaintiff:**

BERKELEY VENTURES II, LLC

v.

**Defendant:**

SIONIC MOBILE CORPORATION and RONALD D. HERMAN

**Affidavit of Service**

Case #:   1:19-cv-05523-SDG

Compliance Date:   04-07-2021 05:00 pm

Recieved on **March 09, 2021 at 10:17 am**

I, **Fred Lowe**, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein, in the above mentioned case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

On **March 09, 2021 at 12:00 pm**, I executed service of a **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; FEDERAL RULE OF CIVIL PROCEDURE 45 (C), (D), (E), AND (G) (EFFECTIVE 12/1/13); EXHIBIT A**, on **RICHEY, MAY & CO., LLP** at **9605 S. Kingston Court, Suite 200, Englewood, Douglas County, CO 80112**.

By Corporate Service to: TRAVIS WINDER - CHIEF FINANCIAL OFFICER

Physical Description:

Race: Caucasian   Sex: Male   Age: 40's   Height: 5' 8"   Weight: 230 lbs   Hair: Brown   Glasses: No

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____
Fred Lowe

Subscribed and sworn before me by the Affiant who is personally known to me.

_Tara Aragon_
Notary

3/11/2021
Date

TARA ROSE ARAGON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20174036209
MY COMMISSION EXPIRES AUGUST 29, 2021

Field Sheet Id: 13161
Client Reference:   United States 1:19-cv-05523-SDG

Page 1 of 1
Process ServerSoftware Pro