AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:19-cv-05523-SDG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* **Bluestone Payments, LLC**
on *(date)* **3/9/2021**

☒ I served the subpoena by delivering a copy to the named person as follows: **Elese Buell as Manager c/o Cogency Global Inc., Registered Agent**
on *(date)* **3/10/2021** ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **3/10/2021**

*Server's signature*

**Kimberly Greenway**
*Printed name and title*

78 Dawson Village Way #176
Dawsonville GA 30534
*Server's address*

Sworn to and subscribed before me this 11 day of MARCH, 2021

Notary Public, State of Georgia

Additional information regarding attempted service, etc.:



Richard Benito, Notary Public, Fulton County, GA — My Commission Expires September 14, 2021