## AFFIDAVIT OF SERVICE

**State of Georgia**                                                                                                                    **County of**

Case Number: 1:19-CV-05523-SDG

Plaintiff:
**Berkeley Ventures II, LLC**

vs.

Defendant:
**Sionic Mobile Corporation and Ronald D. Herman**

For:
Southern Loss Control Services
PO Box 692
Rome, GA 30162

Received by Kimberly Greenway Services, LLC to be served on **Charles Schwab & Co., Inc., c/o CT Corporation System, Registered Agent, 289 South Culver Street, Lawrenceville, GA 30046**.

I, Kimberly Greenway, being duly sworn, depose and say that on the **11th day of March, 2021** at **12:00 pm**, I:

served **Charles Schwab & Co., Inc., c/o CT Corporation System, Registered Agent** by personally serving **Linda Banks, Process Specialist** located at **289 South Culver Street, Lawrenceville, GA 30046** with: **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; EXHIBIT A;**.

**Description** of Person Served: Age: 65, Sex: F, Race/Skin Color: White, Height: 5'0", Weight: 140, Hair: Grey, Glasses: N

I certify that I am over the age of 18, have no interest in the above action.

Subscribed and Sworn to before me on the 11th day of March, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

**Kimberly Greenway**
GCPS #206

Kimberly Greenway Services, LLC
505 Lakeland Plaza
Suite 308
Cumming, GA 30040
(404) 487-6085

Our Job Serial Number: KGS-2021002055

Notary Seal: RICHARD BENITO, MY COMMISSION EXPIRES SEPTEMBER 14 2021, FULTON COUNTY, GA, NOTARY PUBLIC

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1g