AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:19-cv-05523-SDG

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* LINDA ROSETTI
on *(date)* 3/9/2021.

☒ I served the subpoena by delivering a copy to the named person as follows: LINDA ROSETTI
AT 508 HASTINGS DR., PEACHTREE CITY, GA 30269
on *(date)* 3-11-21  ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/12/21

_____
Server's signature

EDMOND J. BYER
*Printed name and title*

Sworn to and subscribed before
me this 12th day of March, 2021

_____
Notary Public, State of GEORGIA

P.O. BOX 692, ROME, GA 30162-0692
*Server's address*

Additional information regarding attempted service, etc.:

*[Notary seal: S. GRAHAM, NOTARY PUBLIC, GEORGIA, COWETA COUNTY, EXPIRES DEC. 3, 2022]*