IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BERKELEY VENTURES II, LLC

             Plaintiff,

v.

SIONIC MOBILE CORPORATION and
RONALD D. HERMAN,

             Defendants.

Civil Action File No.
1:19-cv-05523-SDG

**SIONIC MOBILE CORPORATION'S CERTIFICATE OF SERVICE
FOR DEFENDANT SIONIC MOBILE CORPORATION'S INITIAL
DISCOVERY TO PLAINTIFF BERKELEY VENTURES II, LLC**

Defendant Sionic Mobile Corporation ("Sionic") certifies that, on March 19, 2021, it submitted the following:

- **Defendant Sionic Mobile Corporation's First Requests for Admissions to Plaintiff Berkeley Ventures II, LLC**

to the following attorney of record by email:

Jason Brian Godwin
Godwin Law Group
3985 Steve Reynolds Boulevard
Building D
Norcross, GA 30093
E: jgodwin@godwinlawgroup.com

This March 19, 2021.

/s/ Simon Jenner
Georgia Bar No. 142588

1

Baker Jenner LLLP
210 Interstate North Parkway, SE
Suite 100
Atlanta, GA 30339
Telephone: (404) 400-5955
E: simon.jenner@bakerjenner.com
*Attorney for Defendant*
*Sionic Mobile Corporation*