AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:19-cv-05523-SDG

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* __Berkeley Capital Partners, LLC__
on *(date)* __3/24/2021__.

☒ I served the subpoena by delivering a copy to the named person as follows: __Elese Buell__
__c/o Cogency Global Inc., Registered Agent__
on *(date)* __3/25/2021__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __3/25/2021__

_____
Server's signature

__Kimberly Greenway__
Printed name and title

722 Collins Hill Road #172
Lawrenceville GA 30046

Server's address

Sworn to and subscribed before
me this 25 day of MARCH, 2021

_____
Notary Public, State of __Georgia__

Additional information regarding attempted service, etc.:

[Notary seal: RICHARD BENITO, MY COMMISSION EXPIRES SEPTEMBER 14 2021, FULTON COUNTY, GA, NOTARY PUBLIC]