# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC<br><br>Plaintiff,<br><br>v.<br><br>SIONIC MOBILE CORPORATION and RONALD D. HERMAN,<br><br>Defendants. | Civil Action File No.<br>1:19-cv-05523-ODE |

## ENTRY OF APPEARANCE

COMES NOW Adam P. Ford, and hereby enters his appearance as counsel on behalf of Defendant Sionic Mobile Corporation in the above-styled action, and requests that all notices and pleadings be sent to the address below.

Respectfully submitted this 30th day of March, 2021.

/s/ Adam P. Ford
Adam P. Ford
Georgia Bar No. 355079
Adam.ford@bakerjenner.com
BAKER JENNER LLLP
210 Interstate North Parkway, SE
Suite 100
Atlanta, GA 30339
Telephone: (404) 400-5955
*Attorney for Defendant Sionic Mobile Corporation*

## CERTIFICATE OF COMPLIANCE AND SERVICE

I certify that the foregoing has been prepared in accordance with Local Rule 5.1(C), using Century Schoolbook, 13 point font. I futher certify I have electronically filed, on the date stated below, the foregoing **Entry of Appearance** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Jason Brian Godwin
> Godwin Law Group
> 3985 Steve Reynolds Boulevard
> Building D
> Norcross, GA 30093

This March 30, 2021.

> /s/ Adam P. Ford
> Adam P. Ford
> Georgia Bar No. 355079
> adam.ford@bakerjenner.com
> BAKER JENNER LLLP
> 210 Interstate North Parkway, SE
> Suite 100
> Atlanta, GA 30339
> Telephone: (404) 400-5955
> *Attorney for Defendant Sionic Mobile Corporation*