UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>SIONIC MOBILE CORPORATION and RONALD D. HERMAN<br><br>  Defendants. | Case No.: 1:19-CV-05523-SDG<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing Objection to Defendants' Subpoena to Berkeley Capital Partners, LLC with the Clerk of Court using the CM/ECF filing system, which will send email notification of such filing to counsel.

This 31st day of March, 2021.

By: <em>/s/ Jason B. Godwin</em><br>
Jason B. Godwin, Esq.<br>
Georgia Bar No. 142226<br><br>
<strong>Godwin Law Group</strong><br>
Attorney for Plaintiff<br>
3985 Steve Reynolds Boulevard<br>
Building D<br>
Norcross, Georgia 30093

1

770-448-9925
770-448-9958
jgodwin@godwinlawgroup.com