IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC<br><br>           Plaintiff,<br><br>v.<br><br>SIONIC MOBILE CORPORATION and<br>RONALD D. HERMAN,<br><br>           Defendants. | Civil Action File No.<br>1:19-cv-05523-SDG |

## SIONIC MOBILE CORPORATION'S CERTIFICATE OF SERVICE FOR DEFENDANT SIONIC MOBILE CORPORATION'S DISCOVERY TO PLAINTIFF BERKELEY VENTURES II, LLC

Defendant Sionic Mobile Corporation ("Sionic") certifies that, on April 1, 2021, it submitted the following:

- **Defendant Sionic Mobile Corporation's Second Requests for Production of Documents to Plaintiff Berkeley Ventures II, LLC**

to the following attorney of record by email:

Jason Brian Godwin
Godwin Law Group
3985 Steve Reynolds Boulevard
Building D
Norcross, GA 30093
E: jgodwin@godwinlawgroup.com

This April 1, 2021.

/s/ Simon Jenner
Georgia Bar No. 142588

1

2

>	Baker Jenner LLLP
>	210 Interstate North Parkway, SE
>	Suite 100
>	Atlanta, GA 30339
>	Telephone: (404) 400-5955
>	E: simon.jenner@bakerjenner.com
>	*Attorney for Defendant*
>	*Sionic Mobile Corporation*