## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Georgia** | **County of Northern** | **District Court** |

Case Number: 1:19-CV-5523-ODE

Plaintiff:
**Berkeley Ventures II, LLC**

vs.

Defendant:
**Sionic Mobile Corporation**
**Ronald D. Herman**

For:
Jason Godwin
Godwin Law Group
3985 Steve Reynolds Boulevard
Building D
Norcross, GA 30093

Received by Ancillary Legal Corporation on the 30th day of March, 2021 at 4:26 pm to be served on **HMSHOST Corporation c/o Corporation Service Company, registered agent, 2 Sun Court, Suite 400, Peachtree Corners, GA 30092**.

I, Christopher Todd Horton, being duly sworn, depose and say that on the **31st day of March, 2021** at **1:30 pm, I:**

served **HMSHOST Corporation c/o Corporation Service Company, registered agent** by delivering a true copy of the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13) with Exhibit A** to: Corporation Service Company as **Registered Agent, BY LEAVING THE SAME WITH** Alisha Smith as **CSC Coordinator** at the address of: **2 Sun Court, Suite 400, Peachtree Corners, GA 30092**.

Additional Information pertaining to this Service:
3/31/2021  1:30 pm  Perfected corporate service at 2 Sun Court Suite 400, Peachtree Corners, GA 30092, by serving Alisha Smith, CSC Coordinator.

Black female,
black hair,
35-40 years old ,
5'8", 150 lbs, no glasses.

## AFFIDAVIT OF SERVICE For 1:19-CV-5523-ODE

I am an agent of Ancillary Legal Corporation and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and am authorized to serve process.

OFFICIAL SEAL
Thomas J Diggins
NOTARY PUBLIC-GEORGIA
Gwinnett County COUNTY
My Comm. Expires February 8th, 2025

Subscribed and Sworn to before me on the 1st day of April, 2021 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

**Christopher Todd Horton**
Process Server

**Ancillary Legal Corporation**
2900 Chamblee Tucker Road
Building 13
Atlanta, GA 30341
(404) 459-8006

Our Job Serial Number: ANC-2021003577
Ref: Berkeley

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t