UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC, | |
| Plaintiff, | |
| v. | Case No.: 1:19-CV-05523-SDG |
| SIONIC MOBILE CORPORATION and RONALD D. HERMAN | |
| Defendants. | JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing Withdrawal of Objection to Defendants Subpoena to Third Party Bluestone Payments, LLC with the Clerk of Court using the CM/ECF filing system, which will send email notification of such filing to counsel.

This 11th day of April, 2021.

By: */s/ Jason B. Godwin*
Jason B. Godwin, Esq.
Georgia Bar No. 142226

**Godwin Law Group**
Attorney for Plaintiff
3985 Steve Reynolds Boulevard
Building D
Norcross, Georgia 30093
770-448-9925
770-448-9958
jgodwin@godwinlawgroup.com

1