UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC,<br><br>    Plaintiff,<br><br>v.<br><br><br>SIONIC MOBILE CORPORATION and RONALD D. HERMAN<br><br><br><br>    Defendants. | Case No.: 1:19-CV-05523-ODE |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing Response to Defendant's First Continuing Interrogatories with the Clerk of Court using the CM/ECF filing system, which will send email notification of such filing to counsel.

This 15th day of April, 2021.

                                                    By: */s/ Jason B. Godwin*
                                                   Jason B. Godwin, Esq.
                                                   Georgia Bar No. 142226

                                                   **Godwin Law Group**
                                                   Attorney for Plaintiff
                                                   3985 Steve Reynolds Boulevard
                                                   Building D
                                                   Norcross, Georgia 30093
                                                   770-448-9925
                                                   770-448-9958
                                                   jgodwin@godwinlawgroup.com