## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Northern District of Georgia

Case Number: 1:19-CV-5523-ODE

Plaintiff:
**Berkeley Ventures II, LLC**

vs.

Defendant:
**Sionic Mobile Corporation**
**Ronald D. Herman**

For:
Jason Godwin
Godwin Law Group
3985 Steve Reynolds Boulevard
Building D
Norcross, GA 30093

Received by Ancillary Legal Corporation on the 26th day of April, 2021 at 9:25 am to be served on **Patrick Gahan, 3660 Somerset Drive, SW, Marietta, GA 30064**.

I, Doug Troy, being duly sworn, depose and say that on the **28th day of April, 2021** at **1:14 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, Proof of Service, Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13) to Madeline Gahan** as **Co-Resident** at the address of: **3660 Somerset Drive, SW, Marietta, GA 30064**, the within named person's usual place of **Abode**, who resides therein, and is a person of suitable age and discretion.

**Additional Information pertaining to this Service:**
4/28/2021  1:10 pm  Perfected service at 3660 Somerset Drive, SW, Marietta, GA  30064, wife Madeline answer the door and accepted service.

## AFFIDAVIT OF SERVICE For 1:19-CV-5523-ODE

I am an agent of Ancillary Legal Corporation and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and am authorized to serve process.

OFFICIAL SEAL
Thomas J Diggins
NOTARY PUBLIC-GEORGIA
Gwinnett County COUNTY
My Comm. Expires February 8th, 2025

Subscribed and Sworn to before me on the 30th day of April, 2021 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____
Doug Troy
Process Server

Ancillary Legal Corporation
2900 Chamblee Tucker Road
Building 13
Atlanta, GA 30341
(404) 459-8006

Our Job Serial Number: ANC-2021004687
Ref: Berkeley