# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SIONIC MOBILE CORPORATION<br>and RONALD D. HERMAN<br><br>    Defendants. | Case No.: 1:19-CV-05523-SDG |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing PLAINTIFF'S FIRST CONTINUING INTERROGATORIES TO DEFENDANT SIONIC MOBILE CORPORATION by depositing a copy of same simultaneously with the initial complaint in this matter with delivery to the following:

Simon Jenner<br>
Adam Ford<br>
210 Interstate North Parkway, SE<br>
Suite 100<br>
Atlanta, Georgia 30339

Submitted this 4th day of May, 2021.

GODWIN LAW GROUP

_____
Jason Godwin
Georgia Bar No. 142226

3985 Steve Reynolds Boulevard
Building D
Norcross, Georgia 30093
Phone: 770-448-9925
Fax: 770-448-9958
jgodwin@godwinlawgroup.com