IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC<br><br>Plaintiff,<br><br>v.<br><br>SIONIC MOBILE CORPORATION and RONALD D. HERMAN,<br><br>Defendants. | Civil Action File No.<br>1:19-cv-05523-SDG |

**DEFENDANT SIONIC MOBILE CORPORATION'S MOTION FOR LEAVE TO JOIN THIRD-PARTY DEFENDANTS BERKELEY CAPITAL PARTNERS, LLC AND LINDA ROSSETTI, AND TO PERMIT COUNTERCLAIMS AGAINST COUNTERCLAIM DEFENDANT BERKELEY VENTURES II, LLC**

Defendant Sionic Mobile Corporation ("Sionic") respectfully moves the Court as follows:

1. In accordance with Fed. R. Civ. P. 14(a)(1),[1] to permit Sionic to file and serve, together with Summons, its Counterclaim and Third-Party Complaint (the "Counterclaim-TPC") against Berkeley Ventures II, LLC ("Berkeley"), Berkeley Capital Partners, LLC ("Capital"), and Linda Rossetti ("Rossetti");

---

[1] Further reference to each Fed. R. Civ. P. being a "Rule."

2. To add Capital and Rossetti as Third-Party Defendants to this action in accordance with Rules 14(a) and 19(a) and the Counterclaim-TPC because, at a minimum, Capital and Rossetti share liability for the harm and damages, if any, alleged by Berkeley in its Complaint and because they engaged, together with Berkeley, in a scheme and device to libel and defame and to otherwise harm Sionic; and

3. To allow Sionic to bring its Counterclaims against Berkeley under Rule 13 and in accordance with the Counterclaim-TPC, since Berkeley was part of a common scheme and device, in coordination with Capital and Rossetti, to harm Sionic and profit from this matter.

A copy of Sionic's Counterclaim-TCP is attached and incorporated as Exhibit A to this Motion. A Brief in Support, incorporated by this reference, is further submitted with this Motion for the Court's consideration.

WHEREFORE, Sionic respectfully moves that the Court grant its Motion, permit Sionic's third-party claims and counterclaims as stated in its Counterclaim-TPC, and join Capital and Rossetti to this action.

Respectfully submitted this May 11, 2021.

                                        <u>/s/ Simon Jenner</u>
                                        Simon Jenner
                                        Georgia Bar No. 142588
                                        simon.jenner@bakerjenner.com
                                        Richard J. Baker, Esq.
                                        Georgia Bar No. 033879
                                        rick.baker@bakerjenner.com
                                        Adam P. Ford, Esq.
                                        Georgia Bar No. 355079
                                        adam.ford@bakerjenner.com
                                        Baker Jenner LLLP
                                        210 Interstate N. Parkway, SE, Ste. 100
                                        Atlanta, Georgia 30339
                                        Telephone: (404) 400-5955
                                        *Attorneys for Defendant*

# CERTIFICATE OF COMPLIANCE AND SERVICE

I certify that the foregoing has been prepared in accordance with Local Rule 5.1(C), using Century Schoolbook, 13-point font. I further certify I have electronically filed, on the date stated below, the foregoing **DEFENDANT SIONIC MOBILE CORPORATION'S MOTION FOR LEAVE TO JOIN THIRD-PARTY DEFENDANTS BERKELEY CAPITAL PARTNERS, LLC AND LINDA ROSSETTI, AND TO PERMIT COUNTERCLAIMS AGAINST COUNTERCLAIM DEFENDANT BERKELEY VENTURES II, LLC** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record, as follows:

> Jason Brian Godwin
> Godwin Law Group
> 3985 Steve Reynolds Boulevard
> Building D
> Norcross, GA 30093

This May 11, 2021.

> /s/ Simon Jenner
> Georgia Bar No. 142588
> Baker Jenner LLLP
> 210 Interstate North Parkway, SE
> Suite 100
> Atlanta, Georgia 30339
> Telephone: (404) 400-5955
> E: simon.jenner@bakerjenner.com