IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC<br><br>       Plaintiff,<br>v.<br><br>SIONIC MOBILE CORPORATION and RONALD D. HERMAN,<br><br>       Defendants. | Civil Action File No.<br>1:19-cv-05523-SDG |

**SIONIC MOBILE CORPORATION'S CERTIFICATE OF SERVICE FOR DEFENDANT SIONIC MOBILE CORPORATION'S RESPONSES TO PLAINTIFF BERKELEY VENTURES II, LLC'S INITIAL DISCOVERY TO DEFENDANT**

Defendant Sionic Mobile Corporation ("Sionic") certifies that, on June 3, 2021, it submitted the following:

- **Defendant Sionic Mobile Corporation's Responses to Plaintiff's First Continuing Interrogatories to Defendant Sionic Mobile Corporation with Verification**

- **Defendant Sionic Mobile Corporation's Response to Plaintiff's First Request for Production of Documents to Defendant Sionic Mobile Corporation**

1

- **Defendant Sionic Mobile Corporation's Response to Plaintiff's First Requests for Admission to Defendant Sionic Mobile Corporation**

to the following attorney of record by email:

> Jason Brian Godwin
> Godwin Law Group
> 3985 Steve Reynolds Boulevard
> Building D
> Norcross, GA 30093
> E: jgodwin@godwinlawgroup.com

This June 3, 2021.

/s/ Simon Jenner
Georgia Bar No. 142588
Baker Jenner LLLP
210 Interstate North Parkway, SE
Suite 100
Atlanta, GA 30339
Telephone: (404) 400-5955
E: simon.jenner@bakerjenner.com
*Attorney for Defendant*
*Sionic Mobile Corporation*