# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cv-05523-SDG
## Berkeley Ventures II, LLC v. Sionic Mobile Corporation et al
## Honorable Steven D. Grimberg

Minute Sheet for proceedings held In Open Court on 06/04/2021.

TIME COURT COMMENCED: 10:35 A.M.
TIME COURT CONCLUDED: 11:25 A.M.    COURT REPORTER: Andy Ashley
TIME IN COURT: 00:50                 DEPUTY CLERK: Alisha Holland
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Richard Baker representing Sionic Mobile Corporation<br>Adam Ford representing Sionic Mobile Corporation<br>Jason Godwin representing Berkeley Ventures II, LLC<br>Simon Jenner representing Sionic Mobile Corporation |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Teleconference held regarding discovery dispute submitted by Defendant Sionic Mobile Corporation to the Court pursuant to its Standing Order. The Court GRANTED Defendant's request to compel 1) a response to the subpoena issued to Berkeley Capital Partners, 2) information related to Plaintiff's beneficial owners, 3) information related to Plaintiff's ownership structure, 4) communications to potential investors and non-parties, and 5) information regarding Plaintiff's finances to the extent that Plaintiff has not already produced evidence regarding its stock valuation and status as an "accredited investor". The Court DENIED WITHOUT PREJUDICE Defendant's request to compel information related to Plaintiff's due diligence. The Court DENIED Defendant's request to compel further responses to its Request for Admissions. In light of these rulings, however, the Court ORDERED Plaintiff to review its responses to the Request for Admissions and modify or supplement its responses accordingly. The Court further GRANTED in PART Defendant's request for specification of documents produced by Plaintiff. Plaintiff is ORDERED to specify which documents are responsive to each Interrogatory and Request for Documents. Defendant's request for Plaintiff to label and organize the documents is DENIED WITHOUT PREJUDICE. The parties are |

       ORDERED to meet and confer concerning the labeling and organization of its respective document productions.

HEARING STATUS:  Hearing Concluded