IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC<br><br>Plaintiff,<br><br>v.<br><br>SIONIC MOBILE CORPORATION and RONALD D. HERMAN,<br><br>Defendants. | Civil Action File No.<br>1:19-cv-05523-SDG |

**DEFENDANT SIONIC MOBILE CORPORATION'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT TO ITS REPLY BRIEF IN FURTHER SUPPORT OF ITS MOTION FOR LEAVE TO JOIN THIRD-PARTY DEFENDANTS BERKELEY CAPITAL PARTNERS, LLC AND LINDA ROSSETTI, AND TO PERMIT COUNTERCLAIMS AGAINST COUNTERCLAIM DEFENDANT BERKELEY VENTURES II, LLC**

Defendant Sionic Mobile Corporation ("Sionic") hereby moves the Court to order the document, designated bates range BV 00290-BV 00301 by Plaintiff Berkeley Ventures II, LLC ("Berkeley"), sealed in accordance with part 13 of the Court's Non-Sharing Protective Order [Doc. 107]. Part 13 states:

> All Discovery Materials that are filed with this Court that contain any portion of any Confidential Information shall be filed in a sealed envelope or other appropriate sealed container, clearly stating the title of this Litigation, and an indication of the nature of

1

>the contents of the sealed envelope or other container, the phrase 'Subject To Non-Sharing Protective Order,' and a statement substantially in the following form: 'This envelope or container shall not be opened without order of the Court, except by officers of the Court and counsel of record, who, after reviewing the contents, shall return them to the clerk in a sealed envelope or container.'

Plaintiff Berkeley Ventures II, LLC ("Berkeley"), designated the contents of this document as "Confidential." Accordingly, Sionic is hereby filing it under seal, subject to motion as instructed by the Court's Standing Order [Doc. 45], part II(h). While Sionic has moved the Court to seal the designated document, Sionic does not by this Motion concede or confirm that the document is in fact confidential and reserves the right to challenge Berkeley's confidentiality designation.

A proposed Order is attached for the Court's convenience as Exhibit A.

Respectfully submitted this June 10, 2021.

/s/ Simon Jenner
Simon Jenner, Esq.
Georgia Bar No. 142588
simon.jenner@bakerjenner.com
Richard J. Baker, Esq.
Georgia Bar No. 033879
rick.baker@bakerjenner.com
Adam P. Ford
Georgia Bar No. 355079
adam.ford@bakerjenner.com
Baker Jenner LLLP
210 Interstate North Parkway, SE

        Suite 100
        Atlanta, GA 30339
        Telephone: (404) 400-5955
        *Attorneys for Defendant*

## CERTIFICATE OF COMPLIANCE AND SERVICE

I certify that the foregoing has been prepared in accordance with Local Rule 5.1C, using Century Schoolbook, 13 point. I further certify that, on June 3, 2021, I electronically filed **DEFENDANT SIONIC MOBILE CORPORATION'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT TO ITS REPLY BRIEF IN FURTHER SUPPORT OF ITS MOTION FOR LEAVE TO JOIN THIRD-PARTY DEFENDANTS BERKELEY CAPITAL PARTNERS, LLC AND LINDA ROSSETTI, AND TO PERMIT COUNTERCLAIMS AGAINST COUNTERCLAIM DEFENDANT BERKELEY VENTURES II, LLC** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Jason Brian Godwin
> Godwin Law Group
> 3985 Steve Reynolds Boulevard, Building D
> Norcross, GA 30093

This June 10, 2021.

> /s/ Simon Jenner
> Georgia Bar No. 142588
> Baker Jenner LLLP
> 210 Interstate North Parkway, SE
> Suite 100
> Atlanta, GA 30339
> Telephone: (404) 400-5955
> E: simon.jenner@bakerjenner.com

1