# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cv-05523-SDG
### Berkeley Ventures II, LLC v. Sionic Mobile Corporation et al
### Honorable Steven D. Grimberg

Minute Sheet for proceedings held In Chambers on 06/15/2021.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:30 A.M.        COURT REPORTER: Alicia Bagley
TIME IN COURT: 00:30                    DEPUTY CLERK: Alisha Holland
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Richard Baker representing Sionic Mobile Corporation<br>Adam Ford representing Sionic Mobile Corporation<br>Jason Godwin representing Berkeley Ventures II, LLC<br>Simon Jenner representing Sionic Mobile Corporation |
| PROCEEDING CATEGORY: | Telephone Conference (Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Teleconference held regarding discovery dispute submitted by Plaintiff to the Court pursuant to its Standing Order. Plaintiff's request that investor and potential investor discovery be redacted of personal information is DENIED, except for social security numbers and dates of birth. Names, email addresses, and other identifier information shall be produced in unredacted form subject to the parties' protective order. Plaintiff and Berkeley Capital Partners are ORDERED to comply with its discovery obligations pursuant to the Court's June 4, 2021 order by June 28, 2021. |
| HEARING STATUS: | Hearing Concluded |