UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BERKELEY VENTURES II, LLC,

Plaintiff,

v.

SIONIC MOBILE CORPORATION
and RONALD D. HERMAN

Defendants.

Case No.: 1:19-CV-05523-SDG

## PLAINTIFF'S MOTION TO ADD MR. PATRICK GAHAN AS A PARTY DEFENDANT

COMES NOW Plaintiff Berkeley Ventures II, LLC ("Plaintiff") and under the Federal Rules of Civil Procedure Rules 15, 19 and/or 21 hereby moves this Court to add Mr. Patrick Gahan as a party Defendant to this action. According to the cited Rules, Plaintiff seeks leave to file an Amended Pleading adding Mr. Patrick Gahan as a party Defendant, that said Amended Pleading by allowed by this Court and that this Court authorize service of said Amended Pleading upon Mr. Gahan.

A copy of Plaintiff's Motion to Add Mr. Gahan is attached hereto and incorporated as Exhibit A to this Motion. A brief in support of said Motion is also included for this Court's consideration. The Plaintiff shows that new information has come to light during initial discovery in this matter showing

-1-

that Mr. Gahan was much more involved in the fraud which led to Plaintiff's injuries. Plaintiff can and will show that Mr. Gahan's inclusion as a party Defendant in this action is necessary in order to afford Plaintiff with complete relief and does not operate to deprive this Court of subject matter jurisdiction. This Motion is being brought shortly after discovery of new facts and will not unfairly prejudice the existing Defendants, nor Mr. Gahan.

For the reasons set forth herein (and the accompanying Brief) Plaintiff respectfully requests that this Court use its wide discretion and add Mr. Gahan as a party Defendant to this matter.

This the ___ day of June, 2021.

 

GODWIN LAW GROUP

/s/ Jason B. Godwin
Jason B. Godwin
Georgia Bar No. 142226

3985 Steve Reynolds Boulevard
Building D
Norcross, Georgia 30093
Phone: 770-448-9925
Fax: 770-448-9958
jgodwin@godwinlawgroup.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>SIONIC MOBILE CORPORATION<br>and RONALD D. HERMAN<br><br>   Defendants. | Case No.: 1:19-CV-05523-SDG |

**CERTIFICATE OF COMPLIANCE WITH L.R. 7.1, N.D. GA.**

The undersigned hereby certifies that this pleading was prepared using one of the font and point selections approved by this Court in L.R. 5.1C, N.D. Ga. Specifically, Times New Roman font in 14 point.

By: /s/ Jason B. Godwin
Jason B. Godwin, Esq.
               Georgia Bar No. 14222

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BERKELEY VENTURES II, LLC,

   Plaintiff,

v.

SIONIC MOBILE CORPORATION
and RONALD D. HERMAN

   Defendants.

Case No.: 1:19-CV-05523-SDG

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing PLAINTIFF'S RESPONSE TO DEFENDANT SIONIC MOBILE CORPORATION"S MOTION TO ADD by depositing a copy of same simultaneously with the initial complaint in this matter with delivery to the following:

> Simon Jenner
> Adam Ford
> 210 Interstate North Parkway, SE
> Suite 100
> Atlanta, Georgia 30339

Submitted this 18th day of June, 2021.

GODWIN LAW GROUP

/s/ Jason B. Godwin
Jason B. Godwin
Georgia Bar No. 142226

3985 Steve Reynolds Boulevard
Building D
Norcross, Georgia 30093
Phone: 770-448-9925
Fax: 770-448-9958
jgodwin@godwinlawgroup.com