# EXHIBIT C

# Connected * Commerce

We connect brick and mortar merchants with millions of consumers in their vehicles & through their favorite mobile apps

October 2017

SIONIC MOBILE

Copyright © 2017 Sionic Mobile Corporation

Confidential & Proprietary. For discussion purposes only. Not for use or distribution without prior written agreement.

Exhibit C



General Motors Partnership

CPM & CPA Advertising Model

Our commerce gateway gives big brands connectivity to drivers and occupants through vehicle dashboards. GM-branded mobile apps and OnStar Advisors at the push of a button.

We earn 50% of the $20-$40 CPM rate.

72°

Featured Brands & Offers

12:43



Mobile Rewards Marketplace

## Transaction Model

Our cloud commerce platform manages mobile payments and rewards in the loyalty currency of consumers' choice at the point of sale.

We using up to 5% of POS transaction amounts.

About Our Marketplace

A MERCHANT LOYALTY CO-OP

## Buyers

- Consumers with 200mm loyalty apps already on their home screen
- Occupants of GM vehicles with linked mobile apps

## Sellers

- Brick & mortar merchants across all retail channels
- Growing to 2.2 million enterprise and small business locations nationwide

MARKETPLACE

Copyright © 2017 Sionic Mobile Corporation

Confidential & Proprietary. For specific purposes only. Not for use or disclosure except under written agreement.

SIONICMOBILE

# Mobile App Commerce Audience

## 200 MILLION CONNECTED MOBILE APPS

Top-tier loyalty app partners in auto, airline, banking, hotel, mobile phone, insurance and other channels



Copyright © 2017 Sionic Mobile Corporation

Confidential & Proprietary for discussion purposes only. No further disclosure except under written agreement.

SIONICMOBILE

MARKETPLACE

# How & When We Are Reaching Mobile App Consumers



CONSUMER ADOPTION THROUGH APP PARTNERS

...Forecasting 5% active users – 30 million by end of 2019

...Most consumers have multiple loyalty apps (i.e. mobile service + airline + hotel)

## Sionic Mobile

- Airline 1 - 30,000,000
- Airline 2 - 85,000,000
- Airline 3 - 15,000,000
- Mobile Operator 1 - 6,000,000
- Mobile Operator 2 - 147,000,000
- Healthcare 1 - 25,000,000
- Bank 1 - 35,000,000
- Bank 2 - 14,000,000
- Hotel Property 1 - 75,000,000
- Hotel Property 2 - 20,000,000
- Insurance 1 - 13,000,000

Jan 2018   Feb 2018   Mar 2018   Apr 2018   May 2018   Jun 2018   Jul 2018   Aug 2018   Sep 2018

Copyright 2017 Sionic Mobile Corporation

Confidential & Proprietary. For illustration purposes only, not for use or distribution except under written agreement.

SIONICMOBILE

## MERCHANT BOARDING DIRECTLY & THROUGH PARTNERS

.. Forecasting 2.2 million merchant locations by end of 2018

.. Enterprise merchants integrated through POS & payment terminals

.. Small business merchants use mobile app to perform checkouts

CHASE ○
J.P.Morgan

FREEDOMPAY

Merchant
◯Link

curbside



POS tender key

Mobile app

Payment terminals

SIONICMOBILE

Copyright © 2017 Sionic Mobile Corporation

Confidential & Proprietary. For illustrative purposes only. Not for use or distribution except under written agreement.



We Reduce Payment Acceptance Cost

RUN



LOW COST MOBILE PAYMENTS

## Loyalty Currencies Accepted as Cash
- $0 interchange fees – funds transferred from OBO account

## ChaseNet Payment Processing
- Card present rates for Chase card-linked mobile payments



ARE YOU FORGETTING SOMETHING?

**$100 Billion**

An estimated $100 billion in points are left **unredeemed** by Members

Source: 2017 Bond Loyalty Report

SIONICMOBILE

We Drive Incremental Sales



## BEACONS FOR INCREASED APP USAGE

### In-store iBeacons

- Provided & managed by Sionic Mobile
- Long range - welcome notification
- Short range - one-tap payments

### Partner apps

- Add iBeacon listener for welcome & pay
- Enable Marketplace & mobile payment feature
- Reward customers with merchant-funded rewards

Copyright 2017 Sionic Mobile Corporation

Confidential & Proprietary. For illustrative purposes only. Not for use as a development platform. All rights reserved except under written agreement.

SIONICMOBILE



We Provide A Convenient In-Vehicle Experience

SIMPLY CONNECTED CARS

Order & Pay ahead

Curbside pickup

BARNES & NOBLE

SIONIC MOBILE

# We Make It Easy To Earn Or Redeem Rewards

Marketplace Access
Main menu presence

Proximity Listings
Sort by categories

Special Offers
Bonus miles or points

Digital Receipts
Transaction details

Copyright © 2017 Sonic Mobile Corporation                                   Confidential & Proprietary. For disclosure purposes only. Not for use in distribution except under active license agreement

SONICMOBILE

# Our Financial Forecast

## Summary P/L

| Summary P/L | 2017 | 2018 | 2019 |
|---|---|---|---|
| Revenue | $118,138 | $374,317,184 | $1,395,166,306 |
| COSS | $190,613 | $168,048,138 | $627,079,747 |
|  | 161% | 45% | 45% |
| Gross Margin | ($72,475) | $206,269,046 | $768,086,559 |
| Operating Expenses | $3,724,954 | $4,691,088 | $4,824,362 |
| Depreciation | $1,191,120 | $1,191,120 | $1,168,261 |
| Operating Income | ($4,988,549) | $200,386,839 | $762,093,936 |
| Taxes | $0 | $66,942,290 | $266,732,878 |
| Net Income | ($4,988,549) | $133,444,549 | $495,361,059 |

## Summary Balance Sheet

| Summary Balance Sheet | 2017 | 2018 | 2019 |
|---|---|---|---|
| **Assets** |  |  |  |
| Current | (651,987) | 132,983,702 | 628,763,021 |
| Non-Current | 2,202,460 | 2,011,340 | 1,593,079 |
| **Total Assets** | 1,550,493 | 134,995,042 | 630,356,100 |
| **Liabilities & Equity** |  |  |  |
| **Liabilities** |  |  |  |
| Current | 54,283 | 54,283 | 54,283 |
| Non-Current | 1,401,409 | 1,401,409 | 1,401,409 |
| **Total Liabilities** | 1,455,692 | 1,455,692 | 1,455,692 |
| **Equity** |  |  |  |
| Capital Stock | 18,727,906 | 18,727,906 | 18,727,906 |
| Retained Earnings | (13,644,556) | (18,633,105) | 114,811,443 |
| Net Income | (4,988,549) | 133,444,549 | 495,361,059 |
| **Total Equity** | 94,801 | 133,539,349 | 628,900,408 |
| **Total Liabilities & Equity** | 1,550,493 | 134,995,041 | 630,356,100 |

Copyright © 2017 Sionic Mobile Corporation.

Confidential & Proprietary. For disclosure purposes only. Not for use of disclosure except under written agreement.



## Sionic Mobile

- Founded 2010 in Atlanta, Georgia
- $18.7mm private funding
- 12 patents and trademarks

## Loyalty Partnerships

- Connected commerce partner with General Motors
- Top-tier loyalty app partners in auto, travel, insurance – 200mm apps on home screens
- Growing our Mobile Rewards Marketplace to 2.2mm locations in 2018

## Merchant Acceptance

- Merchants pay us a small percentage of mobile checkouts and fund app partners' rewards
- Merchants accept partners' loyalty currency as cash with zero interchange
- Full liability submitter for mobile payments - processed by Chase

Copyright ©2013 Sionic Mobile Corporation

Confidential & Proprietary. For distribution purposes only. Not for use or disclosure except under written agreement.

SIONIC MOBILE

# Our Leadership Team



**Founder / CEO**
- Founder/CEO of Intellione; Acquired by IMS in 2010
- Founder of Data Transfer; Acquired by Carlson Marketing and EDS
- Advanced Technology executive with Arthur Andersen

**EVP Product & Technology**
- Head of Product Planning for Intellione
- Sr. Director, Product Manager for Cingular Wireless
- Director, Marketing & Customer Insights for BellSouth Mobility

**VP Development**
- Mobile developer for Motorola, T-Mobile and Intellione
- Architect of early generation tDN platform
- iOS and Android master US designer and engineer





**VP Marketing**
- Architectural Engineer with eye for design
- Design and Marketing Executive with Van Dresser Company
- Brand and Marketing Consultant for Intellione

**VP Support Services**
- Product & Marketing Support for JetFax
- SAP Support Manager for McData
- Customer Support Director for Boeing contractor

**Managing Director, Enterprise Development**
- VP Institutional Fund Raising & Business Development, Revel Partners
- Founder Dragonfly Growth Partners
- Senior executive with Newell Rubbermaid, The Coca-Cola Company

SIONICMOBILE



Contact

**SIONIC** MOBILE

909 West Peachtree Street NW
Atlanta, GA 30309

(404) 228-1475
SionicMobile.com

Ronald D. Herman, CEO
(404) 606-3585
rherman@sionicmobile.com

SIONIC MOBILE