UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>SIONIC MOBILE CORPORATION and RONALD D. HERMAN<br><br>   Defendants. | Case No.: 1:19-CV-05523-ODE |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing Plaintiff's Responses to Defendant Sionic Mobile's Supplement Second Request for Production of Documents with the Clerk of Court using the CM/ECF filing system, which will send email notification of such filing to counsel.

This 25th day of April, 2021.

By: */s/ Jason B. Godwin*
Jason B. Godwin, Esq.
Georgia Bar No. 142226

**Godwin Law Group**
Attorney for Plaintiff
3985 Steve Reynolds Boulevard
Building D
Norcross, Georgia 30093
770-448-9925
770-448-9958
jgodwin@godwinlawgroup.com