# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.1:19-cv-05523-SDG |
| vs. | ) |
| | ) |
| SIONIC MOBILE CORPORATION and | ) |
| RONALD D. HERMAN, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF RESPONSE TO SUBPOENA

Non-party Berkely Capital Partners, LLC, by and through the undersigned counsel, gives notice that on June 28, 2021 *Berkeley Capital Partners, LLC's Supplemental Response to Subpoena* was served via e-mail and U.S. Mail upon all counsel listed below:

Simon Jenner
Richard J. Baker
Baker Jenner LLLP
210 Interstate North Parkway, SE
Suite 100
Atlanta, GA 30339
Attorneys for Defendant Sionic Mobile Corporation

Jason Brian Godwin
Godwin Law Group
3985 Steve Reynolds Boulevard
Building D
Norcross, GA 30093

**GREGORY, DOYLE, CALHOUN & ROGERS, LLC**

*/s/ Daniel H. Wirth*_____
Joseph B. Alonso, Esq.
Daniel H. Wirth, Esq.
49 Atlanta St.
Marietta, GA 30060
(770) 422-1776
(770) 426-6144 Facsimile

## CERTIFICATE OF FONT TYPE, SIZE AND SERVICE

This is to certify that on June 29, 2021 that I prepared **NOTICE OF RESPONSE TO SUBPOENA** in Time New Roman, 14 point type in accordance with L.R. 5.1(C), and that I electronically filed the document with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record:

Simon Jenner
Richard J. Baker
Baker Jenner LLLP
210 Interstate North Parkway, SE
Suite 100
Atlanta, GA 30339
Attorneys for Defendant Sionic Mobile Corporation

Jason Brian Godwin
Godwin Law Group
3985 Steve Reynolds Boulevard
Building D
Norcross, GA 30093

**GREGORY, DOYLE, CALHOUN & ROGERS, LLC**

/s/ Daniel H. Wirth_____
Joseph B. Alonso, Esq.
Daniel H. Wirth, Esq.
49 Atlanta St.
Marietta, GA 30060
(770) 422-1776
(770) 426-6144 Facsimile