UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BERKELEY VENTURES II, LLC,

   Plaintiff,

v.

SIONIC MOBILE CORPORATION and RONALD D. HERMAN

   Defendants.

Case No.: 1:19-CV-05523-SDG

**MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS REPLY BRIEF TO ADD MR, PATRICK GAHAN**

COMES NOW Plaintiff Berkeley Ventures II, LLC ("Plaintiff") and hereby moves this Court to order documents sealed in accordance with part 13 of the Court's Non-Sharing Protective Order [Doc. 107] Part 13 stipulates that "all Discovery Materials that are filed with this Court that contain any portion of any Confidential Information shall be filed in a sealed envelope or other appropriate sealed container, clearly stating the title of this Litigation, and an indication of the nature of contents of the sealed envelope or other container, the phrase "Subject to Non-Sharing Protective Order" and a statement substantially in the following form:  "This envelope or container shall not be opened without order of the Court, except by officers of the Court and counsel of record, who, after reviewing the contents, shall return

-1-

them to the clerk in a sealed envelope or container". Plaintiff obtained some of subject documents which were marked either as "Confidential" or "Attorneys' Eyes Only" by either the Defendant Sionic Mobile Corporation or third party the Enduring Hearts Charity.[1] Accordingly, Plaintiff seeks to file said documents under seal, subject to motion as instructed by the Court's Standing Order [Doc. 45]. Plaintiff reserves the right to challenge the designations on these documents as ton confidentiality or attorney's eyes only.

A proposed Order is attached hereto as Exhibit A. A copy of the subject documents sought to be seal under this Motion has already been delivered to opposing counsel as notice of said sealed filing.

This the 16th day of July, 2021.

**GODWIN LAW GROUP**

/s/ Jason B. Godwin
Jason B. Godwin
Georgia Bar No. 142226

3985 Steve Reynolds Boulevard
Building D
Norcross, Georgia 30093

---

[1] By verbal agreement of counsel – all documents produced by Enduring Hearts in this matter were deemed "Confidental".

Phone:  770-448-9925
Fax:  770-448-9958
jgodwin@godwinlawgroup.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SIONIC MOBILE CORPORATION and RONALD D. HERMAN<br><br>    Defendants. | Case No.: 1:19-CV-05523-SDG |

**CERTIFICATE OF COMPLIANCE WITH L.R. 7.1, N.D. GA.**

   The undersigned hereby certifies that this pleading was prepared using one of the font and point selections approved by this Court in L.R. 5.1C, N.D. Ga. Specifically, Times New Roman font in 14 point.


By: <i>/s/ Jason B. Godwin</i>
Jason B. Godwin, Esq.
Georgia Bar No. 14222

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>SIONIC MOBILE CORPORATION and RONALD D. HERMAN<br><br>  Defendants. | Case No.: 1:19-CV-05523-SDG |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL by depositing a copy of same simultaneously with the initial complaint in this matter with electronically delivery to the following:

Simon Jenner
Adam Ford
210 Interstate North Parkway, SE
Suite 100
Atlanta, Georgia 30339

Submitted this 16th day of July, 2021.

**GODWIN LAW GROUP**

/s/ Jason B. Godwin
Jason B. Godwin
Georgia Bar No. 142226

3985 Steve Reynolds Boulevard
Building D
Norcross, Georgia 30093
Phone:  770-448-9925
Fax:  770-448-9958
jgodwin@godwinlawgroup.com

<u>EXHIBIT A</u>

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>SIONIC MOBILE CORPORATION and RONALD D. HERMAN<br><br>   Defendants. | Case No.: 1:19-CV-05523-SDG |

## PROPOSED ORDER

This matter having come before the Court on the Motion to Plaintiff Berkeley Ventures II, LLC to file certain documents under seal, and for good cause shown, the Court:

ORDERS that the documents designated _____ as Confidential and/or Attorneys' Eyes Only by either Defendant Sionic Mobile Corporation or Enduring Hearts Charity is hereby sealed, in accordance with the Court's Non-Sharing Protective Order [Doc. 107]. This Order does not limit Plaintiff's right to challenge said designations in the future.

This the \_\_ day of _____, 2021.

> _____
> The Honorable Steven D. Grimberg
> United States District Court
> Northern District of Georgia

Order Prepared and Presented by:

<u>s/ Jason B. Godwin</u>
Jason B. Godwin
Georgia Bar No. 142226