# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
### Northern District of Georgia

Case Number: **1:19-CV-5523-ODE**

Plaintiff: **Berkeley Ventures II, LLC**
vs.
Defendant: **Sionic Mobile Corporation**
**Ronald D. Herman**

For:
Jason Godwin
Godwin Law Group
3985 Steve Reynolds Boulevard
Building D
Norcross, GA 30093

Received by Ancillary Legal Corporation on the 15th day of July, 2021 at 10:35 am to be served on **USSCVF c/o Jeff Williams, registered agent, 2604 Abbey Court, Alpharetta, GA 30004**.

I, Joyce Clemmons, being duly sworn, depose and say that on the **16th day of July, 2021** at **1:31 pm**, I:

served USSCVF c/o Jeff Williams, registered agent by delivering a true copy of the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, Federal Rule of Civil Procedure 45 (c), (d), (e), and (g)  (Effective 12/1/13) With Exhibit A** to: **Chris D. Lee** as **Authorized to Accept** for **USSCVF**, at the address of: **2604 Abbey Court, Alpharetta, GA 30004**.

Additional Information pertaining to this Service:
7/16/2021  1:31 pm  Perfected corporate service at 2604 Abbey Court, Alpharetta, GA 30004, served Chris D. Lee, Authorized Recipient/Vice President per Derek Cunningham, Senior Vice President (on cell phone speaker) male, white, 25-35 yrs., 5'9-6'0, 150-170 lbs., brown hair, and not wearing glasses.

I am an agent of Ancillary Legal Corporation and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and am authorized to serve process.

Subscribed and Sworn to before me on the 16th day of July, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

Joyce Clemmons
Process Server

Ancillary Legal Corporation
2900 Chamblee Tucker Road
Building 13
Atlanta, GA 30341
(404) 459-8006

Our Job Serial Number: ANC-2021007861
Ref: Berkeley

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2c