## AFFIDAVIT OF SERVICE
### UNITED STATES DISTRICT COURT
### Northern District of Georgia

Case Number: 1:19-CV-5523-ODE

Plaintiff: **Berkeley Ventures II, LLC**
vs.
Defendant: **Sionic Mobile Corporation**
**Ronald D. Herman**

For: Jason Godwin
Godwin Law Group

Received by Ancillary Legal Corporation on the 14th day of July, 2021 at 9:26 am to be served on **Mr. Brian Husted, 604 Twilight Terrace Court, Mt. Airy, MD 21771**. I, Barry E. Leese, being duly sworn, depose and say that on the __16__ day of __July__, 20_21_ at _2_:_49_ P.m., executed service by delivering a true copy of the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action with attached Exhibit A** in accordance with state statutes in the manner marked below:

(X) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____, a person of suitable age and discretion residing therein.

( ) NON SERVICE: For the reason detailed in the Comments below.

Age __46__ SEX (M) F Race __White__ Height __5-8__ Weight __165__ Hair __Brown__ Glasses Y (N)

COMMENTS: On 7-15-21 @ 7:34 PM I left my business card with teenage son of Mr. Husted. Later that evening I was contacted by Mr. Husted by telephone and we agreed to meet on 7-16-21 @ 3:00 PM. On 7-16-21 at 2:49 PM I knocked on the door of 604 Twilight Terrace Court, Mt Airy, MD and was greeted by Brian Husted. I then handed him the documents listed above.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _17_ day of _July_, _21_ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

**JUDITH E KOWALL**
Notary Public
Carroll County
Maryland
My Commission Expires April 04, 2024

_____
PROCESS SERVER # _____
Appointed in accordance with State Statutes

**Ancillary Legal Corporation**
2900 Chamblee Tucker Road
Building 13
Atlanta, GA 30341
(404) 459-8006

Our Job Serial Number: 2021007827
Ref: Berkeley

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2c