IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC<br><br>    Plaintiff,<br>v.<br><br>SIONIC MOBILE CORPORATION and RONALD D. HERMAN,<br><br>    Defendants. | Civil Action File No.<br>1:19-cv-05523-SDG |

**SIONIC MOBILE CORPORATION'S CERTIFICATE OF SERVICE FOR DEFENDANT SIONIC MOBILE CORPORATION'S OBJECTIONS TO PLAINTIFF BERKELEY VENTURES II, LLC'S SUBPOENA TO PRODUCE DOCUMENTS, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

Defendant Sionic Mobile Corporation ("Sionic") certifies that, on July 21, 2021, it submitted **DEFENDANT SIONIC MOBILE CORPORATION'S OBJECTIONS TO PLAINTIFF BERKELEY VENTURES II, LLC'S SUBPOENA TO PRODUCE DOCUMENTS, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** to the following parties: Mr. Neil Benz, Mr. Donald Bloom, Mr. Ritwik Chatterjee, Mr. W. Dean Waters, Mr. Alok Gupta, Mr. Brian Husted, Mr. Jeff Williams, Mr. Leon Kouyoundijan, Mr. Rob Usey, Mr. Todd Paradise, Mr. Sean Murphy, Mr. Suketu Sonecha, USSCVF, WPG Financial, LLC, Mr. Avi Yashchin; and to the following attorney of record by FedEx and email:

1

Jason Brian Godwin
Godwin Law Group
3985 Steve Reynolds Boulevard
Building D
Norcross, GA 30093

Further served by email, although not attorneys of record:

| | |
|---|---|
| David J. Hungeling | Daniel C. Norris |
| Adam S. Rubenfield | The Ether Law Firm, LLC |
| Hungeling Rubenfield Law | 1718 Peachtree Street, NW |
| 1718 Peachtree Street, NW | Peachtree 25th, Suite 599 |
| Peachtree 25th, Suite 599 | Atlanta, Georgia 30309 |
| Atlanta, Georgia 30309 | E: Daniel.norris@etherlawfirm.com |
| E: David.hungelinglaw.com | |
| E: adam@hungelinglaw.com | |

This July 21, 2021.

/s/ Simon Jenner
Georgia Bar No. 142588
Baker Jenner LLLP
210 Interstate North Parkway, SE
Suite 100
Atlanta, GA 30339
Telephone: (404) 400-5955
E: simon.jenner@bakerjenner.com
*Attorney for Defendant Sionic Mobile Corporation*