# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
### Northern District of Georgia

Case Number: 1:19-CV-5523-ODE

Plaintiff: **Berkeley Ventures II, LLC**
vs.
Defendant: **Sionic Mobile Corporation**
**Ronald D. Herman**

For:
Jason Godwin
Godwin Law Group
3985 Steve Reynolds Boulevard
Building D
Norcross, GA 30093

Received by Ancillary Legal Corporation on the 14th day of July, 2021 at 8:55 am to be served on **Donald Bloom, 3662 Cambridge Dr SW, Marietta, GA 30064**.

I, Doug Troy, being duly sworn, depose and say that on the **15th day of July, 2021** at **4:47 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13) exhibits A** to: **Donald Bloom** at the address of: **3662 Cambridge Dr SW, Marietta, GA 30064**.

Additional Information pertaining to this Service:
7/15/2021  4:47 pm  Perfected personal service at 3662 Cambridge Dr. SW, Marietta, GA 30064. Mr. Bloom was sitting poolside at his residence, came to the gate, identified himself, and accepted service.

I am an agent of Ancillary Legal Corporation and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and am authorized to serve process.

Subscribed and Sworn to before me on the 22nd day of July, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

Doug Troy
Process Server

**Ancillary Legal Corporation**
2900 Chamblee Tucker Road
Building 13
Atlanta, GA 30341
(404) 459-8006

Our Job Serial Number: ANC-2021007808
Ref: Berkeley

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2c