## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Georgia

Case Number: 1:19-CV-5523-ODE

Plaintiff:
**Berkeley Ventures II, LLC**

vs.

Defendant:
**Sionic Mobile Corporation
Ronald D. Herman**

Received by Ancillary Legal Corporation to be served on **WPG Financial, LLC c/o Mr. Steve Gessner, Natty Boh Tower, 3600 O'Donnell St., #860, Baltimore, MD 21224**.

I, Chris Crawford, being duly sworn, depose and say that on the **16th day of July, 2021** at **1:42 pm**, I:

served a **CORPORATION, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** by delivering a true copy of the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action with attached Exhibit A** with the date and hour of service endorsed thereon by me, to: **Nicolas Rumke** as **Authorized Agent for WPG Financial, LLC**, at the address of: **3600 O'Donnell St., #860, Baltimore, MD 21224**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
7/16/2021  1:40 pm  Mr. Steve Gessner was not in the office at this time. Authorized Agent Nicolas Rumke called Steve Gessner on the phone to confirm that he could accept the documents and Gessner instructed him to accept the documents. I handed Rumke the documents.

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: White, Height: 5'8", Weight: 190, Hair: Black, Glasses: Y

I solemnly affirm under the penalties of perjury that the contents of this affidavit are true and correct to the best of my knowledge, information and belief.
I certify that I am over eighteen years old and not a party to this action.

Subscribed and Sworn to before me on the 22nd day of July, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

**Chris Crawford**
Date Signed: 7/22/2021

Ancillary Legal Corporation
2900 Chamblee Tucker Rd, Building 13,
Atlanta, GA 30341
(404) 459-8006

Our Job Serial Number: ANC-2021007829
Ref: Berkeley

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1c