# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
### Northern District of Georgia

Case Number: 1:19-CV-5523-ODE

Plaintiff: **Berkeley Ventures II, LLC**
vs.
Defendant: **Sionic Mobile Corporation**
**Ronald D. Herman**

For:
Jason Godwin
Godwin Law Group
3985 Steve Reynolds Boulevard
Building D
Norcross, GA 30093

Received by Ancillary Legal Corporation on the 14th day of July, 2021 at 9:00 am to be served on **Ritwik Chatterjee, 823 Saint Charles Ave NE, #1, Atlanta, GA 30306-4159**.

I, Kevin Williams, being duly sworn, depose and say that on the **21st day of July, 2021** at **3:42 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13) exhibits A** to: Ritwik Chatterjee at the address of: **823 Saint Charles Ave NE, #1, Atlanta, GA 30306-4159**.

Additional Information pertaining to this Service:
7/21/2021  3:42 pm  Perfected personal service at 823 Saint Charles Ave NE, #1, Atlanta, GA 30306-4159. Ritwik Chatterjee took the documents, age ~40, male, ~5'6, ~145 lbs, bald, with long black and grey beard.

I am an agent of Ancillary Legal Corporation and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and am authorized to serve process.

Subscribed and Sworn to before me on the 23rd day of July, 2021 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

**Kevin Williams**
Process Server

Ancillary Legal Corporation
2900 Chamblee Tucker Road
Building 13
Atlanta, GA 30341
(404) 459-8006

Our Job Serial Number: ANC-2021007809
Ref: Berkeley

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2c