IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC<br><br>    Plaintiff,<br><br>v.<br><br>SIONIC MOBILE CORPORATION and RONALD D. HERMAN,<br><br>    Defendants. | Civil Action File No.<br>1:19-cv-05523-SDG |

**DEFENDANT SIONIC MOBILE CORPORATION'S MOTION TO STRIKE AND DISREGARD PLAINTIFF BERKELEY VENTURES II, LLC'S REPLY MEMO IN SUPPORT OF ITS MOTION TO ADD PATRICK GAHAN AS A PARTY DEFENDANT OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE SURREPLY**

Defendant Sionic Mobile Corporation ("Sionic") respectfully moves the Court to strike the Reply Memorandum [Doc. 145] (the "Reply Memo") of Plaintiff Berkeley Ventures II, LLC ("Berkeley") in Support of its Motion to Add Non-Party Patrick Gahan as a Party Defendant [Doc. 136 – 136-18] (the "Initial Motion"), including the Reply Memo's parts I, II, III, and IV and its incorporated exhibits A through U. In the alternative, Sionic moves the Court for leave to file a surreply.

Amongst other reasons supporting this Motion, Berkeley has improperly introduced for the first time on reply extensive new arguments

and purported facts and evidence that should have been presented in Berkeley's principal brief and motion, which has had the effect of depriving Sionic of its rights as a nonmovant under Fed. R. Civ. P. 27(a)(3) and Local Rule 7.1(B). A reply is not a movant's chance at a mulligan. And ambush is not an acceptable litigation tactic. A Brief in Support is attached and incorporated into this Motion by this reference.

WHEREFORE, Sionic respectfully moves the Court to strike or otherwise disregard and exclude Berkeley's Reply Memo, including parts I, II, III, and IV, together with its included exhibits A through U, or in the alternative, grant Sionic leave to file a surreply within 14 days of the Court's order granting such leave.

Respectfully submitted this July 26, 2021.

/s/ Simon Jenner
Simon Jenner
Georgia Bar No. 142588
simon.jenner@bakerjenner.com
Richard J. Baker, Esq.
Georgia Bar No. 033879
rick.baker@bakerjenner.com
Adam P. Ford, Esq.
Georgia Bar No. 355079
adam.ford@bakerjenner.com
Baker Jenner LLLP
210 Interstate N. Parkway, SE, Ste. 100
Atlanta, Georgia 30339
Telephone: (404) 400-5955
*Attorneys for Defendant*

# CERTIFICATE OF COMPLIANCE AND SERVICE

I certify that the foregoing has been prepared in accordance with Local Rule 5.1(C), using Century Schoolbook, 13-point font. I further certify I have electronically filed on the date stated below, the foregoing **DEFENDANT SIONIC MOBILE CORPORATION'S MOTION TO STRIKE AND DISREGARD PLAINTIFF BERKELEY VENTURES II, LLC'S REPLY MEMO IN SUPPORT OF ITS MOTION TO ADD PATRICK GAHAN AS A PARTY DEFENDANT OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE SURREPLY** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record, as follows:

Jason Brian Godwin
Godwin Law Group
3985 Steve Reynolds Boulevard
Building D
Norcross, Georgia 30093

Further served by email, although not attorneys of record:

David J. Hungeling
Adam S. Rubenfield
Hungeling Rubenfield Law
1718 Peachtree Street, N.W.
Peachtree 25th, Suite 599
Atlanta, Georgia 30309
E: David.hungelinglaw.com
E: adam@hungelinglaw.com

Daniel C. Norris
The Ether Law Firm, LLC
1718 Peachtree Street, N.W.
Peachtree 25th, Suite 599
Atlanta, Georgia 30309
E: Daniel.norris@etherlawfirm.com

This July 26, 2021.

/s/ Simon Jenner
Georgia Bar No. 142588
Baker Jenner LLLP
210 Interstate North Parkway, SE
Suite 100
Atlanta, Georgia 30339
Telephone: (404) 400-5955
E: simon.jenner@bakerjenner.com
*Attorney for Defendant*