# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
### Northern District of Georgia

Case Number: 1:19-CV-5523-ODE

Plaintiff: **Berkeley Ventures II, LLC**
vs.
Defendant: **Sionic Mobile Corporation**
**Ronald D. Herman**

For:
Jason Godwin
Godwin Law Group
3985 Steve Reynolds Boulevard
Building D
Norcross, GA 30093

Received by Ancillary Legal Corporation on the 26th day of July, 2021 at 4:10 pm to be served on **Leon Kouyoundijan, 5530 Parkerton Ln, Atlanta, GA 30342**.

I, Travis Cline, being duly sworn, depose and say that on the **27th day of July, 2021** at **1:03 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13) With Exhibit A** to: **Leon Kouyoundijan** at the address of: **5530 Parkerton Ln, Atlanta, GA 30342**.

Additional Information pertaining to this Service:
7/27/2021  1:03 pm  Served on 7/27/21 at 1:03pm, at 5530 Parkerton Lane, Atlanta, Ga. 30342.
White male / in his 40's / about 6'0 / about 215lbs / short brownish blonde hair.

I am an agent of Ancillary Legal Corporation and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and am authorized to serve process.

Subscribed and Sworn to before me on the 28th day of July, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

**Travis Cline**
Process Server

**Ancillary Legal Corporation**
2900 Chamblee Tucker Road
Building 13
Atlanta, GA 30341
(404) 459-8006

Our Job Serial Number: ANC-2021008266
Ref: Berkeley