IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC<br><br>　　　　　Plaintiff,<br>v.<br><br>SIONIC MOBILE CORPORATION and RONALD D. HERMAN,<br><br>　　　　　Defendants. | Civil Action File No.<br>1:19-cv-05523-SDG |

**SIONIC MOBILE CORPORATION'S CERTIFICATE OF SERVICE FOR DEFENDANT SIONIC MOBILE CORPORATION'S RESPONSE TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

Defendant Sionic Mobile Corporation ("Sionic") certifies that, on August 4, 2021, it submitted the following:

- **Defendant Sionic Mobile Corporation's Response to Plaintiff's Second Request for Production of Documents to Defendant Sionic Mobile Corporation**

to the following attorney of record by email:

Jason Brian Godwin
Godwin Law Group
3985 Steve Reynolds Boulevard
Building D
Norcross, GA 30093
E: jgodwin@godwinlawgroup.com

This August 4, 2021.

1

2

/s/ Simon Jenner
Georgia Bar No. 142588
Baker Jenner LLLP
210 Interstate North Parkway, SE
Suite 100
Atlanta, GA 30339
Telephone: (404) 400-5955
E: simon.jenner@bakerjenner.com
