# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cv-05523-SDG
## Berkeley Ventures II, LLC v. Sionic Mobile Corporation et al
## Honorable Steven D. Grimberg

Minute Sheet for proceedings held In Chambers on 08/10/2021.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 2:35 P.M.          COURT REPORTER: Alicia Bagley
TIME IN COURT: 00:35                     DEPUTY CLERK: Alisha Holland
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Richard Baker representing Sionic Mobile Corporation<br>Adam Ford representing Sionic Mobile Corporation<br>Jason Godwin representing Berkeley Ventures II, LLC<br>Simon Jenner representing Sionic Mobile Corporation<br>Simon Jenner representing Ronald D. Herman |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Teleconference held regarding discovery dispute submitted by Defendant to the Court pursuant to its Standing Order. Defendant's request to quash third party subpoenas served on Sionic Mobile Corporation's stockholders is GRANTED. Plaintiff is granted leave to renew and request to the Court that the subpoenas be reissued if it gathers more information. |