IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SIONIC MOBILE CORPORATION and ) <br> RONALD D. HERMAN, ) <br> ) <br> Defendants. ) | CIVIL ACTION FILE <br><br> No. 1:19-cv-05523-SDG |

## NOTICE OF APPEARANCE

Wilmer Parker hereby enters his appearance as counsel of record for Plaintiff Berkeley Ventures II, LLC in the above captioned case.

This 23rd day of August 2021.

/s/ Wilmer Parker
Georgia Bar No. 563550
MALOY JENKINS PARKER
1360 Peachtree Street
Suite 910
Atlanta, GA 30309
parker@mjplawyers.com
(404) 875-2700

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance has been electronically served on all attorneys of record.

This 23rd day of August 2021.

/s/ Wilmer Parker
Georgia Bar No. 563550
MALOY JENKINS PARKER
1360 Peachtree Street
Suite 910
Atlanta, GA 30309
parker@mjplawyers.com
(404) 875-2700