# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:19-cv-05523-SDG
### Berkeley Ventures II, LLC v. Sionic Mobile Corporation et al
### Honorable Steven D. Grimberg

Minute Sheet for proceedings held In Chambers on 08/27/2021.

TIME COURT COMMENCED: 3:00 P.M.
TIME COURT CONCLUDED: 3:15 P.M.           COURT REPORTER: Alicia Bagley
TIME IN COURT: 00:15                       DEPUTY CLERK: Alisha Holland
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Adam Ford representing Sionic Mobile Corporation<br>Jason Godwin representing Berkeley Ventures II, LLC<br>Simon Jenner representing Sionic Mobile Corporation<br>Wilmer Parker representing Berkeley Ventures II, LLC |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Teleconference held regarding discovery dispute submitted by Defendant Sionic Mobile Corporation to the Court pursuant to its Standing Order. With the agreement of the parties, the depositions noticed for August 31 will be rescheduled. The parties may submit a motion to extend the discovery period, if necessary. |
| HEARING STATUS: | Hearing Concluded |