# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No. |
| ) | 1:19-cv-05523-SDG |
| v. ) | |
| ) | |
| SIONIC MOBILE COPORATION and ) | |
| RONALD D. HERMAN, ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO EXTEND DISCOVERY

Plaintiff Berkeley Ventures II, LLC and Defendants Sionic Mobile Corporation and Ronald D. Herman, through their counsel, jointly move the Court to extend the discovery period through March 1, 2022. Currently, the discovery period expires on October 7, 2021, which precludes Defendant Herman of sufficient time to engage in discovery, as he has not yet filed an answer.

Further, both Plaintiff and Defendants agree that an extension of the discovery period will provide for a more efficient ability to conduct relevant depositions. Given the general inability to schedule mutually convenient depositions during the holiday period, from just before Thanksgiving until the New Year, the parties seek to extend the discovery period to March 1, 2022.

1

WHEREFORE, the Plaintiff and Defendants jointly request the Court to grant this motion.

The 3rd day of September 2021.

Respectfully submitted,

/s/ Wilmer Parker
Wilmer Parker
Georgia Bar No. 563550
**MALOY JENKINS PARKER**
1360 Peachtree St.
Suite 910
Atlanta, GA 30309
*parker@mjplawyers.com*
(404) 875-2700

/s/ Jason Godwin
Jason Godwin
Georgia Bar No. 142226
**GODWIN  LAW GROUP**
3985 Steve Reynolds Blvd.
Building D
Norcross, GA 30093
*jgodwin@godwinlawgroup.com*
(770) 448-9925
***Attorneys for Plaintiff***


/s/Simon Jenner
Simon Jenner
Georgia Bar No. 142588
*simon.jenner@bakerjenner.com*

Richard J. Baker
Georgia Bar No. 033879
*Rick.baker@bakerjenner.com*

Adam P. Ford
Georgia Bar No. 355079
*Adam.ford@bakerjenner.com*

**BAKER JENNER LLLP**
210 Interstate North Parkway, S.E.
Suite 100
Atlanta, GA 30339
(404) 400-5955
***Attorneys for Defendants***

## CERTIFICATE OF COMPLIANCE AND SERVICE

I certify that the foregoing has been prepared in accordance with Local Rule 5.1(C), using Book Antiqua, 13-point font, and in accordance with the Court's Standing Order, Part III(f). I further certify I have served this **JOINT MOTION TO EXTEND DISCOVERY** via the CM/ECF electronic filing on all attorneys of record.

The 3rd day of September 2021.

>*/s/ Wilmer Parker*
>Wilmer Parker
>Georgia Bar No. 563550
>**MALOY JENKINS PARKER**
>1360 Peachtree St.
>Suite 910
>Atlanta, GA 30309
>*parker@mjplawyers.com*
>(404) 875-2700
>
>*/s/ Jason Godwin*
>Jason Godwin
>Georgia Bar No. 142226
>**GODWIN LAW GROUP**
>3985 Steve Reynolds Blvd.
>Building D
>Norcross, GA 30093
>*jgodwin@godwinlawgroup.com*
>(770) 448-9925
>***Attorneys for Plaintiff***