# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC<br>    Plaintiff,<br>            v.<br><br>SIONIC MOBILE CORPORATION,<br>ET AL,<br>    Defendants, | Civil Action No.<br>1:19-cv-05523-SDG |

## ORDER

This matter is before the Court on the parties' Joint Motion to Extend Discovery [ECF 173]. For good cause shown, the motion is GRANTED. The discovery period in this matter is extended through March 1, 2022.

SO ORDERED this the 7th day of September 2021.

_____
Steven D. Grimberg
United States District Court Judge