

210 Interstate North Parkway, Suite 100
Atlanta, Georgia 30339
Tel: 404.400.5955
www.bakerjenner.com

Simon Jenner
simon.jenner@bakerjenner.com

November 4, 2021

United District Court
Northern District of Georgia
Attn: Alisha Holland (Courtroom Deputy to Hon. Steven D. Grimberg)
1988 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Dr, SW
Atlanta, GA 30303-3309

Re:     Simon Jenner's Leave of Absence
        Berkeley Ventures II, LLC. v. Sionic Mobile Corporation et al;
        1:19-cv-05523-SDG

Dear Ms. Holland:

I plan to be away from the practice of law and respectfully request that the above-referenced case not be calendared during the period of my absence.

The period of leave during which time I will be away from the practice of law is comprised of the following dates: November 22 through 26, 29, and 30, 2021; December 24, and 27 through 31; January 3, 2021. This leave is sought for the purposes of vacation and family holidays.

Should you have any questions, please do not hesitate to contact us.

Sincerely,

Simon Jenner