# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cv-05523-VMC
## Berkeley Ventures II, LLC v. Sionic Mobile Corporation et al
### Honorable Victoria M. Calvert

Minute Sheet for proceedings held In Chambers on 05/02/2022.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:31 A.M.          COURT REPORTER: Melissa Brock
TIME IN COURT: 00:31                      DEPUTY CLERK: Velma Shanks
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Richard Baker representing Sionic Mobile Corporation<br>Jason Godwin representing Berkeley Ventures II, LLC<br>Simon Jenner representing Sionic Mobile Corporation<br>Wilmer Parker representing Berkeley Ventures II, LLC |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Court heard from the parties re: Doc. [245] Motion to Deposit Funds. Written Order to follow. |