IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC<br><br>    Plaintiff,<br><br>v.<br><br>SIONIC MOBILE CORPORATION and RONALD D. HERMAN,<br><br>    Defendants. | Civil Action File No.<br>1:19-cv-05523-VMC |

## **ORDER**

This matter is before the Court on the parties' Joint Report, filed pursuant to the Court's May 2, 2022 Order [Doc 250]. Accordingly, and for good cause shown, the Court ORDERS as follows:

1. The parties have reported significant progress in negotiating and finalizing their agreement of compromise and settlement and mutual release of claims (the "Settlement Agreement"). The parties anticipate that they will enter into and execute the Settlement Agreement no later than Wednesday, May 11, 2022, subject to their reaching an accord concerning the timing of payment of the settlement proceeds. If the parties have not

finalized and executed the Settlement Agreement by Friday, May 13, 2022, then no later than 5:00 p.m. on that day, the parties shall by joint report inform the Court concerning their efforts, the status of the Settlement Agreement, any then-pending concerns, and the anticipated execution date.

2. Berkeley's counsel is directed to submit a joint motion of dismissal with prejudice, together with a proposed order of dismissal with prejudice, no later than three business days following the complete payment of the settlement proceeds in accordance with the Court's May 2, 2022 Order [Doc 250] and the Settlement Agreement, once finalized and executed.

SO ORDERED this 10th day of May, 2022

Hon. Victoria M. Calvert
United States District Court Judge