# EXHIBIT B

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SIONIC MOBILE CORPORATION and RONALD D. HERMAN<br><br>Defendants. | Case No.: 1:19-CV-05523-VMC |

## JUDGMENT

This matter having come before the Court on Plaintiff's Complaint (Doc.1) filed December 7, 2019, and the Motion to Enforce Settlement Agreement" (Doc. 254), filed August 26, 2022, it is hereby ORDERED AND ADJUDGED as follows:

1. Final Judgment is hereby entered in favor of Plaintiff Berkeley Ventures II, LLC and against all Defendants, jointly and severally. Plaintiff shall recover from Defendants Sionic Mobile Corporation and Ronald D. Herman, jointly and severally, on account all unpaid obligations under the Settlement Agreement in the sum of $1,050,000.00 which shall accrue interest at the rate of 4.75% per year all for which let execution issue forthwith. The Clerk of Court is directed to issue a Writ of Execution forthwith.

2. The Court shall retain jurisdiction to award costs and reasonable attorney's fees to be taxed against Defendants upon Plaintiff's motion.

3. The Court shall retain jurisdiction over any post-judgment supplementary proceedings in aid of execution. Defendants are enjoined from transferring any assets outside of the regular course of business.

4. Each judgment debtor, Sionic Mobile Corporation and Ronald D. Herman, shall complete under oath the corresponding "Fact Information Sheet" attached to this Judgment, including all required attachments, and serve it on the judgment creditor's attorney, Wilmer Parker 1360 Peachtree St. Suite 910, Atlanta, GA 30309, within 15 days from the date of this Judgment, unless the Judgment is satisfied, or post-judgment discovery is stayed. The respective forms of "Fact Information Sheet" to be filled out by each Defendant are attached as Exhibits "A", and "B", hereto.

DONE AND ORDERED this _____ day of _____, 2022.

_____
VICTORIA M. CALVERT
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

**a. Individual Defendant: Sionic Mobile Corporation**

**FACT INFORMATION SHEET**

Checking Account at: _____ Account # _____
Savings Account at: _____ Account # _____.
For Real Estate (land) You Own or Are Buying: _____
Address: _____
All Names on Title: _____
Mortgage Owed to: _____
Balance Owed: _____
Monthly Payment: $ _____
(Attach a copy of the deed or mortgage, or list the legal description of the property on the back of this sheet or an additional sheet if necessary. Also provide the same information on any other property you own or are buying.)
For All Motor Vehicles You Own or Are Buying: _____
Year/Make/Model: _____Color: _____
Vehicle ID #: _____ Tag No: _____ Mileage: _____
Names on Title: _____Present Value: $_____
Loan Owed to: _____
Balance on Loan: $_____
Monthly Payment: $_____
(List all other automobiles, as well as other vehicles, such as boats, motorcycles, bicycles, or aircraft, on the back of this sheet or an additional sheet if necessary.)
Have you given, sold, loaned, or transferred any real or personal property worth more than $100 to any person in the last year? If your answer is "yes," describe the property, market value, and sale price, and give the name and address of the person who received the property.
_____
_____
_____
Does anyone owe you money? _____ Amount Owed: $_____
Name and Address of Person Owing Money:
_____
_____
_____
Reason money is owed: _____
Please attach copies of the following:
b. Your last 3 statements for each bank, savings, credit union, or other financial account.
c. Your motor vehicle registrations and titles.
d. Any deeds, intellectual property, patents or titles to any real or personal property you own or are buying, or leases to property you are renting.
e. Your financial statements, loan applications, or lists of assets and liabilities submitted to any person or entity within the last 3 years.
f. Your last 2 income tax returns filed.

UNDER PENALTY OF PERJURY, I SWEAR OR AFFIRM THAT THE FOREGOING ANSWERS ARE TRUE AND COMPLETE.

_____
Judgment Debtor

STATE OF GEORGIA
COUNTY OF ..........
Sworn to (or affirmed) and subscribed before me this _____ day of 2022 by (name of person making statement)

_____
Notary Public of Georgia
My Commission expires: _____.
Personally known _____ OR Produced Identification _____
Type of identification produced _____

**YOU MUST MAIL OR DELIVER THIS COMPLETED FORM, WITH ALL ATTACHMENTS, TO THE JUDGMENT CREDITOR OR THE JUDGMENT CREDITOR'S ATTORNEY, BUT DO NOT FILE THIS FORM WITH THE CLERK OF COURT.**

**EXHIBIT B**

**a. Individual Defendant: Ronald D. Herman**

**FACT INFORMATION SHEET**
Full Legal Name: _____
Nicknames or Aliases: _____
Mailing Address (if different): _____
Telephone Numbers: (Home) _____ (Business) _____
Name of Employer: _____
Address of Employer: _____
Position or Job Description: _____
Rate of Pay: $_____ per _____. Average Paycheck: $_____ per _____
Averages Commissions or Bonuses: $_____ per _____
Commissions or bonuses are based on _____
Other Personal Income: $_____ from _____
(Explain details on the back of this sheet or an additional sheet if necessary.)
Social Security Number: _____ Birthdate: _____
Driver's License Number:_____
Marital Status: _____ Spouse's Name: _____
* * *
Names and Ages of All Your Children (and addresses if not living with you):
_____
Child Support or Alimony Paid: $ _____per _____
Names of Others You Live With:_____
Who is Headof Your Household? _____You _____ Spouse _____Other Person
Checking Account at: _____ Account # _____
Savings Account at: _____ Account # _____ .
For Real Estate (land) You Own or Are Buying: _____
Address: _____
All Names on Title: _____
Mortgage Owed to: _____
Balance Owed: _____
Monthly Payment: $ _____
(Attach a copy of the deed or mortgage, or list the legal description of the property on the back of this sheet or an additional sheet if necessary. Also provide the same information on any other property you own or are buying.)
For All Motor Vehicles You Own or Are Buying: _____
Year/Make/Model: _____ Color: _____
Vehicle ID #: _____ Tag No: _____ Mileage: _____
Names on Title: _____Present Value: $_____
Loan Owed to: _____
Balance on Loan: $_____
Monthly Payment: $_____
(List all other automobiles, as well as other vehicles, such as boats, motorcycles, bicycles, or aircraft, on the back of this sheet or an additional sheet if necessary.)

Have you given, sold, loaned, or transferred any real or personal property worth more than $100 to any person in the last year? If your answer is "yes," describe the property, market value, and sale price, and give the name and address of the person who received the property.

_____
_____
_____
Does anyone owe you money? _____   Amount Owed: $_____
Name and Address of Person Owing Money:

_____
_____
_____
Reason money is owed: _____
Please attach copies of the following:
a. Your last pay stub.
b. Your last 3 statements for each bank, savings, credit union, or other financial account.
c. Your motor vehicle registrations and titles.
d. Any deeds or titles to any real or personal property you own or are buying, or leases to property you are renting.
e. Your financial statements, loan applications, or lists of assets and liabilities submitted to any person or entity within the last 3 years.
f. Your last 2 income tax returns filed.

UNDER PENALTY OF PERJURY, I SWEAR OR AFFIRM THAT THE FOREGOING ANSWERS ARE TRUE AND COMPLETE.


_____
Judgment Debtor


STATE OF GEORGIA
COUNTY OF ..........
Sworn to (or affirmed) and subscribed before me this _____ day of 2022 by (name of person making statement)


_____
Notary Public of Georgia
My Commission expires: _____.
Personally known _____ OR Produced Identification _____
Type of identification produced _____

**YOU MUST MAIL OR DELIVER THIS COMPLETED FORM, WITH ALL ATTACHMENTS, TO THE JUDGMENT CREDITOR OR THE JUDGMENT CREDITOR'S ATTORNEY, BUT DO NOT FILE THIS FORM WITH THE CLERK OF COURT.**