UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SIONIC MOBILE CORPORATION and RONALD D. HERMAN<br><br>Defendants. | Case No.: 1:19-CV-05523-VMC |

**PLAINTIFF'S EMERGENCY MOTION FOR ASSIGNMENT OF DEFENDANT'S INTEREST IN PATENTS**

Pursuant to Rule 69(a), Fed. R. Civ. P. and *Ager v. Murray*, 105 U.S. 126, 26 L.Ed. 942 (1881), Plaintiff/Judgment-Creditor Berkeley Ventures II, LLC ("Judgment-Creditor"), through counsel, moves this Court to order Defendant/Debtor Sionic Mobile Corporation ("Debtor") to assign to Judgment-Creditor Debtor's ownership interest in patent US9542691B1 ("Patent") and Patent Application US20170286958A1 ("Patent Application"), (collectively, the "Patents") in partial satisfaction of Judgment-Creditor's judgment. [Doc. 261] Attached to this motion is U.S. Department of Commerce form PTO-1595, "Recordation Form Cover Sheet PATENTS ONLY", Exhibit 1. Should Debtor refuse to assign his ownership in the Patents, Judgment-Creditor respectfully moves

1

this Court for an Order directly assigning to Judgment-Creditor ownership interest in the Patents. Upon information and belief, Judgment-Debtor has entered into strategic contracts with third parties that may imminently result in the conveyance of the Patents, causing irreversible damage to Plaintiff. In support of this Motion, Judgment-Creditor relies on the Declaration of Wilmer Parker, attached hereto as Exhibit 2, the entire record and Judgment-Creditor's memorandum of law in support of this Motion.

WHERFORE, Judgment-Creditor requests that this motion be granted.

Respectfully submitted this 21st day of February 2023.

**MALOY JENKINS PARKER**

/s/ Wilmer Parker
Georgia Bar No.563550

1360 Peachtree St. Suite 910
Atlanta, GA 30309
Tel. 404-875-2700
Attorney for Plaintiff

## CERTIFICATE OF COMPLIANCE AND SERVICE

I certify that the foregoing has been prepared in accordance with Local Rule 5.1(C), using Times New Roman, 14-point font. I further certify I have electronically filed on the date stated below, the foregoing PLAINTIFF'S EMERGENCY MOTION FOR ASSIGNMENT OF DEFENDANT'S INTEREST IN PATENTS with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record, as follows:

Carolyn "Tippi" Cain Burch, Esq.
The Burch Firm, LLC
P.O. Box 335
Columbus, Georgia 31902
Attorney for Defendants

This 21st day of February 2023.

/s/ Wilmer Parker
Wilmer Parker
Georgia Bar No. 563550