# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:19-cv-05523-VMC
### Berkeley Ventures II, LLC v. Sionic Mobile Corporation et al
### Honorable Victoria M. Calvert

Minute Sheet for proceedings held In Chambers on 02/22/2023.

TIME COURT COMMENCED: 11:00 A.M.
TIME COURT CONCLUDED: 11:13 A.M.        COURT REPORTER: Shannon Welch
TIME IN COURT: 00:13                    DEPUTY CLERK: Velma Shanks
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Carolyn Burch representing Sionic Mobile Corporation<br>Wilmer Parker representing Berkeley Ventures II, LLC |
| PROCEEDING CATEGORY: | Status Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Status Conference held. The parties are to submit their agreement regarding the transfer of patent rights by Noon, February 23, 2023. |