UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SIONIC MOBILE CORPORATION )<br>and RONALD D. HERMAN, )<br>)<br>Defendants. ) | Civil Action No.:<br>1:19-cv-05523-VMC |

## NOTICE OF FILING –
## <u>DECLARATION OF DEFENDANT RONALD D. HERMAN</u>

COMES NOW Defendant Ronald Herman ("Herman") and files the attached Declaration of Defendant Ronald D. Herman.

Respectfully submitted this 23rd day of February, 2023.

<u>/s/ Carolyn C. Burch</u>
Carolyn "Tippi" Cain Burch
Georgia Bar No. 094515
The Burch Firm, LLC
P.O. Box 335
Columbus, Georgia 31902
404.357.3326
tippiburch@georgiaappealslaw.com

## CERTIFICATE OF COMPLIANCE AND SERVICE

I certify that the foregoing has been prepared in accordance with Local Rule 5.1C, using Century Schoolbook, 14 point.

I further certify that on February 23, 2023, I electronically filed the foregoing **NOTICE OF FILING – DECLARATION OF RONALD D. HERMAN** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Jason Brian Godwin
> Godwin Law Group
> 3985 Steve Reynolds Boulevard
> Building D Norcross, GA 30093
> jgodwin@godwinlawgroup.com
>
> Buddy Parker
> Maloy Jenkins Parker
> 1360 Peachtree Street NE
> Suite 910
> Atlanta, GA 30309
> parker@mjplawyers.com

>> /s/ Carolyn C. Burch
>> Carolyn "Tippi" Cain Burch
>> Georgia Bar No. 094515

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC,            )<br>                                                           )<br>Plaintiff,                                          )<br>                                                           )      Civil Action No.:<br>v.                                                       )      1:19-cv-05523-VMC<br>                                                           )<br>SIONIC MOBILE CORPORATION )<br>and RONALD D. HERMAN,              )<br>                                                           )<br>Defendants.                                   ) | |

## DECLARATION OF DEFENDANT RONALD D. HERMAN

I, Ronald D. Herman, do hereby declare:

I am the CEO of Defendant Sionic Mobile Corporation ("Sionic").

I am familiar with Sionic's patent US9542691B1 ("Patent") and Patent Application US20170286958A1 ("Pending Patent") (collectively, "the Patents").

I have knowledge of all of Sionic's strategic contracts with third parties.

Sionic has not entered into strategic contracts with third parties that may imminently result in the conveyance of the Patents.

1

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:		February 23, 2023

Signature:	_____