# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SIONIC MOBILE CORPORATION and RONALD D. HERMAN <br><br> Defendants. | Case No.: 1:19-CV-05523-VMC |

### JOINT NOTICE OF AGREEMENT REGARDING PLAINTIFF'S EMERGENCY MOTION FOR ASSIGNMENT OF DEFENDANT'S INTEREST IN PATENTS

COME NOW Plaintiff Berkeley Ventures II, LLC ("Berkeley") and Defendants Sionic Mobile Corporation ("Sionic") and Ronald Herman ("Herman") and file this Agreement Regarding Berkeley's Emergency Motion for Assignment of Defendant's Interest in Patents.

On February 21, 2023, Plaintiff filed an Emergency Motion for Assignment of Defendant's Interest in Patents ("the Emergency Motion"). (Docs. 269, 269-1, 269-2, and 270).

On February 23, 2023, this Court held a telephonic hearing on the Emergency Motion. Defendants opposed the motion on several grounds.

1

In the hearing, counsel for Defendants represented that Sionic had not entered into strategic contracts with third parties that may imminently result in the conveyance of the Patents and agreed to file a Declaration of Ronald D. Herman reflecting this. That Declaration was filed earlier today. Defendants further agreed that Sionic would not convey the Patents to any third party prior to the satisfaction of the judgment in this case.

Plaintiff agrees that the Defendants' representations once made resolved the emergency nature of the motion. However, Plaintiff does not withdraw its motion. In light of Defendants' representations, Plaintiff does not object to the Court deferring on ruling on its motion for up to eight weeks, giving the Debtor one last opportunity to satisfy the judgment before the Patents are assigned.

Defendants will file a written response in opposition to Plaintiff's motion.

Respectfully submitted this 23rd day of February, 2023.

/s/ Wilmer Parker (with express permission)
Wilmer "Buddy" Parker
Georgia Bar No. 563550
Maloy Jenkins & Parker
1360 Peachtree Street NE
Suite 910
Atlanta, Georgia 30309
404.875.2700
parker@mjplawyers.com

Counsel for Plaintiff Berkeley Ventures II, LLC

/s/ Carolyn C. Burch
Carolyn "Tippi" Cain Burch
Georgia Bar No. 094515
The Burch Firm, LLC
P.O. Box 335
Columbus, Georgia 31902
404.357.3326
tippiburch@georgiaappealslaw.com

Counsel for Defendants Sionic Mobile Corporation and Ronald D. Herman

## CERTIFICATE OF COMPLIANCE AND SERVICE

I certify that the foregoing has been prepared in accordance with Local Rule 5.1C, using Century Schoolbook, 14 point.

I further certify that on February 23, 2023, I electronically filed the foregoing **JOINT NOTICE OF AGREEMENT REGARDING PLAINTIFF'S EMERGENCY MOTION FOR ASSIGNMENT OF DEFENDANT'S INTEREST IN PATENTS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Jason Brian Godwin
>Godwin Law Group
>3985 Steve Reynolds Boulevard
>Building D Norcross, GA 30093
>jgodwin@godwinlawgroup.com
>
>Buddy Parker
>Maloy Jenkins Parker
>1360 Peachtree Street NE
>Suite 910
>Atlanta, GA 30309
>parker@mjplawyers.com

>/s/ Carolyn C. Burch
>Carolyn "Tippi" Cain Burch
>Georgia Bar No. 094515