UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC,   )<br>                                                             )<br>Plaintiff,                                          )<br>                                                             )<br>v.                                                         )<br>                                                             )<br>SIONIC MOBILE CORPORATION  )<br>and RONALD D. HERMAN,             )<br>                                                             )<br>Defendants.                                   ) | Civil Action No.:<br>1:19-cv-05523-VMC |

### DEFENDANT SIONIC MOBILE CORPORATION'S
### NOTICE OF APPEAL

Defendant Sionic Mobile Corporation appeals to the United States Court of Appeals for the Eleventh Circuit from the district court's May 9, 2023 order denying Defendant Sionic's Motion for Relief from Order and Judgment (Doc. 274), the district court's December 16, 2022 Order granting in part Plaintiff's Motion to Enforce Settlement Agreement as to Defendant Sionic and directing the Clerk to enter judgment in favor of Berkeley and against Sionic in the amount of $1,050,000 (Doc. 260), and the Clerk's December 16, 2022 Judgment. (Doc. 261).

Respectfully submitted this 8th day of June, 2023.

/s/ Carolyn C. Burch
Carolyn "Tippi" Cain Burch
Georgia Bar No. 094515
The Burch Firm, LLC
P.O. Box 335
Columbus, Georgia 31902
404.357.3326
tippiburch@georgiaappealslaw.com

## CERTIFICATE OF COMPLIANCE AND SERVICE

I certify that the foregoing has been prepared in accordance with Local Rule 5.1C, using Century Schoolbook, 14 point.

I further certify that on June 8, 2023, I electronically filed the foregoing **DEFENDANT SIONIC MOBILE CORPORATION'S NOTICE OF APPEAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Jason Brian Godwin
>Godwin Law Group
>3985 Steve Reynolds Boulevard
>Building D Norcross, GA 30093
>jgodwin@godwinlawgroup.com

>Buddy Parker
>Maloy Jenkins Parker
>1360 Peachtree Street NE
>Suite 910
>Atlanta, GA 30309
>parker@mjplawyers.com

>/s/ Carolyn C. Burch
>Carolyn "Tippi" Cain Burch
>Georgia Bar No. 094515