IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BERKELEY VENTURES II, LLC,  )<br>    )<br>    Plaintiff,    )<br>    )<br>v.    )<br>    )<br>SIONIC MOBILE CORPORATION  )<br>and RONALD D. HERMAN,    )<br>    )<br>    Defendants.    ) | CIVIL ACTION FILE<br><br>NO. 1:19-CV-05523-VMC |

## ORDER

This matter is before the Court on Berkeley Ventures II, LLC's ("Berkeley's") Motion to Disburse Funds in the Court Registry.  Having reviewed Berkeley's Motion and the Fee Arbitration Award from the State Bar of Georgia upon which it is based, the Court GRANTS Berkeley's Motion.

On May 2, 2022, this Court ordered that certain funds made by Defendants in this lawsuit be paid into the Registry of the Court pending a fee arbitration between Berkeley and its counsel, Jason Godwin (the "Order").  (Doc. 250.) Defendants complied with the Order and deposited $50,000.00 into the Registry of the Court.  The Order also instructed Mr. Godwin and Berkeley to commence an arbitration with the Georgia Bar's Fee Arbitration Program.  (Id. at 5.)  They did.

The fee arbitration resulted in an Arbitration Award that prevents Mr. Godwin from collecting any fees from the litigation at this time, including the $50,000.00 in the Registry of the Court. Consequently, Berkeley has demonstrated that it is entitled to the $50,000.00 paid into the Registry of the Court pursuant to the Order.

Berkeley's Motion also complies with Local Rule 67.1(C). It has provided the following information pursuant to Local Rule 67.1(C)(2):

1. <u>Principal Sum Initially Deposited</u>: $50,000.00 (Fifty-Thousand Dollars and No Cents).

2. <u>The Amount(s) of Principal Funds To Be Disbursed</u>: $50,000.00 (Fifty-Thousand Dollars and No Cents).

3. <u>To Whom</u>: Berkeley Ventures II, LLC

4. <u>Complete Mailing Instructions</u>: Berkeley Ventures II, LLC, c/o Fernando Bustelo, Chief Compliance Officer, 3000 Heritage Walk, Suite 301, Milton, Georgia 30004.

Berkeley has also presented its Motion and proposed order to the financial deputy clerk for certification.

For these reasons, the clerk is authorized and directed to draw a check on the funds on deposit in the registry of this Court in the principal amount of $50,000.00 plus all accrued interest, minus any statutory users fees, payable to Berkeley

Ventures II, LLC, and mail the check to Berkeley Ventures II, LLC, c/o Fernando Bustelo, Chief Compliance Officer, 3000 Heritage Walk, Suite 301, Milton, Georgia 30004.

**SO ORDERED** this __4th__ day of October 2023.

_____
Victoria Marie Calvert
United States District Judge

TO THE COURT
it is hereby certified that rule 67 has been complied with and that there is on deposit in the Registry of this Court PRINCIPAL BALANCE OF $50,000.— plus interest of $2,155.25 as of August 31st, 2023

Deputy Clerk
Financial Into the Section