Local Form 005a (5/10)
(formerly DC11, rev. 7/82)

Berkeley Ventures II, LLC v. Sionic Mobile Corporation
Case No.: 1:19-cv-05523-SDG
Josh Belinfante, Robbins Alloy Belinfante Littlefield LLC on behalf of Plaintiff Berkeley Ventures II, LLC and Ronald D. Herman,

# WRIT OF EXECUTION

**United States District Court**

DISTRICT: NORTHERN DISTRICT OF GEORGIA

TO THE MARSHAL OF: THE NORTHERN DISTRICT OF GEORGIA

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME: Sionic Mobile Corporation

you cause to be made and levied as well a certain debt of:

DOLLAR AMOUNT: $1,050,000.00   and   DOLLAR AMOUNT:

in the United States District Court for the Northern District of Georgia, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Sionic Mobile Corporation

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

PLACE: U.S. District Courthouse
CITY: Atlanta, GA
DISTRICT: Northern District of Georgia
DATE:

Witness the Honorable _____
(United States Judge)

DATE: 11/15/23

CLERK OF COURT: Kevin P. Weimer

(BY) DEPUTY CLERK:

## RETURN

DATE RECEIVED:

DATE OF EXECUTION OF WRIT:

This writ was received and executed.

U.S. MARSHAL:

(BY) DEPUTY MARSHAL: